**This form may only be utilized by Trustees, Debtors in Possession or other parties as approved by the Court.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In re: AVRUMI LUBIN a/k/a Josh Lubin | : | Case no.: | 26-17342 (EJO) |
| | : | Adv. Pro. No.: | |
| Debtor(s) | : | Chapter: | 11 |

## CERTIFICATION AND AGREEMENT TO PAY FILING FEE

I, Benjamin A. Stanziale, Jr. state as follows:

1. I am the ☑ Trustee, ☐ Counsel for the Trustee, ☐ Debtor in Possession in the above captioned matter.

2. I filed a(n) Complaint relative to the above captioned matter.

3. ☑ Currently, the estate in this matter has insufficient funds with which to pay the required filing fee. I agree to pay the required filing fee at such time as the estate has sufficient funds.[1]

   ☐ The filing fee is being forwarded to the Court.

4. The amount of the fee[2] is $ 350.00.

5. I certify under penalty of perjury that the foregoing is true and correct.

/s/ Benjamin A. Stanziale, Jr.
Signature

10/15/26
Date

Benjamin A. Stanziale, Jr.
Name

973-731-9393 / trustee@stanzialelaw.com
Telephone Number/Email Address

Stanziale & Stanziale, 2839 Route 10, Suite 102, Morris Plains, New Jersey 07950
Address

revised 9/17/02

[1] If the primary document was filed electronically, you must attach the Notice of Electronic Filing (NEF) relating to the primary document to the check. If the primary document was filed conventionally, you must attach a copy of this Certification to the check.

[2] The $5.00 Notice of Appeal Fee required under 28 U.S.C. § 1930(c) may not be deferred.