| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>& SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 11 Trustee<br>103 Eisenhower Parkway, Suite 403<br>Roseland, New Jersey 07068-1031<br>973.621.9020<br>pstaiano@hlgslaw.com | |
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No 26-17342 (EJO)<br><br>Judge: Eamonn James O'Hagan, U.S.B.J.<br><br>Chapter 11 |
| BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Plaintiff,<br><br>vs.<br><br>AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, and JL SPECIAL INVESTMENTS, LLC,<br><br>Defendants. | Adv. Pro. No. 26-_________(EJO) |

APPLICATION FOR ORDER TO SHOW CAUSE AND FOR TEMPORARY RELIEF

Benjamin A. Stanziale, Jr., as plaintiff and Chapter 11 Trustee ("Trustee") for Avrumi Lubin, a/k/a Josh Lubin ("Lubin" or "Debtor"), by his undersigned counsel, submits this application for the entry of an Order to Show Cause and for Temporary Relief for the following relief:

(A) to extend the captioned Chapter 11 case to the following entities:

- SPIN CAPITAL, LLC (“Spin”);
- TETON LIFE, LLC (“Teton Life”);
- TETON FUNDING, LLC (“Teton Funding”);
- TETON FUNDING GROUP, LLC (“Teton Funding Group”); and
- JL SPECIAL INVESTMENTS, LLC (“JL”)

(collectively, the “Subject Entities”); and

(B) for the following temporary relief, pending further order of this Court:

(1) to stay any litigation or enforcement of judgments against the Subject Entities;

(2) to enjoin the Debtor, and all persons and entities acting in concert with him, from taking actions in the name of the Subject Entities or collect judgments in favor of the Subject Entities, and to confirm that Trustee has the sole authority to act in the stead of the Debtor as to any management and litigation decisions regarding the Subject Entities;

(3) To enjoin Defendants and any person acting in concert with them from transferring or disposing of assets of the Subject Entities; and

(4) To direct Defendants to turn over books and records of the Debtor and the Subject Entities to the Trustee or his professionals whose retention is approved by the Court.

As grounds and in support of this Application, the Trustee represents as follows:

(C) As set forth in the Certification of Benjamin A. Stanziale, Jr., and Memorandum of Law submitted herewith, the extension of proceedings is warranted, appropriate and in the best interests of creditors of the Debtor and of the Subject Entities, and to grant the requested temporary relief.

WHEREFORE, The Trustee respectfully requests that the Order to Show Cause with Temporary Relief be entered by the Court.

HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Attorneys for Plaintiff, Benjamin A. Stanziale, Jr.,
Chapter 11 Trustee for Avrumi Lubin, a/k/a Josh Lubin

By: /s/Patricia A. Staiano
PATRICIA A. STAIANO
A Member of the Firm

Dated: October 15, 2026