# EXHIBIT E

# District of New Jersey
# Claims Register

26-17342-EJO Avrumi Lubin

**Bankruptcy Judge:** Eamonn James O'Hagan **Chapter:** 11
**Office:** Trenton **Last Date to file claims:** 09/03/2026
**Trustee:** Benjamin A. Stanziale Jr. **Last Date to file (Govt):** 12/22/2026

| | | |
|---|---|---|
| *Creditor:* (521274229)<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 1**<br>*Original Filed Date*: 07/02/2026<br>*Original Entered Date*: 07/02/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Evelyn D. Ajel<br>*Modified:* |

Amount claimed: $722020.41
Secured claimed: $0.00
Priority claimed: $722020.41

*History:*

Details 1-1 07/02/2026 Claim #1 filed by Internal Revenue Service, Amount claimed: $722020.41 (Ajel, Evelyn)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (521280238)<br>JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | **Claim No: 2**<br>*Original Filed Date*: 07/08/2026<br>*Original Entered Date*: 07/08/2026<br>*Last Amendment Filed*: 08/06/2026<br>*Last Amendment Entered*: 08/06/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sarah Barnes<br>*Modified:* |

Amount claimed: $54366.34

*History:*

Details 2-1 07/08/2026 Claim #2 filed by JPMorgan Chase Bank, N.A., Amount claimed: $71461.85 (Barnes, Sarah)

Details 2-2 07/23/2026 Amended Claim #2 filed by JPMorgan Chase Bank, N.A., Amount claimed: $71410.00 (Barnes, Sarah)

Details 2-3 08/06/2026 Amended Claim #2 filed by JPMorgan Chase Bank, N.A., Amount claimed: $54366.34 (Barnes, Sarah)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (521280238)<br>JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | **Claim No: 3**<br>*Original Filed Date*: 07/08/2026<br>*Original Entered Date*: 07/08/2026<br>*Last Amendment Filed*: 07/30/2026<br>*Last Amendment Entered*: 07/30/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sarah Barnes<br>*Modified:* |

Amount claimed: $2153.35

*History:*

| | | | |
|---|---|---|---|
| Details | 3-1 | 07/08/2026 | Claim #3 filed by JPMorgan Chase Bank, N.A., Amount claimed: $17393.09 (Barnes, Sarah) |
| Details | 3-2 | 07/20/2026 | Amended Claim #3 filed by JPMorgan Chase Bank, N.A., Amount claimed: $17353.09 (Barnes, Sarah) |
| Details | 3-3 | 07/30/2026 | Amended Claim #3 filed by JPMorgan Chase Bank, N.A., Amount claimed: $2153.35 (Barnes, Sarah) |

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (521280301)<br>David W, Langley, P.A.<br>8551 W Sunrise Blvd. Suite 303<br>Plantation, FL 33322 | **Claim No: 4**<br>*Original Filed Date*: 07/08/2026<br>*Original Entered Date*: 07/08/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* webclaimusr ePOC<br>*Modified:* |

Amount claimed: $35760.00

*History:*

| | | | |
|---|---|---|---|
| Details | 4-1 | 07/08/2026 | Claim #4 filed by David W, Langley, P.A., Amount claimed: $35760.00 (ePOC, webclaimusr) |

*Description:*
*Remarks:*

| | | | |
|---|---|---|---|
| *Creditor:* (521265823)<br>FVP Opportunity Fund III, LP<br>FVP Investments, LLC<br>FVP Servicing, LLC<br>c/o Alan I Karten, Esq.<br>1201 Broadway, 7th Floor<br>New York, NY 10001 | History | **Claim No: 5**<br>*Original Filed Date*: 07/16/2026<br>*Original Entered Date*: 07/16/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jennifer Mara<br>*Modified:* |

| | |
|---|---|
| Amount claimed: | $5971306.34 |
| Secured claimed: | $0.00 |
| Priority claimed: | $0.00 |

*History:*

Details 5-1 07/16/2026 Claim #5 filed by FVP Opportunity Fund III, LP, Amount claimed: $5971306.34 (Mara, Jennifer)

*Description:* (5-1) Fraud Judgment after jury trial

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (521265824)<br>Franklin Capital Funding, LLC<br>Franklin Capital Group, LLC<br>32300 Northwestern Hwy, Suite 215<br>Farmington Hills, MI 48334 | **Claim No: 6**<br>*Original Filed Date*: 07/20/2026<br>*Original Entered Date*: 07/20/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* webclaimusr ePOC<br>*Modified:* |

Amount claimed: $6367888.74

*History:*

Details 6-1 07/20/2026 Claim #6 filed by Franklin Capital Funding, LLC, Amount claimed: $6367888.74 (ePOC, webclaimusr)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (521302129)<br>Resurgent Capital Services as servicing agent for<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 7**<br>*Original Filed Date*: 07/22/2026<br>*Original Entered Date*: 07/22/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Alexica Marche Thomason<br>*Modified:* |

| | |
|---|---|
| Amount claimed: | $43697.57 |
| Secured claimed: | $0.00 |

*History:*

Details 7-1 07/22/2026 Claim #7 filed by Resurgent Capital Services as servicing agent for, Amount claimed: $43697.57 (Thomason, Alexica)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (521304714)<br>Triborough Bridges and Tunnels Authority | **Claim No: 8**<br>*Original Filed Date*: 07/24/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* webclaimusr |

2 Broadway Floor 24
New York, NY 10004

*Original Entered Date*: 07/24/2026

ePOC
*Modified:*

Amount claimed: $713.02

*History:*

Details 8-1 07/24/2026 Claim #8 filed by Triborough Bridges and Tunnels Authority, Amount claimed: $713.02 (ePOC, webclaimusr)

