UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, pro se, individually only
1460 Arboretum Parkway
Lakewood, NJ 08701
718-570-3796
josh@tetonfunding.com

In Re:

Avrumi Lubin a/k/a Josh Lubin
Stanziale v. Lubin, et al.

Case No.: 26-17342-EJO

Adv. Pro. No.: 26-01494-EJO

Chapter: 11

Subchapter V: ☐ Yes ☒ No

Hearing Date: 10/22/2026 10 a.m.

Judge: E. J. O'Hagan

## ADJOURNMENT REQUEST

1. I, Avrumi Lubin,

☐ am the attorney for: ______,

☒ am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Full preliminary-injunction hearing only; retain interim hearing.

Current hearing date and time: October 22, 2026, 10:00 a.m.

New date requested: Nov. 12, 2026 (Court approval)

Reason for adjournment request: Time to seek counsel and address entity-defense authority.

KEEP October 22 for interim modification; see filed motion.

2. Consent to adjournment:

☐ I have the consent of all parties. ☒ I do not have the consent of all parties (explain below):

Consent requested October 15; Trustee's counsel replied October 18 without consenting.

Individual request only. No automatic extension of restraints or deadlines.

I certify under penalty of perjury that the foregoing is true.

Date: October 19, 2026 ______________________

______________________
Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted New hearing date: ______________________ ☐ Peremptory

☐ Granted over objection(s) New hearing date: ______________________ ☐ Peremptory

☒ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*