# INDEX OF MOTION PAPERS

Avrumi Lubin, individually, pro se

Adv. No. 26-01494-EJO | Case No. 26-17342-EJO

Individual objection and Rule 65(b)(4) motion. Requested consideration: October 22, 2026 at 10:00 a.m., subject to Court confirmation. All requested changes require Court action.


2–5 Notice of motion and individual objection

6–29 Memorandum of law

30–34 Lubin certification

35–55 Exhibit A — May 13, 2026 hearing transcript — excerpts

56–70 Exhibit B — June 9, 2026 hearing transcript — excerpts

71–81 Exhibit C — June 16, 2026 hearing transcript — excerpts

82–85 Exhibit D — FVP jury verdict form — relevant questions

86–89 Exhibit E — Franklin jury verdict form — relevant questions

90–109 Exhibit F — June 23, 2026 reconsideration/vacatur/stay motion — complete filed copy

110–112 Exhibit G — October 15, 2026, 6:48 p.m. service email

113–117 Exhibit H — October 15, 2026, 10:39 p.m. sent written notice

118–125 Exhibit I — October 6–15, 2026 emails with the Trustee's counsel — newest messages only

126–128 Exhibit J — October 18, 2026, 9:24 p.m. sent supplemental notice

129–139 Proposed order on motion to modify or dissolve temporary restraints; interim arrangements; and scheduling — do not sign


Exhibits A–E are identified excerpts, not complete source documents. Exhibit F is the complete filed copy, with the distribution list at the end of the May 15 order redacted. Exhibits H, I and J show the newest message of each email only; older quoted correspondence is omitted. All original sources remain unchanged.

The separate certification of actual service, limited adjournment request, request for limited Trustee testimony, and request for an independent entity-defense counsel procedure are not included in this indexed packet.