# EXHIBIT C

**June 16, 2026 hearing transcript — excerpts**

Original PDF pages 2–3, 7–13 and 16. Original transcript pagination retained.

Broward Case No. CACE-22-005125.

Source excerpts are reproduced for context. The accompanying memorandum distinguishes testimony, advocacy, party positions, and rulings.

FILED - BANKRUPTCY - NJ
2026 OCT 19 PM 4:55

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT

IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: CACE-22-005125

DIVISION: 07

JUDGE: DAVID A. HAIMES

FVP OPPORTUNITY FUND III, L.P., et al.,

Plaintiffs/Judgment Creditors,

v.

AVRUMI LUBIN a/k/a JOSH LUBIN, et al.,

Defendants/Judgment Debtors.

_______________________/

TRANSCRIPT OF PROCEEDINGS

The above-entitled cause came on for hearing before the Honorable DAVID A. HAIMES, as Presiding Judge via remote video teleconference, on 16th day of June 2026, commencing at 09:13 a.m.

~~~~~~~~~~~~~~~~~~~~~~~~~~

REPORTED BY:

JANSEN VIANA, COURT REPORTER

NOTARY PUBLIC, STATE OF FLORIDA
~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES OF COUNSEL

On Behalf of the Defendants:

AVRUMI JOSH LUBIN, PRO SE
(732) 608-4905

On Behalf of the Plaintiffs:

LAW OFFICE OF ALAN I. KARTEN, PLLC
321 Anderson Pond Rd.,
Aiken, SC 29803
(305) 490-2767
alankartenlaw@gmail.com
BY: ALAN KARTEN, ESQUIRE

On Behalf of Spin Capital, LLC:

STANLEY CASEY
515 N Flagler Dr., Suite 350
West Palm Beach, FL 33401
(305) 946-1510
scasey@sqcaseylaw.com
BY: STANLEY Q. CASEY, ESQUIRE

hear some other ones, but was the Motion for Entry of Default and Default Final Judgment by Plaintiffs against Spin Capital LLC. Is that -- that s your motion, Mr. Karten, correct?

MR. KARTEN: That is, Your Honor.

THE COURT: And so let me ask Mr. Casey, let me just say point-blank. Are you Counsel or have you been retained to represent Spin Capital?

MR. CASEY: Well, I ve been asked to appear in this case, Your Honor. I am counsel for Spin in the adversary proceedings still. We just concluded the trial and the post-trial briefing. So, I am a Spin Capital lawyer. I haven t been retained on this case, but I m, you know, willing to appear for Spin on this post-judgment issue if Your Honor will permit it at the request of Mr. Lubin and --

THE COURT: All right. But you re kind of --

MR. CASEY: Well, I m here today, Your Honor, for Spin Capital.

THE COURT: Okay. Yeah, you re kind of circling around the issue. Are you --

MR. KARTEN: There s no notice filed, Your Honor, under --

THE COURT: Okay.

MR. KARTEN: -- 1.041.

THE COURT: All right. Are you --
MR. KARTEN: Which is required.
THE COURT: Mr. Casey, are you entering an appearance?
MR. CASEY: Yes, Judge.
THE COURT: Okay. You need to have your notice of appearance in today.
MR. CASEY: Understood.
THE COURT: Okay.
MR. LUBIN: Okay. Also, Your Honor, I filed a limited objection. There appears confusion, Mr. Karten s signing a declaration that Spin doesn t have counsel. There s ano -- Mr. Rand and Mr. Aresti, filing Number 217482421. And Mr. Rand is appeared January 18th, Filing Number -- in 2026, Filing Number 239764676. Both still counsel of record for Spin. I sent the e-mails last night. Mr. Karten represents to the Court that there is no counsel for Spin and --
THE COURT: We re good. Mr. Casey --
MR. LUBIN: -- served the notice to appear to my accountant.
THE COURT: Well, Mr. Casey is going to file his appearance today. So, he s here today, we have a record of it. He is appearing and will be representing Spin Capital. All right.

MR. LUBIN: Okay.

THE COURT: In light of that, what are you also requesting, Mr. Casey?

MR. CASEY: Well, nothing at this time, Your Honor. I m just taking a look at the docket. It looks like Your Honor entered an order foreclosing on June 15th. It does seem like -- the only thing that we did win at trial, Judge, was that Spin Capital --

THE COURT: All right.

MR. CASEY: -- wasn t an alter ego of Mr. Lubin. The jury found no to that question. And this order does seem to find that Spin is an alter ego or at least res -- in some respect just reviewing the order now, but, --

THE COURT: Yeah, let me just see something real quick -- pursuant to filing.

MR. KARTEN: Judge, there is no order.

THE COURT: Yeah. I don t think that was for Spin Capital. Have I -- Mr. Karten, have I entered a foreclosure order on Spin Capital?

MR. KARTEN: You have not. In fact, we re here to have an order entered on final default judgment.

THE COURT: Okay. Yeah.

MR. KARTEN: There is no order.

MR. LUBIN: Mr. Karten, Your Honor never ruled on

foreclosure, but you -- Mr. Karten did submit an order that, I think the Court by mistake signed that grants foreclosure against Spin.

MR. KARTEN: That s not true.

THE COURT: Yeah. I have not correct.

MR. CASEY: Looking at charging order, the June 15th.

MR. LUBIN: Yeah.

MR. CASEY: It does have language about --

MR. KARTEN: That s a charging order. That s completely different. This is proceeding supplementary under 56.29. Apples and oranges.

THE COURT: Okay.

MR. LUBIN: No, it s not apples and oranges. You put in a charging order that --

MR. KARTEN: We re not here on the charging order. We re here on proceeding supplementary.

MR. LUBIN: It says that by making an attempt -- that s why I filed a motion to stay apart of the order.

THE COURT: All right. We can make this a lot-- we can make this a lot easier. All right. First of all, we have one -- Court Reporter trying to take down three conversations at the same time. So, let s help Mr. Viana out. Let s speak one at a time. So, Mr. Casey, are you asking for an additional time to look

into it and file a response?

MR. CASEY: Yes, Judge. And I was just mentioning Section E, where it says that, The subject LLCs are hereby foreclosed.

THE COURT: Which order? What s the date of that order?

MR. CASEY: The June 15th charging order.

MR. LUBIN: May, May 15th.

MR. CASEY: Judgment.

THE COURT: Okay. Yeah, that --

MR. CASEY: Oh, May 15th. I m sorry, Your Honor.

THE COURT: Let me go back.

MR. CASEY: Let the judgment debtor exercises complete dominion and control over the subject LLCs. I thought at least that part was resolved at trial in our favor, but, I haven t really looked at it.

MR. KARTEN: If it says, Your Honor, if the charging order is -- has an error in it, then it -- I agree that it needs to be corrected because charging order can t -- well, I take that back.

THE COURT: Okay.

MR. KARTEN: Charging order can foreclose on a single-member LLC. So, I take that back.

THE COURT: All right. Well, what it says is that that Mr. Lubin does own interests in Spin Capital LLC,

and that he s a -- those are single-member LLCs, so he s the sole owner. So, they re not proceeding as an alter ego. But okay. Now, they are, though. They re -- on the supplemental proceedings, they were kind of going under a different avenue. Is that correct, Mr. Karten?

MR. KARTEN: That is correct.

THE COURT: All right.

MR. KARTEN: So, on a single-member LLC, once the charging order is entered, and it s -- can t find assets of the defendant, which the motion being filed this morning on that, you can foreclose. And the court rightly ordered foreclosure.

MR. LUBIN: Yeah, --

THE COURT: So, Mr. Casey, instead of saying that it s an alter ego, he -- they re saying now, even if it s a separate company, he owns an interest in that company, and they -- so, they want to foreclose on Mr. Lubin s interest in that company to satisfy the judgment.

MR. LUBIN: Correct.

MR. CASEY: Understood, Judge.

THE COURT: Let me do this, though. For purposes of today, I m going to deny the Motion for Default and Default Final Judgment on the Supplemental Proceedings

Against Spin Capital. I m going to give you -- how much time do you need to file a response?

MR. CASEY: Seven days, Your Honor.

THE COURT: You have 10 days, all right? So, denied. I ll put -- put in the order Motion for Default is denied.

MR. KARTEN: Without prejudice, Your Honor?

THE COURT: Yeah. You can put without prejudice. Stanley Casey has entered an appearance to represent Spin Capital, and that Spin Capital have 10 days to file a response, all right? As far as the other order, that wasn t on for today. If you have any challenges to that, Mr. Casey, file a pleading.

MR. CASEY: Thank you, Judge. Good to see you.

MR. KARTEN: Stanley, give me a call when you can, please.

MR. CASEY: I will.

THE COURT: All right. Anything else on for today?

MR. LUBIN: Yeah. I filed a --

MR. KARTEN: That s it for me.

MR. LUBIN: I filed a motion to unseal Exhibit F, which is Filing Number 250425468. On the record, Mr. Breslin said August 13th, 2025, I attached the transcripts, the agreement is not confidential. I have

REPORTER CERTIFICATE

STATE OF FLORIDA
BROWARD COUNTY

I, JANSEN VIANA, do hereby certify that I was authorized to and did report the foregoing proceedings; and that the transcript is a true and correct transcription of my notes of the proceedings.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or counsel connected with the action, nor am I financially interested in the action.

Dated this 17th day of June, 2026.

Jansen Viana

JANSEN VIANA, COURT REPORTER
Notary Public, State of Florida