# EXHIBIT D

**FVP jury verdict form — relevant questions**

Filed October 6, 2025, filing 0455. Original PDF pages 1 and 7–8. Excerpt, not the full verdict form.

FILED BANKRUPTCY
2026 OCT 19 PM4:06:24

Broward Case No. CACE-22-005125.

Source excerpts are reproduced for context. The accompanying memorandum distinguishes testimony, advocacy, party positions, and rulings.

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 10/6/2025 4:30:00 PM.****

## LUBIN – PIERCING THE CORPORATE VEIL OF SPIN CAPITAL LLC / OR ACTIVE PARTICIPATION

**QUESTION 1:** Did Avrumi Josh Lubin dominate and control Spin Capital such that Spin Capital's separate identity was not sufficiently maintained?

☒ YES ☐ NO

**QUESTION 2:** Did Avrumi Josh Lubin dominate and control Spin Capital such that Spin Capital lacked an existence independent from Lubin?

☒ YES ☐ NO

**QUESTION 3:** Was the corporate form of Spin Capital formed or used for a fraudulent or improper purpose?

☐ YES ☒ NO

**QUESTION 4:** Were the FVP Plaintiffs harmed by the fraudulent or improper formation and use of the corporate form of Spin Capital?

☒ YES ☐ NO

**QUESTION 5:** Did Avrumi Josh Lubin actively participate in the commission of a tort (civil wrong) through personal involvement in the wrongful act that led to FVP Plaintiffs' injuries or damages and knowledge of the wrongful act with acquiescence (by permitting the act when he should have prevented it)?

☐ YES ☑ NO

*If you answered "YES" to all Questions 1-4, then the corporate veil should be pierced and Avrumi Josh Lubin is liable for the obligations of Spin Capital. If you answered "YES" to Question 5, then Avrumi Josh Lubin is*

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 10/6/2025 4:30:00 PM.****

***liable under the active participation theory. If you answered "NO" to any of Questions 1-4 and "NO" to Question 5, then Avrumi Josh Lubin is not liable.***

NOT AN OFFICIAL COPY - PUBLIC ACCESS - NOT AN OFFICIAL COPY