# EXHIBIT G

**October 15, 2026, 6:48 p.m. service email**

FILED:BANKRUPTCY:NJ
2026 OCT 19 PM4:07:06

Email only. Attachments transmitted with it are not reproduced in this exhibit.

NJ Adv. No. 26-01494-EJO.

Source excerpts are reproduced for context. The accompanying memorandum distinguishes testimony, advocacy, party positions, and rulings.

**Josh Lubin** **Thursday, October 15, 2026 at 7:28:30 PM Eastern Daylight Time**

---

| | |
|---|---|
| **Subject:** | In re Lubin/Case No. 26-17342(EJO); Stanziale v. Lubin et als., Adv. Pro. No. 26-01494(EJO) |
| **Date:** | Thursday, October 15, 2026 at 6:48:42 PM Eastern Daylight Time |
| **From:** | Patricia A. Staiano <PStaiano@hlgslaw.com> |
| **To:** | Rachel Wolf <rachel.wolf@usdoj.gov>, ben <ben@stanzialelaw.com>, Josh Lubin <josh@tetonfunding.com>, Josh Lubin <josh@spincapital.com>, josh@tetonlife.com <josh@tetonlife.com>, Alexander Sakin <alex@sakin-law.com>, Alexander P. Wentworth-Ping <awping@schlamstone.com>, alankartenlaw@gmail.com <alankartenlaw@gmail.com>, Phillip Spinella <pspinella@murraylegalpllc.com>, cmurray@legalpllc.com <cmurray@legalpllc.com>, Fred Stevens <fstevens@klestadt.com>, shane.ramsey@nelsonmullins.com <shane.ramsey@nelsonmullins.com>, Giardino, John <jgiardino@pryorcashman.com>, saschwartz@nvfirm.com <saschwartz@nvfirm.com>, shane@heskinproper.com <shane@heskinproper.com>, isolares@carltonfields.com <isolares@carltonfields.com>, jmetzinger@kelleydrye.com <jmetzinger@kelleydrye.com>, Phillip Young <phillip@thompsonburton.com>, keith@keithslocum.com <keith@keithslocum.com>, Jennifer Mara <jmara@mabalaw.com>, jb@jsjb.law <jb@jsjb.law>, hip@hiplaw.com <hip@hiplaw.com>, Gary Seitz <gseitz@gsbblaw.com>, mleto@letolawfirm.com <mleto@letolawfirm.com>, Mack Wilson <mack@wilson-pllc.com>, Stanley Casey <scasey@sqcaseylaw.com>, tsandler@sandlerlawpa.com <tsandler@sandlerlawpa.com>, Alan Crane <alan.crane@gray-robinson.com> |
| **Attachments:** | Exhibit E.pdf, Exhibit D.pdf, Exhibit C.pdf, Exhibit B.pdf, Exhibit A.pdf, Cert of Stanziale.pdf, Application for Order to Show Cause.pdf, Brief.pdf, Exhibit F.pdf, Proposed Order.pdf, Complaint.pdf, Verification to Complaint.pdf, OSC with Temporary Relief.pdf |

Good Evening,

This firm represents Benjamin A. Stanziale, Jr., Chapter 11 Trustee for Avrumi Lubin. Attached are the Trustee's proposed Order to Show Cause (and supporting documents), Verified Complaint and conformed Order to Show Cause with temporary restraints entered by the United States Bankruptcy Court for the District of New Jersey, Hon. Eamonn J. O'Hagan. The return date on the Order to Show Cause is October 22, 2026 at 10:00 a.m.

Thank you,

Patricia Staiano

Patricia A. Staiano, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway
Roseland, NJ 07068
T: +1.973.621.9020
D: +1.973.621.9330
F: +1.973.621.7406
pstaiano@hlgslaw.com

This email and its attachments may contain confidential and/or legally privileged information from the law firm of Hellring Lindeman Goldstein & Siegal LLP. This information is only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this email and attachments is strictly prohibited and those contents should be returned to this firm immediately. Although this email and its attachments are believed to be free of any virus or other defect that might affect any computer system into

which it is received and opened, no responsibility is accepted by Hellring Lindeman Goldstein & Siegal LLP for any loss or damage arising in any way from its use. This communication, including attachments and enclosures, is not intended to provide any tax advice, is not a substitute for a formal tax opinion, and is not sufficient to avoid tax-related penalties.