UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, pro se, individually only
1460 Arboretum Parkway
Lakewood, NJ 08701
718-570-3796
josh@tetonfunding.com

FILED - BANKRUPTCY CT
2026 OCT 19 PM4:07

In Re:

Avrumi Lubin a/k/a Josh Lubin

| | |
|---|---|
| Case No.: | 26-17342-EJO |
| Chapter: | 11 |
| Adv. No.: | 26-01494-EJO |
| Hearing Date: | 10/22/2026, 10:00 a.m. |
| Judge: | Eamonn J. O'Hagan |

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

☐ represent ______________ in this matter.

☐ am the secretary/paralegal for ______________, who represents ______________ in this matter.

☑ am the individual defendant in this case and am representing myself.

2. On October 19, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Individual objection and Rule 65(b)(4) motion; memorandum; certification with Exhibits A–J; proposed order (paper 01); limited adjournment request (03); request for limited Trustee testimony (04); request for an independent entity-defense counsel procedure (05).

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 19, 2026

Signature ______________

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Patricia A. Staiano, Esq.<br>Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein<br>& Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068-1031 | Counsel for Plaintiff Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rachel Wolf, Esq.<br>Office of the United States Trustee<br>U.S. Department of Justice<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Spin Capital, LLC<br>c/o Harvard Business Services, Inc.<br>Registered Agent<br>16192 Coastal Hwy.<br>Lewes, DE 19958 | Defendant<br>(via registered agent) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JL Special Investments, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant<br>(via registered agent) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Teton Life, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant<br>(via registered agent) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Teton Funding, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant<br>(via registered agent) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Teton Funding Group, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant<br>(via registered agent) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gavriel Yitzchakov<br>c/o Christopher Ryan Murray, Esq.<br>and Phillip Spinella, Esq.<br>Murray Legal, PLLC<br>170 Old Country Road, Suite 608<br>Mineola, NY 11501 | Affected member of<br>Teton Life, LLC<br>(via counsel) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Spin Capital, LLC<br>c/o Alexander Sakin, Esq.<br>Law Office of Alexander Sakin, LLC<br>5 West 37th St., Suite 601<br>New York, NY 10018 | Attorneys for Spin<br>Capital, LLC<br>(as listed in Dkt. 6) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| No additional recipient on this row. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Service note: for each recipient listed on pages 2 and 3, "Other" means USPS Priority Mail, which is service by mail under Fed. R. Civ. P. 5(b)(2)(C), made applicable by Fed. R. Bankr. P. 7005.

*rev.8/1/16*