| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WEIR LLP<br>A Pennsylvania Limited Liability Partnership<br>Jeffrey S. Cianciulli, Esquire<br>Patrick T. Krenicky, Esquire<br>Attorney I.D. Nos. 039821988/036112010<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054<br>856-429-7720<br>jcianciulli@weirlawllp.com<br>pkrenicky@weirlawllp.com | Case No. 26-17342 (EJO)<br><br>Judge: Eamonn James O'Hagan, U.S.B.J.<br><br>Chapter 11<br><br>Adv. Pro. No. 26-01494 (EJO)<br><br>Objection Date: October 20, 2026 5:00 p.m.<br>Hearing Date: October 22, 2026, 10:00 a.m.<br><br>**PROPOSED ORDER** |
| In re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor, | |
| BENJAMIN A. STANZIALE, JR.,<br><br>CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN<br><br>Plaintiff,<br><br>v.<br><br>AVRUMI LUBIN, SPIN CAPITAL, LLC TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC And JL SPECIAL INVESTMENTS, LLC<br><br>Defendants. | |

AND NOW, upon consideration of the Motion of Benjamin A. Stanziale, Jr., the Chapter 11 Trustee (the "Trustee") for debtor Avrumi Lubin (the "Debtor"), by Order to Show Cause, to (i) "extend" the Debtor's individual Chapter 11 case to Teton Life and four other non-debtor

entities and substantively consolidate them with the estate; (ii) extend the automatic stay to actions involving Teton Life; (iii) declare that the Trustee succeeds to the Debtor's management rights in Teton Life, including sole control of Teton Life's pending New York litigation; and (iv) grant temporary restraining relief and compel turnover of records (the "Motion"), and all responses in Opposition thereto, it is hereby ORDERED that the Motion is DENIED.

________________________________
Eamonn James O'Hagan, U.S.B.J.