FILED-BANKRUPTCY-
2026 OCT 20 PM3:54

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin, pro se, individually only
1460 Arboretum Parkway
Lakewood, NJ 08701
718-570-3796
josh@tetonfunding.com

In Re:

Avrumi Lubin a/k/a Josh Lubin

| | |
|---|---|
| Case No.: | 26-17342-EJO |
| Chapter: | 11 |
| Adv. No.: | 26-01494-EJO |
| Hearing Date: | 10/22/2026, 10:00 a.m. |
| Judge: | Eamonn J. O'Hagan |

## AMENDED CERTIFICATION OF SERVICE

*(corrects the Certification of Service filed October 19, 2026, Dkt. No. 12-14)*

1. I, Avrumi Lubin :

   ☐ represent ______________________ in this matter.

   ☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

   ☑ am the individual defendant in this case and am representing myself.

2. On October 19 and 20, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below, on the date shown for each party.

   Individual Objection and Notice of Motion to Modify or Dissolve Temporary Restraints and for a Scheduling Order, with Memorandum in Support, Certification of Avrumi Lubin, Exhibits A–J and Proposed Order (Dkt. Nos. 11, 12 and 12-1 to 12-13); Adjournment Request (Dkt. No. 8); Request for Limited Testimony of the Plaintiff-Trustee at the October 22 Hearing (Dkt. No. 9); and Supplemental Request for a Court-Directed Process for Independent Entity Defense Counsel (Dkt. No. 10).

3. Correction. This amended certification corrects my Certification of Service filed October 19, 2026 (Dkt. No. 12-14). That certification stated that the documents were sent to all nine recipients on October 19, 2026. In fact, three packages were mailed by USPS Priority Mail on October 19, 2026, and the other six were mailed by USPS Priority Mail on October 20, 2026. The chart below shows the mailing date and tracking number for each recipient.

4. I certify under penalty of perjury that the above statements are true and that the above documents were sent using the mode of service indicated.

Date: October 20, 2026

Signature
Avrumi Lubin, pro se, individually

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Patricia A. Staiano, Esq.<br>Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068-1031 | Counsel for Plaintiff Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>**Mailed October 19, 2026**<br>Tracking no. 9505 5146 2842 6292 0118 17<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rachel Wolf, Esq.<br>Office of the United States Trustee<br>U.S. Department of Justice<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>**Mailed October 19, 2026**<br>Tracking no. 9505 5146 2842 6292 0117 94<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Spin Capital, LLC<br>c/o Harvard Business Services, Inc.<br>Registered Agent<br>16192 Coastal Hwy.<br>Lewes, DE 19958 | Defendant (via registered agent) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>**Mailed October 20, 2026**<br>Tracking no. 9505 5129 8469 6293 6431 98<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JL Special Investments, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant (via registered agent) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>**Mailed October 20, 2026**<br>Tracking no.: see service note (Vcorp)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Teton Life, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant (via registered agent) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>**Mailed October 20, 2026**<br>Tracking no.: see service note (Vcorp)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Teton Funding, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant<br>(via registered agent) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>**Mailed October 20, 2026**<br>Tracking no.: see service note (Vcorp)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Teton Funding Group, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant<br>(via registered agent) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>**Mailed October 20, 2026**<br>Tracking no.: see service note (Vcorp)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Gavriel Yitzchakov<br>c/o Christopher Ryan Murray, Esq.<br>and Phillip Spinella, Esq.<br>Murray Legal, PLLC<br>170 Old Country Road, Suite 608<br>Mineola, NY 11501 | Affected member of Teton Life LLC<br>(via counsel) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>**Mailed October 19, 2026**<br>Tracking no. 9505 5146 2842 6292 0118 31<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Spin Capital, LLC<br>c/o Alexander Sakin, Esq.<br>Law Office of Alexander Sakin, LLC<br>5 West 37th St., Suite 601<br>New York, NY 10018 | Attorneys for Spin Capital, LLC<br>(as listed in Dkt. 6) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other USPS Priority Mail<br>**Mailed October 20, 2026**<br>Tracking no. 9505 5129 8469 6293 6432 97<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Service note: for each recipient listed above, "Other" means USPS Priority Mail, which is service by mail under Fed. R. Civ. P. 5(b)(2)(C), made applicable by Fed. R. Bankr. P. 7005. Service by mail is complete on mailing. USPS accepted three packages on October 19, 2026 (James A. Farley Post Office, New York, NY) and six packages on October 20, 2026 (Times Square Post Office, New York, NY). Four packages went to Vcorp Services, LLC, 108 W. 13th Street, Suite 100, Wilmington, DE 19801, one each for JL Special Investments, LLC, Teton Life, LLC, Teton Funding, LLC and Teton Funding Group, LLC. Their tracking numbers are 9505 5129 8469 6293 6432 11, 9505 5129 8469 6293 6432 35, 9505 5129 8469 6293 6432 59 and 9505 5129 8469 6293 6432 73. The USPS receipt shows each package's destination ZIP code, not the addressee.

*rev. 8/1/16*