| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WEIR LLP<br>*A Pennsylvania Limited Liability Partnership*<br>Jeffrey S. Cianciulli, Esquire<br>Patrick T. Krenicky, Esquire<br>Attorney I.D. Nos. 039821988/036112010<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054<br>856-429-7720<br>jcianciulli@weirlawllp.com<br>pkrenicky@weirlawllp.com | Case No. 26-17342 (EJO)<br><br>Judge: Eamonn James O'Hagan, U.S.B.J.<br><br>Chapter 11<br><br>Adv. Pro. No. 26-01494 (EJO) |
| In re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor, | |
| BENJAMIN A. STANZIALE, JR.,<br><br>CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN<br><br>Plaintiff,<br><br>v.<br><br>AVRUMI LUBIN, SPIN CAPITAL, LLC TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC And JL SPECIAL INVESTMENTS, LLC<br><br>Defendants. | |

**CERTIFICATE OF SERVICE**

I, Jeffrey S. Cianciulli, hereby certify that on October 21, 2026, I caused to be filed and served the foregoing Notice of Appearance through the Court's electronic filing system on all counsel of record.

*s/ Jeffrey S. Cianciulli*
Jeffrey S. Cianciulli, Esquire