**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>AVRUMI LUBIN<br>Defendant, Pro Se, individually<br>1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>(718) 570-3796<br>josh@tetonfunding.com | Case No. 26-17342 (EJO)<br>Chapter 11<br>Adv. Pro. No. 26-01494 (EJO)<br>Judge: Eamonn J. O'Hagan, U.S.B.J.<br>Return Date: December 3, 2026<br>10:00 a.m. |
| In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.<br><br>BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN, Plaintiff,<br>v.<br>AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC, Defendants. | NOTICE OF MOTION |

FILED-BANKRUPTCY-NJ 2026 OCT 27 PM 4:00:44

# MOTION TO EXTEND THE TIME TO FILE NOTICES OF APPEAL FROM THE OCTOBER 15, 2026 ORDER (DKT. 5) AND OCTOBER 23, 2026 ORDER (DKT. 21) UNDER FED. R. BANKR. P. 8002(d)

TO: Patricia A. Staiano, Esq. and Matthew E. Moloshok, Esq., counsel to the Plaintiff-Trustee; Benjamin A. Stanziale, Jr., Chapter 11 Trustee; Office of the United States Trustee; Jeffrey S. Cianciulli, Esq. and Patrick T. Krenicky, Esq., counsel to Gavriel Yitzchakov; and the entity defendants at their addresses of record, as listed in the Certification of Service.

PLEASE TAKE NOTICE that on December 3, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard, the undersigned, Avrumi Lubin, appearing pro se in his individual capacity only (the Movant), will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, at the Clarkson S. Fisher United States Courthouse, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for an order under Fed. R. Bankr. P. 8002(d).

The Movant requests an extension of his time to file a notice of appeal from (a) the Order to Show Cause With Temporary Relief entered October 15, 2026 (Dkt. 5), through November 19, 2026, and (b) the Order Granting Preliminary Injunction and Providing for Further Proceedings entered October 23, 2026 (Dkt. 21), through November 27, 2026, or, for each Order, 14 days after entry of the order granting this motion, whichever is later.

The motion relies on the accompanying Certification of Avrumi Lubin and Memorandum of Law. A proposed order is submitted.

This motion is filed within the ordinary 14-day periods under Rule 8002(a)(1), ending October 29, 2026 for Dkt. 5 and November 6, 2026 for Dkt. 21. Both dates precede the regular return date. The

Movant requests disposition on the papers as promptly as proper notice and an opportunity to respond permit. He does not seek to waive another party's response time. Any shortened schedule remains subject to the Court's approval under the applicable procedures.

Under D.N.J. LBR 9013-2(a)(2), opposition must be filed with the Clerk and served on the Movant no later than seven days before the hearing date, calculated under Rule 9006(a), unless the Court orders otherwise. If no opposition is timely filed, the motion may be decided without oral argument. Check the docket for any scheduling or appearance instructions.

The Movant seeks only an extension of his own appeal time. This motion does not stay or modify either Order, extend any response deadline, or request relief for another defendant. Filing it does not itself extend the appeal deadlines. It does not ask the Court to decide finality, appellate jurisdiction, or whether leave to appeal is required. The Movant does not consent to entry of final orders or judgment on unrelated matters by filing this motion.

Dated: October 27, 2026
Lakewood, New Jersey

______________________________

Avrumi Lubin
Defendant, Pro Se, individually
1460 Arboretum Parkway
Lakewood, New Jersey 08701
(718) 570-3796
josh@tetonfunding.com