**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

FILED:BANKRUPTCY:NJ
2026 OCT 27 PM4:00:07

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>AVRUMI LUBIN<br>Defendant, Pro Se, individually<br>1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>(718) 570-3796<br>josh@tetonfunding.com | Case No. 26-17342 (EJO)<br>Chapter 11<br>Adv. Pro. No. 26-01494 (EJO)<br>Judge: Eamonn J. O'Hagan, U.S.B.J.<br>Return Date: December 3, 2026<br>10:00 a.m. |
| In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.<br><br>BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN, Plaintiff,<br>v.<br>AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC, Defendants. | CERTIFICATION OF AVRUMI LUBIN |

## CERTIFICATION IN SUPPORT OF RULE 8002(d) MOTION

I, Avrumi Lubin, certify as follows:

1. I am the debtor in the above-captioned Chapter 11 case and a defendant in this adversary proceeding. I make this certification in my individual capacity only, on personal knowledge, in support of my Rule 8002(d) motion. I am not appearing for, and do not speak for, another defendant.

2. On October 15, 2026 the Court entered Dkt. 5. Following the October 22 hearing, the Court entered Dkt. 21 on October 23, 2026. The ordinary 14-day periods under Rule 8002(a)(1) end on October 29, 2026 and November 6, 2026, respectively. I submit this motion within both periods.

3. I am evaluating whether, and by what procedure, to seek appellate review in my individual capacity. I have not made that decision and request additional time for the reasons below.

4. Counsel. I do not have counsel. Since October 15, 2026 I have contacted several attorneys about representing me individually in this adversary proceeding and on any appeal. As of this certification, none has been retained; one firm declined on October 27, 2026, and consultations with two other attorneys are in progress this week. I want a lawyer to review the Orders and hearing transcript with me before a notice of appeal and any motion for leave to appeal are prepared.

5. The transcript. J&J Court Transcribers, Inc. delivered the certified, 68-page transcript of the October 22, 2026 hearing to me on October 27, 2026. I have not yet been able to review it fully.

6. Other deadlines. I am responding pro se to several deadlines in this Court. My Answer in Franklin Capital Group, LLC v. Lubin, Adv. No. 26-01339, is due October 28, 2026 (Dkt. 13 in that

proceeding). My responsive pleading in this adversary proceeding is due November 9, 2026 (Dkt. 21, paragraph 5). A further hearing concerning Teton Life, LLC is set for November 10, 2026 at 1:00 p.m. (Dkt. 21).

7. I have dyslexia and rely on assistive technology to read and write. Reviewing a long transcript and a multi-page order, and preparing appellate papers, takes me considerably longer than it would take a lawyer.

8. Consent requested. By email on October 25, 2026 at 3:17 a.m., October 26, 2026 at 8:19 a.m. and 11:41 a.m., and October 27, 2026, I asked counsel to the Trustee whether the Trustee would consent to an extension of my time to appeal under Rule 8002(d). As of signing this certification, I have not received an answer to that request.

9. The requested extension affects only my time to seek appellate review. It would not stay or modify the Orders, their restraints, the November 9 response deadline, the November 10 hearing, or the December 17 hearing. Dkt. 21, paragraph 8, denied a stay pending appeal. I am not requesting a stay through this motion.

10. I request the extension described in the motion: through November 19, 2026 for Dkt. 5 and November 27, 2026 for Dkt. 21, or 14 days after entry of the order granting this motion, whichever is later for each Order.

11. Because the ordinary appeal deadlines of October 29 and November 6 precede the regular return date, I respectfully request disposition on the papers as promptly as proper notice and an opportunity to respond permit. I understand that filing the motion alone does not extend either deadline.

I certify under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that the foregoing is true and correct.

Dated: October 27, 2026
Lakewood, New Jersey

_______________________________
Avrumi Lubin
Defendant, Pro Se, individually
1460 Arboretum Parkway
Lakewood, New Jersey 08701
(718) 570-3796
josh@tetonfunding.com