**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>AVRUMI LUBIN<br>Defendant, Pro Se, individually<br>1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>(718) 570-3796<br>josh@tetonfunding.com | Case No. 26-17342 (EJO)<br>Chapter 11<br>Adv. Pro. No. 26-01494 (EJO)<br>Judge: Eamonn J. O'Hagan, U.S.B.J.<br>Return Date: December 3, 2026<br>10:00 a.m. |
| In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.<br><br>BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN, Plaintiff,<br>v.<br>AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC, Defendants. | PROPOSED ORDER |

**ORDER EXTENDING TIME TO FILE NOTICES OF APPEAL UNDER RULE 8002(d)**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

Upon the motion of Avrumi Lubin, appearing pro se in his individual capacity, the supporting certification and memorandum, appropriate notice and opportunity to respond, and any response; the motion having been filed within the time allowed by Rule 8002(a)(1) as to both challenged Orders; and for good cause shown, it is ORDERED:

1. The motion is GRANTED.

2. The time for Avrumi Lubin individually to file a notice of appeal from the Order to Show Cause With Temporary Relief entered October 15, 2026 (Dkt. 5) is extended through November 19, 2026, or 14 days after entry of this Order, whichever is later.

3. The time for Avrumi Lubin individually to file a notice of appeal from the Order Granting Preliminary Injunction and Providing for Further Proceedings entered October 23, 2026 (Dkt. 21) is extended through November 27, 2026, or 14 days after entry of this Order, whichever is later.

4. Nothing in this Order stays or modifies either challenged Order or extends another deadline. This Order does not determine appealability, appellate jurisdiction, or whether leave to appeal is required.