FILED:BANKRUPTCY:NJ
2026 OCT 27 PM4:00:5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
E-mail: josh@tetonfunding.com
Debtor / Defendant, Pro Se

In Re:

Avrumi Lubin

Case No.: 26-17342-EJO

Chapter: 11

Adv. No.: 26-01494-EJO

Hearing Date: 12/03/2026 10:00 AM

Judge: Eamonn J. O'Hagan

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

☐ represent ______________________ in this matter.

☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

☒ am the Debtor / Defendant in this case and am representing myself.

2. On October 27, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice and Motion, Certification of Avrumi Lubin, Memorandum of Law, and Proposed Order under Rule 8002(d), concerning Dkts. 5 and 21 in Adv. No. 26-01494-EJO. All service listed below was by USPS first-class mail, postage prepaid. No email service is certified.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 27, 2026

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Patricia A. Staiano, Esq. / Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068 | Counsel to Plaintiff-Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Benjamin A. Stanziale, Jr.<br>Chapter 11 Trustee<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Plaintiff / Chapter 11 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>One Newark Center, 1085 Raymond Boulevard<br>Suite 2100, Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey S. Cianciulli, Esq. / Patrick T. Krenicky, Esq.<br>Weir LLP<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054 | Counsel to Gavriel Yitzchakov | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Spin Capital, LLC<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Co-defendant; docket address | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Teton Life, LLC<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Co-defendant; docket address | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Teton Funding, LLC<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Co-defendant; docket address | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Teton Funding Group, LLC<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Co-defendant; docket address | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JL Special Investments, LLC<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Co-defendant; docket address | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other __________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*