| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>AVRUMI LUBIN<br>Defendant, Pro Se, individually<br>1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>Telephone: (718) 570-3796<br>Email: josh@tetonfunding.com | Case No. 26-17342 (EJO)<br><br>Chapter 11<br><br>Adv. Pro. No. 26-01494 (EJO)<br><br>Judge: Eamonn J. O'Hagan, U.S.B.J.<br><br>Hearing Date: December 3, 2026 at 10:00 a.m. |
| In re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | |
| BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN,<br>Plaintiff,<br>v.<br>AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC,<br>Defendants. | NOTICE OF MOTION |

**NOTICE OF MOTION UNDER FED. R. BANKR. P. 9023 AND 7052 (AND, ALTERNATIVELY, FED. R. BANKR. P. 7065) TO ALTER OR AMEND THE OCTOBER 23, 2026 ORDER (ECF NO. 21) BY ADDING FOUR INTERIM PROTECTIONS PENDING THE FINAL HEARING**

TO: Patricia A. Staiano, Esq. and Matthew E. Moloshok, Esq., Hellring Lindeman Goldstein & Siegal LLP, 103 Eisenhower Parkway, Suite 403, Roseland, NJ 07068, counsel to Plaintiff Benjamin A. Stanziale, Jr., Chapter 11 Trustee; Benjamin A. Stanziale, Jr., Chapter 11 Trustee, 2839 Route 10, Suite 102, Morris Plains, NJ 07950; Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102; Jeffrey S. Cianciulli, Esq. and Patrick T. Krenicky, Esq., Weir LLP, 1300 Route 73 S., Suite 314, Mount Laurel, NJ 08054, counsel to Gavriel Yitzchakov; and the entity defendants through their registered agents, as listed on the Certification of Service.

PLEASE TAKE NOTICE that on December 3, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard, the undersigned, Avrumi Lubin, defendant, appearing pro se in his individual capacity only (the "Movant"), will move before the Honorable Eamonn J. O'Hagan,

United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher United States Courthouse, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for entry of an order under Fed. R. Bankr. P. 9023 (Fed. R. Civ. P. 59(e)) and Fed. R. Bankr. P. 7052 (Fed. R. Civ. P. 52(b)), and alternatively under Fed. R. Bankr. P. 7065 (Fed. R. Civ. P. 65) and the Court's continuing authority over its preliminary injunction, altering or amending the Order Granting Preliminary Injunction and Providing for Further Proceedings entered October 23, 2026 (ECF No. 21) (the "October 23 Order"), including the portion of that Order continuing the October 15, 2026 restraints (ECF No. 5) as to Teton Life, LLC, by adding four interim protections pending the final hearing on the Verified Complaint, and granting such other relief as is just.

The four protections, set out in full in paragraphs 2 through 5 of the proposed order, are: (1) not less than twenty-one (21) days' written notice to the Movant, the United States Trustee, counsel of record for the affected entity, the co-member of Teton Life, LLC and any known participant, and an order of this Court, before the Trustee causes a Subject Entity (Spin Capital, LLC, Teton Life, LLC, Teton Funding, LLC, Teton Funding Group, LLC and JL Special Investments, LLC) to settle, release, dismiss with prejudice, assign, abandon, sell or otherwise dispose of a claim, judgment or other asset, with ordinary-course litigation steps, deadline-driven filings and retention applications excluded; (2) application of the October 23 Order's counsel proviso to Teton Life, LLC, and confirmation that counsel of record for a Subject Entity may take a step required to preserve a deadline, a limitations period, collateral or the status quo in a pending action on advance written notice to the Trustee's counsel, absent a written objection before the step is taken; (3) a written answer within three business days to a written request that identifies a specific protective step, its deadline and the source of the deadline, with a path to the Court if there is no answer; and (4) a sentence confirming that the Order's confirmation of the Trustee's authority is interim and does not determine the ownership of any Subject Entity claim or judgment, the rights of participants or investors in Spin Capital, LLC transactions, or the rights of the co-member of Teton Life, LLC under its operating agreement.

This motion does not ask the Court to vacate the October 23 Order, to lift the stay granted in its paragraph 1, to restore any authority to the Movant, or to decide the ownership of any claim. It is

filed within fourteen (14) days after entry of the October 23 Order, as Fed. R. Bankr. P. 9023 and 7052 require.

PLEASE TAKE FURTHER NOTICE that in support of the motion the Movant relies on the accompanying Certification of Avrumi Lubin with Exhibits A through G and the Memorandum of Law. A proposed form of order is submitted with this motion.

PLEASE TAKE FURTHER NOTICE that, under D.N.J. LBR 9013-2(a)(2), any opposition to the motion must be filed with the Clerk of the Court and served on the Movant not later than seven (7) days before the hearing date. The Movant does not object to the Court deciding the motion on the papers. Because the November 10, 2026 hearing already concerns Teton Life, LLC, the Movant respectfully asks that the Court consider paragraph 3 of the proposed order (counsel for Teton Life, LLC) at that hearing if the Court finds it convenient, and the remainder of the motion on the return date.

PLEASE TAKE FURTHER NOTICE that the Movant has today also filed a notice of appeal and a motion for leave to appeal directed to the restraints that bind him personally, to preserve his position; under Fed. R. Bankr. P. 8002(b)(2) that notice becomes effective when the order disposing of this motion is entered. The Movant's motion under Fed. R. Bankr. P. 8002(d) (ECF No. 22) remains pending. This motion is not a request to extend any time period.

The Movant appears for himself only. He does not appear for, and does not speak for, any other defendant. His objections and appellate rights are preserved, and by filing this motion he does not consent to the entry of final orders or judgment on any matter other than this motion.

Dated: October 29, 2026
Lakewood, New Jersey

______________________________
Avrumi Lubin
Defendant, Pro Se, individually
1460 Arboretum Parkway
Lakewood, New Jersey 08701
(718) 570-3796
josh@tetonfunding.com