Caption in Compliance with D.N.J. LBR 9004-1(b)
AVRUMI LUBIN
Defendant, Pro Se, individually
1460 Arboretum Parkway
Lakewood, New Jersey 08701
Telephone: (718) 570-3796
Email: josh@tetonfunding.com

In re:

AVRUMI LUBIN a/k/a Josh Lubin,

Debtor.

BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN,

Plaintiff,

v.

AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC,

Defendants.

Case No. 26-17342 (EJO)

Chapter 11

Adv. Pro. No. 26-01494 (EJO)

Judge: Eamonn J. O'Hagan, U.S.B.J.

Hearing Date: December 3, 2026 at 10:00 a.m.

EXHIBITS TO CERTIFICATION

**INDEX OF EXHIBITS TO THE CERTIFICATION OF AVRUMI LUBIN**

Exhibits A and B are orders of this Court. Exhibit C is a transcript excerpt. Exhibits D through G are emails reproduced from the Movant's mailbox (josh@tetonfunding.com) with their headers; where an exhibit is an excerpt of a longer chain, the omitted messages or passages are marked on the exhibit, and attachments are omitted.

A. Order Granting Preliminary Injunction and Providing for Further Proceedings, entered October 23, 2026 (ECF No. 21) (6 pages).

B. Order to Show Cause with Temporary Relief, entered October 15, 2026 (ECF No. 5) (5 pages).

C. Transcript of the October 22, 2026 hearing (J&J Court Transcribers, Inc., certified October 27, 2026): cover page, pages 44-48, 50-51, 56, 58-59, 61 and 64-65, and the transcriber's certification.

D. Email chain, "Teton Life - written clarification of filing pause, claimed authority, and protective action" - EXCERPT: the messages of October 8, 2026, 5:40 PM (Staiano); October 9, 2026, 2:34 PM (Wentworth-Ping, counsel to Teton Life, LLC in the New York action); October 9, 2026, 4:58 PM (Wurtzel, same firm); and October 9, 2026, 8:14 PM (Staiano), as they appear in the 8:14 PM message received by the Movant. The Movant's own messages in the chain are omitted as marked.

E. Three emails from the Trustee's counsel, "Re: Bridgelink Deal - Participation Interests," each reproduced as the top message with its header: E-1, October 28, 2026, 11:03 AM (with the two short messages of October 27 and 28 from a participant that it quotes); E-2, October 28, 2026, 6:03 PM; E-3, October 28, 2026, 6:22 PM.

F. Email, October 26, 2026, 11:24 PM, Lubin to Wentworth-Ping, Staiano, Moloshok, Stanziale and Stevens (cc Wurtzel and the U.S. Trustee), "Re: Teton Life - written clarification of filing pause, claimed authority, and protective action" - EXCERPT (the policy schedule and the closing passages are omitted as marked).

G. G-1, email, October 28, 2026, 9:40 PM, Lubin to Staiano and Leininger (cc Stanziale, Moloshok and others), "Re: Bridgelink Deal - Participation Interests - Spin's counsel and ranch protection" (top message); G-2, email, October 28, 2026, 10:33 PM, Lubin to Stanziale, Staiano, Moloshok, Wentworth-Ping, Wurtzel, Stevens and others (cc the U.S. Trustee), "Re: Teton Life - written clarification ..." (top message); G-3, email, October 28, 2026, 10:50 PM, Staiano to Lubin (cc the same), reply to G-2 (top message).