# EXHIBIT D

Email chain, “Teton Life — written clarification of filing pause, claimed authority, and protective action” — EXCERPT: the messages of October 8, 2026, 5:40 PM (Staiano); October 9, 2026, 2:34 PM (Wentworth-Ping); October 9, 2026, 4:58 PM (Wurtzel); and October 9, 2026, 8:14 PM (Staiano), as they appear in the 8:14 PM message received by the Movant. The Movant’s own messages in the chain are omitted as marked.

Stanziale v. Lubin, Adv. Pro. No. 26-01494 (EJO) — Certification of Avrumi Lubin in support of the Rule 9023 motion

Exhibit D (excerpt of chain)

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Friday, October 9, 2026 8:14 PM
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** Joshua Wurtzel <jwurtzel@schlamstone.com>; Alexander P. Wentworth-Ping <awping@schlamstone.com>; Stanley Casey <scasey@sqcaseylaw.com>; ben <ben@stanzialelaw.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Rachel.Wolf@usdoj.gov; Kirsten.K.Ardelean@usdoj.gov; Heidi.A.Feinman@usdoj.gov
**Subject:** Re: Teton Life — written clarification of filing pause, claimed authority, and protective action

Mr. Lubin,

You are able to tell anyone what you see fit. The Teton entities, Spin and JL did not file bankruptcies. We will be seeking authority from the court for the Trustee to act on their behalf but the Trustee does not have that authority at the present.

Moreover, Trustees' constituents are creditors. Their charge is to maximize assets for distribution to creditors. We had hoped to work with you consensually but we receive a barrage of emails and now threats. We do not understand your alleged constitutional violations but again, do as you see fit.

You currently have autonomy over your entities and maintain that you want that in the future. How that is resolved is up to Judge O'Hagan.

You voluntarily filed your bankruptcy and you did not appeal the order appointing a chapter 11 trustee. We do not wish you ill and hope you can successfully proceed with your life after this process.

We have answered your questions and the barrage of emails is not helpful. But this is a fee country and you can keep saying what you need to say. But the Trustee takes the positions and actions he does as well.

Patricia A. Staiano, Esq.

Hellring Lindeman Goldstein & Siegal LLP

103 Eisenhower Parkway

Roseland, NJ 07068

T: +1.973.621.9020

F: +1.973.621.7406

pstaiano@hlgslaw.com

***[OMITTED AS MARKED: messages of October 9, 2026, 7:36 PM and 5:06 PM, from Josh Lubin.]***

| | |
|---|---|
| **From:** | Joshua Wurtzel <jwurtzel@schlamstone.com> |
| **Sent:** | Friday, October 9, 2026 at 4:58 PM |
| **To:** | Josh Lubin <josh@tetonfunding.com>, "Alexander P. Wentworth-Ping" <awping@schlamstone.com> |
| **Cc:** | Stanley Casey <scasey@sqcaseylaw.com> |
| **Subject:** | RE: Teton Life — written clarification of filing pause, claimed authority, and protective action |

Given the uncertainty about who has authority to direct the company, as Alex mentioned, we are not making further filings (unless we deem it to be an emergency) until the bankruptcy court issues a directive. I encourage you to get bankruptcy counsel to handle this and represent your interests in the bankruptcy case.

Joshua Wurtzel

Partner

26 Broadway

New York, New York 10004

Tel.: 212 612-1226

jwurtzel@schlamstone.com

***[OMITTED AS MARKED: messages of October 9, 2026, 4:52 PM, 4:11 PM, 2:58 PM and 2:50 PM, from Josh Lubin.]***

| | |
|---|---|
| **From:** | "Alexander P. Wentworth-Ping" <awping@schlamstone.com> |
| **Sent:** | Friday, October 9, 2026 at 2:34 PM |
| **To:** | Josh Lubin <josh@tetonfunding.com>, pstaiano <pstaiano@hlgslaw.com> |
| **Cc:** | Joshua Wurtzel <jwurtzel@schlamstone.com>, ben <ben@stanzialelaw.com>, "Matthew E. Moloshok" <mmoloshok@hlgslaw.com>, Rachel Wolf <rachel.wolf@usdoj.gov>, "Kirsten K. Ardelean" <kirsten.k.ardelean@usdoj.gov>, "Feinman, Heidi A. (USTP)" <Heidi.A.Feinman@usdoj.gov> |
| **Subject:** | RE: Teton Life — written clarification of filing pause, claimed authority, and protective action |

Hello all,

Just to set the record straight, I can confirm that the Trustee has not instructed us, as Teton Life's counsel in the New York action at Index No. 650582/2022, to take any action in the

pending case in New York. Ms. Staiano was very clear with us that she is not directing us in any way unless and until she obtains court approval to do so.

We understand that the Trustee intends to file an OSC/complaint that raises disputed issues about who can direct our case.

As a result, we independently determined that the most prudent course of action is to temporarily pause any non-essential filings in the New York case until those issues have been resolved in the bankruptcy court. Moreover, our case remains stayed for another party in our case (Stephen Leer) who is also in bankruptcy proceedings, and the Judge in the New York case has been slow to act, so there does not appear to be any immediate actions that need to take place in the New York case.

To the extent that there are emergency filings that require a response from Teton before these issues can be decided, we will of course take the necessary steps to protect Teton's rights. To the extent that the bankruptcy court takes an extended time to resolve these issues, we can reevaluate this position as needed, though we would anticipate that these issues will be timely resolved and will not unnecessarily hold up any litigation in our case.

Happy to discuss more if further clarification is needed. I can explain more to Mr. Lubin in a separate chain if he has specific questions for us.

Alexander Wentworth-Ping

Counsel

Direct: 212 612-1225

Mobile: 917 971-6548

awping@schlamstone.com

***[OMITTED AS MARKED: message of October 8, 2026, 5:59 PM, from Josh Lubin.]***

| | |
|---|---|
| **From:** | "Patricia A. Staiano" <PStaiano@hlgslaw.com> |
| **Sent:** | Thursday, October 8, 2026 at 5:40 PM |
| **To:** | Josh Lubin <josh@tetonfunding.com>, "Alexander P. Wentworth-Ping" <awping@schlamstone.com> |
| **Cc:** | Joshua Wurtzel <jwurtzel@schlamstone.com>, ben <ben@stanzialelaw.com>, "Matthew E. Moloshok" <mmoloshok@hlgslaw.com>, Rachel Wolf <rachel.wolf@usdoj.gov>, "Kirsten K. Ardelean" <kirsten.k.ardelean@usdoj.gov>, "Feinman, Heidi A. (USTP)" <Heidi.A.Feinman@usdoj.gov> |
| **Subject:** | RE: Teton Life — written clarification of filing pause, claimed authority, and protective action |

Dear All,

To be clear, the Trustee has not provided instruction to Teton's counsel nor micro-managed Mr. Lubin's decisions regarding Teton or any other entities in which Mr. Lubin has an ownership interest. Any suggestion to the contrary is disengenous.

Patricia A. Staiano, Esq.

Hellring Lindeman Goldstein & Siegal LLP

103 Eisenhower Parkway

Roseland, NJ 07068

T: +1.973.621.9020

D: +1.973.621.9330

F: +1.973.621.7406

pstaiano@hlgslaw.com

***[OMITTED AS MARKED: the earlier messages in the chain (October 8, 2026, 5:06 PM, from Josh Lubin; October 8, 2026, 2:50 PM and 2:43 PM, from Mr. Wentworth-Ping).]***

---

*[Reproduced from the Movant's mailbox (josh@tetonfunding.com). Omitted messages and passages are marked above. Attachments are omitted.]*