# EXHIBIT E

Three emails from the Trustee's counsel, "Re: Bridgelink Deal – Participation Interests": E-1, October 28, 2026, 11:03 AM (with the quoted messages of October 27 and 28 that it carries, as marked); E-2, October 28, 2026, 6:03 PM; E-3, October 28, 2026, 6:22 PM — each reproduced as the top message with its header

Stanziale v. Lubin, Adv. Pro. No. 26-01494 (EJO) — Certification of Avrumi Lubin in support of the Rule 9023 motion

Exhibit E-1

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Wednesday, October 28, 2026 11:03 AM
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** abe zagelbaum <abe@argylemgmt.com>; ben <ben@stanzialelaw.com>; Sam Gross <sam@wynwoodcapitalgroup.com>; Sol Teitel <sol@wynwoodcapitalgroup.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Isaac Weiss <Isaac@gssservices.com>; Jsturm@gssservices.com; Kenneth Beams <ken@krbpllc.com>
**Subject:** Re: Bridgelink Deal – Participation Interests

Stop. We preserved a filing deadline. I can withdraw the pleading if there is a complaint filed in Texas but the Trustee needs to be consulted first and has the authority to act on Spin's behalf. You do not.

I have asked multiple times for the contact info for the so-called Texas counsel. I have heard nothing back.

On this issue we are happy to engage with the participants, but someone needs to answer the question as to the attorney I have been asking since yesterday.

Patricia A. Staiano, Esq.

Hellring Lindeman Goldstein & Siegal LLP

103 Eisenhower Parkway

Roseland, NJ 07068

T: +1.973.621.9020

F: +1.973.621.7406

pstaiano@hlgslaw.com

***[OMITTED AS MARKED: message of October 28, 2026, 10:49 AM, from Josh Lubin.]***

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Wednesday, 28 October 2026 09:31:15
**To:** abe zagelbaum <abe@argylemgmt.com>
**Cc:** ben <ben@stanzialelaw.com>; Josh Lubin <josh@tetonfunding.com>; Sam Gross <sam@wynwoodcapitalgroup.com>; Sol Teitel <sol@wynwoodcapitalgroup.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Isaac Weiss <Isaac@gssservices.com>; Jsturm@gssservices.com; Kenneth Beams <ken@krbpllc.com>

**Subject:** Re: Bridgelink Deal – Participation Interests

We filed a complaint in NJ last night. Please give me your attorney's name and number

Patricia A. Staiano, Esq.

Hellring Lindeman Goldstein & Siegal LLP

103 Eisenhower Parkway

Roseland, NJ 07068

T: +1.973.621.9020

F: +1.973.621.7406

pstaiano@hlgslaw.com

On Oct 28, 2026, at 8:50 AM, abe zagelbaum <abe@argylemgmt.com> wrote:

Pls confirm I or my attorney has authority to sign on behalf of spin on bridgelink matter-Texas

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Tuesday, October 27, 2026 5:36 PM
**To:** abe zagelbaum <abe@argylemgmt.com>; 'Ben Stanziale' <Ben@stanzialelaw.com>; Josh Lubin <josh@tetonfunding.com>
**Cc:** 'Sam Gross' <sam@wynwoodcapitalgroup.com>; 'Sol Teitel' <sol@wynwoodcapitalgroup.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>; 'Isaac Weiss' <Isaac@gssservices.com>; Jsturm@gssservices.com; 'Kenneth Beams' <ken@krbpllc.com>
**Subject:** Re: Bridgelink Deal – Participation Interests

Abe, do you have an attorney we can speak with in Texas? If so, who are they?

Patricia A. Staiano, Esq.

Hellring Lindeman Goldstein & Siegal LLP

103 Eisenhower Parkway

Roseland, NJ 07068

T: +1.973.621.9330

F: +1.973.621.7406

pstaiano@hlgslaw.com

| | |
|---|---|
| **From:** | abe zagelbaum <abe@argylemgmt.com> |
| **Sent:** | Tuesday, October 27, 2026 at 4:51 PM |
| **To:** | 'Ben Stanziale' <Ben@stanzialelaw.com>, Patricia A. Staiano <PStaiano@hlgslaw.com>, Josh Lubin <josh@tetonfunding.com> |
| **Cc:** | 'Sam Gross' <sam@wynwoodcapitalgroup.com>, 'Sol Teitel' <sol@wynwoodcapitalgroup.com>, Matthew E. Moloshok <MMoloshok@hlgslaw.com>, 'Isaac Weiss' <Isaac@gssservices.com>, Jsturm@gssservices.com <Jsturm@gssservices.com>, 'Kenneth Beams' <ken@krbpllc.com> |
| **Subject:** | RE: Bridgelink Deal – Participation Interests |

Pls confirm I or my attorney has authority to sign on behalf of spin

***[OMITTED AS MARKED: the earlier messages in the chain.]***

---

*[Reproduced from the Movant's mailbox (josh@tetonfunding.com). Omitted messages and passages are marked above. Attachments are omitted.]*

Exhibit E-2

| | |
|---|---|
| **From:** | Patricia A. Staiano <PStaiano@hlgslaw.com> |
| **Sent:** | Wednesday, October 28, 2026 6:03 PM |
| **To:** | Josh Lubin <josh@tetonfunding.com>; ben <ben@stanzialelaw.com> |
| **Cc:** | 'Sam Gross' <sam@wynwoodcapitalgroup.com>; 'Sol Teitel' <sol@wynwoodcapitalgroup.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; 'Isaac Weiss' <Isaac@gssservices.com>; Jsturm@gssservices.com; 'Kenneth Beams' <ken@krbpllc.com>; akelly@kbtlaw.com |
| **Subject:** | Re: Bridgelink Deal – Participation Interests |

I spoke with Mr. Wood. We had a very productive conversation. We had asked you before the filing deadline to send us information with respect to counsel you previously consulted. You sent us two engagement letters, neither from Brown Fox. Mr. Wood is well aware of the NJ bankruptcy proceeding and the Trustee's role. I think he has questions for the participants about payment.

Nonetheless, he was not concerned about the Trustee's involvement and asked me to send him the Order granting preliminary restraints. I will be doing so now.

If the participants wish to interview Mr. Wood, that would be fine. The participants and Brown Fox can work out payment arrangements and then collectively the participants, Brown Fox and the Trustee can come to an agreement regarding going forward, hopefully resulting in retention upon proper application to the bankruptcy court. The Trustee's participation in this process does not hold anything up.

Patricia A. Staiano, Esq.

Hellring Lindeman Goldstein & Siegal LLP

103 Eisenhower Parkway

Roseland, NJ 07068

T: +1.973.621.9330

F: +1.973.621.7406

pstaiano@hlgslaw.com

***[OMITTED AS MARKED: the earlier messages in the chain.]***

---

*[Reproduced from the Movant's mailbox (josh@tetonfunding.com). Omitted messages and passages are marked above. Attachments are omitted.]*

Exhibit E-3

**From:** Patricia A. Staiano <PStaiano@hlgslaw.com>
**Sent:** Wednesday, October 28, 2026 6:22 PM
**To:** Josh Lubin <josh@tetonfunding.com>
**Cc:** ben <ben@stanzialelaw.com>; Sam Gross <sam@wynwoodcapitalgroup.com>; Sol Teitel <sol@wynwoodcapitalgroup.com>; Matthew E. Moloshok <mmoloshok@hlgslaw.com>; Isaac Weiss <Isaac@gssservices.com>; Jsturm@gssservices.com; Kenneth Beams <ken@krbpllc.com>; akelly@kbtlaw.com
**Subject:** Re: Bridgelink Deal – Participation Interests

If the suit is brought on behalf of Spin, the trustee signs the engagement letter and gets the retention approved by the bankruptcy court. Mr. Wood understands this. Patricia A. Staiano, Esq.

Hellring Lindeman Goldstein & Siegal LLP

103 Eisenhower Parkway

Roseland, NJ 07068

T: +1.973.621.9020

F: +1.973.621.7406

pstaiano@hlgslaw.com

***[OMITTED AS MARKED: the earlier messages in the chain.]***

---

*[Reproduced from the Movant's mailbox (josh@tetonfunding.com). Omitted messages and passages are marked above. Attachments are omitted.]*