AVRUMI LUBIN, Defendant, pro se, individually
1460 Arboretum Parkway, Lakewood, NJ 08701
Telephone: 718-570-3796 | josh@tetonfunding.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
**Case No. 26-17342 (EJO) | Chapter 11**

BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin, Plaintiff,
v.
AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC, Defendants.
**Adv. Pro. No. 26-01494 (EJO)**
Hon. Eamonn J. O'Hagan, U.S.B.J.

---

## CERTIFICATION OF SERVICE

I, Avrumi Lubin, certify that on October 29, 2026, I served true copies of (A) my Notice of Appeal and Statement of Election; (B) my Motion for Leave to Appeal; and (C) the accompanying appendix containing the October 15 and October 23 orders and the October 22 oral ruling excerpt, by depositing them in the United States mail, first-class postage prepaid, in separate envelopes addressed to each of the nine recipients listed below and on the following page. Service was by mail only.

**1. Counsel to the Plaintiff Trustee**
Patricia A. Staiano, Esq.; Matthew E. Moloshok, Esq.
Hellring Lindeman Goldstein & Siegal LLP
103 Eisenhower Parkway, Suite 403
Roseland, NJ 07068

**2. Plaintiff Trustee**
Benjamin A. Stanziale, Jr., Chapter 11 Trustee
2839 Route 10, Suite 102
Morris Plains, NJ 07950

**3. Office of the United States Trustee**
Attn: Rachel Wolf
One Newark Center, 1085 Raymond Boulevard, Suite 2100
Newark, NJ 07102

**4. Counsel to Gavriel Yitzchakov a/k/a Gabe Isaacov**
Jeffrey S. Cianciulli, Esq.; Patrick T. Krenicky, Esq.
Weir LLP
1300 Route 73 S., Suite 314
Mount Laurel, NJ 08054

**5. Spin Capital, LLC**
c/o Harvard Business Services, Inc., Registered Agent
16192 Coastal Highway, Lewes, DE 19958

**6. Teton Life, LLC**
c/o Vcorp Services, LLC, Registered Agent
108 W. 13th Street, Suite 100, Wilmington, DE 19801

**7. Teton Funding, LLC**
c/o Vcorp Services, LLC, Registered Agent
108 W. 13th Street, Suite 100, Wilmington, DE 19801

**8. Teton Funding Group, LLC**
c/o Vcorp Services, LLC, Registered Agent
108 W. 13th Street, Suite 100, Wilmington, DE 19801

**9. JL Special Investments, LLC**
c/o Vcorp Services, LLC, Registered Agent
108 W. 13th Street, Suite 100, Wilmington, DE 19801

The entity recipients are served separately through their registered agents. This certification does not constitute representation of any entity. Weir LLP is served as counsel to Mr. Yitzchakov, not as counsel to Teton Life, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated: October 29, 2026
Lakewood, New Jersey

______________________________

Avrumi Lubin
Defendant, pro se, individually
1460 Arboretum Parkway, Lakewood, NJ 08701
718-570-3796 | josh@tetonfunding.com