| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>AVRUMI LUBIN<br>Defendant, Pro Se, individually<br>1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>Telephone: (718) 570-3796<br>Email: josh@tetonfunding.com | Case No. 26-17342 (EJO)<br><br>Chapter 11<br><br>Adv. Pro. No. 26-01494 (EJO)<br><br>Judge: Eamonn J. O'Hagan, U.S.B.J.<br><br>Hearing Date: December 3, 2026 at 10:00 a.m. |
| In re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | |
| BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN,<br>Plaintiff,<br>v.<br>AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC,<br>Defendants. | NOTICE OF MOTION |

**NOTICE OF MOTION (1) FOR A STATEMENT BY THE CHAPTER 11 TRUSTEE ON THREE MATTERS OF ESTATE ADMINISTRATION (11 U.S.C. §§ 1106(a)(1) AND 704(a)(7)) AND (2) FOR LEAVE TO SERVE LIMITED EARLY DISCOVERY (FED. R. CIV. P. 26(d)(1))**

TO: Patricia A. Staiano, Esq. and Matthew E. Moloshok, Esq., Hellring Lindeman Goldstein & Siegal LLP, 103 Eisenhower Parkway, Suite 403, Roseland, NJ 07068, counsel to Plaintiff Benjamin A. Stanziale, Jr., Chapter 11 Trustee; Benjamin A. Stanziale, Jr., Chapter 11 Trustee, 2839 Route 10, Suite 102, Morris Plains, NJ 07950; Office of the United States Trustee, One Newark Center, 1085 Raymond Boulevard, Suite 2100, Newark, NJ 07102; Jeffrey S. Cianciulli, Esq. and Patrick T. Krenicky, Esq., Weir LLP, 1300 Route 73 S., Suite 314, Mount Laurel, NJ 08054, counsel to Gavriel Yitzchakov; and the entity defendants through their registered agents, as listed on the Certification of Service.

PLEASE TAKE NOTICE that on December 3, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard, the undersigned, Avrumi Lubin, defendant, appearing pro se in his individual capacity only (the "Movant"), will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher United States Courthouse, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, for entry of an order (1) directing Plaintiff Benjamin A. Stanziale, Jr., Chapter 11 Trustee (the "Trustee"), under 11 U.S.C. §§ 1106(a)(1) and 704(a)(7), to file and serve within fourteen (14) days a short written statement under 28 U.S.C. § 1746 on three matters of estate administration; (2) granting the Movant leave under Fed. R. Civ. P. 26(d)(1), made applicable by Fed. R. Bankr. P. 7026, to serve on the Trustee, before the Rule 26(f) conference, the five requests for admission and one interrogatory attached to the proposed order as Exhibit 1, with responses due within twenty-one (21) days; and (3) granting such other relief as is just.

The three matters are: (1) whether the Trustee contends that anyone other than Spin Capital, LLC owns, holds by assignment, or is entitled to the proceeds of any of its claims or judgments (other than the judgment that is the subject of Adv. Pro. No. 26-01532), and if so on what instrument; (2) whether the Trustee has elected not to pursue, or has determined that the estate or any of the Subject Entities (Spin Capital, LLC, Teton Life, LLC, Teton Funding, LLC, Teton Funding Group, LLC and JL Special Investments, LLC) may not pursue because of another court's assignment, judgment or order, any claim against Franklin Capital Group, LLC or Franklin Capital Funding, LLC (the "Franklin entities"), FVP Servicing, LLC, FVP Opportunity Fund III, LP or FVP Investments, LLC (the "FVP entities"), Hi Bar Capital, LLC or the Chapter 7 trustee of Excell Auto Group, Inc.; and (3) which records the Trustee holds about the disposition of the vehicles that the FVP entities listed as their collateral in the Excell Auto Group and Auto Wholesale of Boca bankruptcy cases, and whether his review of related estate claims and credits is ongoing or concluded. The requests for admission ask whether, since September 18, 2026, anyone other than the Movant has stated to the Trustee or his counsel that it owns, holds by assignment, or may direct the claims of Spin Capital, LLC, Teton Funding, LLC, Teton Funding Group, LLC or JL Special Investments, LLC; whether anyone other than the named assignee or judgment creditor has stated that it holds rights under the October 2021 assignment from Spin Capital, LLC to Franklin Capital Group, LLC (Exhibit H) or the April 1, 2025 Michigan judgment (Exhibit I); and whether the Trustee or his counsel has communicated with the Franklin entities, the FVP entities, Hi Bar

Capital, LLC or the Chapter 7 trustee of Excell Auto Group, Inc., or their counsel, about the ownership or control of the Subject Entities' claims.

PLEASE TAKE FURTHER NOTICE that in support of the motion the Movant relies on the accompanying Certification of Avrumi Lubin with Exhibits A through K and the Memorandum of Law. A proposed form of order, with the proposed discovery requests attached as its Exhibit 1, is submitted with this motion.

PLEASE TAKE FURTHER NOTICE that, under D.N.J. LBR 9013-2(a)(2), any opposition to the motion must be filed with the Clerk of the Court and served on the Movant not later than seven (7) days before the hearing date. The Movant does not object to the Court deciding the motion on the papers. Part (2) asks only for leave to serve the discovery attached to the proposed order; it is not a motion to compel. The Movant will take part in a conference on it if the Court prefers.

The caption bears both the case number and the adversary proceeding number. The Movant asks that the motion be docketed in both, because the request in part (1) concerns the administration of the estate and the request in part (2) concerns discovery in this adversary proceeding.

This motion seeks information only. It does not seek to modify the October 15, 2026 or October 23, 2026 Orders, and the Movant does not consent to the entry of final orders or judgment on any matter other than this motion by filing it. The Movant disputes the legal basis and scope of the authority granted by the Orders, but recognizes that they remain binding unless modified or stayed; the Movant's objections and appellate rights, including those addressed in his pending motion (Dkt. 22), are preserved. The Movant does not appear for, and does not speak for, any other defendant.

Dated: October 29, 2026
Lakewood, New Jersey

Avrumi Lubin
Defendant, Pro Se, individually
1460 Arboretum Parkway
Lakewood, New Jersey 08701
(718) 570-3796
josh@tetonfunding.com