*Description:*
*Remarks:*

*Creditor:* (521312484)
Resurgent Receivables, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 9**
*Original Filed Date*: 07/31/2026
*Original Entered Date*: 07/31/2026

*Status:*
*Filed by:* CR
*Entered by:* Lore'L Thompson
*Modified:*

Amount claimed: $1168.16
Secured claimed: $0.00

*History:*

Details 9-1 07/31/2026 Claim #9 filed by Resurgent Receivables, LLC, Amount claimed: $1168.16 (Thompson, Lore'L)

*Description:*
*Remarks:*

*Creditor:* (521335296)
Verizon
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Claim No: 10**
*Original Filed Date*: 08/20/2026
*Original Entered Date*: 08/20/2026

*Status:*
*Filed by:* CR
*Entered by:* Jordan O'Neal
*Modified:*

Amount claimed: $467.32

*History:*

Details 10-1 08/20/2026 Claim #10 filed by Verizon, Amount claimed: $467.32 (O'Neal, Jordan)

*Description:*
*Remarks:*

*Creditor:* (521338117)
Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

**Claim No: 11**
*Original Filed Date*: 08/24/2026

*Status:*
*Filed by:* CR
*Entered by:* Tamara Clark
*Modified:*

*Original Entered Date*: 08/24/2026

| | |
|---|---|
| Amount claimed: | $132016.96 |
| Secured claimed: | $0.00 |
| Priority claimed: | $0.00 |

*History:*

Details 11-1 08/24/2026 Claim #11 filed by Bank of America, N.A., Amount claimed: $132016.96 (Clark, Tamara)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (521338117)<br>Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | **Claim No: 12**<br>*Original Filed Date*: 08/25/2026<br>*Original Entered Date*: 08/25/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Harold E Kyle<br>*Modified:* |

| | |
|---|---|
| Amount claimed: | $25353.23 |
| Secured claimed: | $0.00 |
| Priority claimed: | $0.00 |

*History:*

Details 12-1 08/25/2026 Claim #12 filed by Bank of America, N.A., Amount claimed: $25353.23 (Kyle, Harold)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (521338117)<br>Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 | **Claim No: 13**<br>*Original Filed Date*: 08/25/2026<br>*Original Entered Date*: 08/25/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Harold E Kyle<br>*Modified:* |

| | |
|---|---|
| Amount claimed: | $86128.01 |
| Secured claimed: | $0.00 |
| Priority claimed: | $0.00 |

*History:*

Details 13-1 08/25/2026 Claim #13 filed by Bank of America, N.A., Amount claimed: $86128.01 (Kyle, Harold)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (521341940)<br>Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831 | **Claim No: 14**<br>*Original Filed*<br>*Date*: 08/26/2026<br>*Original Entered*<br>*Date*: 08/26/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Kesha Morris<br>*Modified:* |

Amount claimed: $21168.24

*History:*

Details 14-1 08/26/2026 Claim #14 filed by Cavalry SPV I, LLC, Amount claimed: $21168.24 (Morris, Kesha)

*Description:* (14-1) Cavalry SPV I, LLC as assignee of Citibank, N.A./AAdvantage

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (521312484)<br>Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 15**<br>*Original Filed*<br>*Date*: 08/28/2026<br>*Original Entered*<br>*Date*: 08/28/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jasmine Jolly<br>*Modified:* |

Amount claimed: $853.52

Secured claimed: $0.00

*History:*

Details 15-1 08/28/2026 Claim #15 filed by Resurgent Receivables, LLC, Amount claimed: $853.52 (Jolly, Jasmine)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (521312484)<br>Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | **Claim No: 16**<br>*Original Filed*<br>*Date*: 08/28/2026<br>*Original Entered*<br>*Date*: 08/28/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jasmine Jolly<br>*Modified:* |

Amount claimed: $1475.99

Secured claimed: $0.00

*History:*

Details 16-1 08/28/2026 Claim #16 filed by Resurgent Receivables, LLC, Amount claimed: $1475.99 (Jolly, Jasmine)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (521349245)<br>Nicole Testa Mehdiour,<br>Chapter 7 Trustee<br>6278 N Federal Highway<br>Suite 408<br>Fort Lauderdale, FL<br>33308 | **Claim No: 17**<br>*Original Filed*<br>*Date*: 08/31/2026<br>*Original Entered*<br>*Date*: 08/31/2026 | *Status:*<br>*Filed by:* CR<br>*Entered by:* webclaimusr<br>ePOC<br>*Modified:* |

Amount claimed: $14003564.00

*History:*

Details 17-1 08/31/2026 Claim #17 filed by Nicole Testa Mehdiour, Chapter 7 Trustee, Amount claimed: $14003564.00 (ePOC, webclaimusr)

*Description:*

*Remarks:*

## Claims Register Summary

**Case Name:** Avrumi Lubin
**Case Number:** 26-17342-EJO
**Chapter:** 11
**Date Filed:** 06/25/2026
**Total Number Of Claims:** 17

| | |
|---|---|
| **Total Amount Claimed*** | $27470101.20 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | $722020.41 | |
| **Administrative** | | |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 10/06/2026 12:26:17 |

| | | | |
|---|---|---|---|
| **PACER Login:** | pstaiano61 | **Client Code:** | pasStanzialeLubin |
| **Description:** | Claims Register | **Search Criteria:** | 26-17342-EJO Filed or Entered From: 1/1/2026 Filed or Entered To: 12/31/2026 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |