| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>AVRUMI LUBIN<br>Defendant, Pro Se, individually<br>1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>Telephone: (718) 570-3796<br>Email: josh@tetonfunding.com | Case No. 26-17342 (EJO)<br><br>Chapter 11<br><br>Adv. Pro. No. 26-01494 (EJO)<br><br>Judge: Eamonn J. O'Hagan, U.S.B.J.<br><br>Hearing Date: December 3, 2026 at 10:00 a.m. |
| In re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | |
| BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN,<br>Plaintiff,<br>v.<br>AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC,<br>Defendants. | EXHIBITS TO CERTIFICATION |

## INDEX OF EXHIBITS TO THE CERTIFICATION OF AVRUMI LUBIN

Exhibits A through F and K are emails: each is the top message as sent from the Movant's mailbox (josh@tetonfunding.com), with its header; the earlier quoted messages below the signature, and any attachments, are omitted. Exhibit J is an excerpt of an email, with the omitted passage marked. Exhibit G is a transcript excerpt. Exhibits H and I are public court records.

A. Email, October 7, 2026, 11:21 PM, Lubin to Staiano (cc Moloshok, Stanziale, U.S. Trustee), "Re: Lubin call" - question 3.

B. Email, October 9, 2026, 9:58 AM, Lubin to Staiano and the U.S. Trustee (cc Stanziale, Moloshok and others), "In re Lubin, No. 26-17342 - October 15 deadlines, requests about filings, and request for U.S. Trustee review" - items 3, 4 and 6.

C. Email, October 9, 2026, 5:14 PM, Lubin to Staiano (cc Moloshok, Stanziale, U.S. Trustee), "Re: Lubin call."

D. Email, October 13, 2026, 1:11 PM, Lubin to Staiano (cc Moloshok, Stanziale, U.S. Trustee), "In re Lubin, No. 26-17342-EJO - Franklin's claim to Spin's contracts and claims: its filings and the court orders" (attachments omitted).

E. Email, October 15, 2026, 10:39 PM, Lubin to Staiano, Moloshok and Stanziale (cc U.S. Trustee), "Stanziale v. Lubin, Adv. No. 26-01494 (EJO) - written notice under the October 15 Order (at 5) and Fed. R. Civ. P. 65(b)(4); request for consent to modify the temporary restraints; the Florida record" - item 2(f).

F. Email, October 18, 2026, 3:51 PM, Lubin to Staiano, Moloshok and Stanziale (cc U.S. Trustee), "Re: Stanziale v. Lubin, Adv. No. 26-01494 (EJO) - written notice under the October 15 Order ..." - item 3.

G. Transcript of the October 22, 2026 hearing (J&J Court Transcribers, Inc., certified October 27, 2026): cover page, pages 42-43, 45-47 and 50, and the transcriber's certification.

H. Assignment of Obligations and Merchant Documents, Spin Capital, LLC (assignor) to Franklin Capital Group, LLC (assignee), executed as of October 2021 - complete six-page copy as filed in Mehdipour v. Hi Bar Capital, LLC, Adv. No. 23-01132-EPK (Bankr. S.D. Fla.), DE 292-5 (Plaintiff's Exhibit 48), April 10, 2025. Identification and bank account numbers redacted (Fed. R. Bankr. P. 9037).

I. Judgment Against Defendant Spin Capital LLC, Franklin Capital Funding, LLC v. Spin Capital LLC and Hi Bar Capital LLC, No. 22-193300-CB (Mich. Cir. Ct., Oakland County, Hon. Michael Warren), entered April 1, 2025 (3 pages).

J. Email, September 28, 2026, 8:44 PM, Lubin to Stanziale, Moloshok and Staiano, "Follow-up: vehicle custody, abandonment records, and coordinated investigation" - EXCERPT (the final paragraphs, concerning a possible resolution, are omitted as marked).

K. Email, October 7, 2026, 1:48 PM, Lubin to Staiano (cc Moloshok, Stanziale), "In re Lubin, 26-17342-EJO - Florida Appeal 4D2025-3564: Trustee position before Oct. 22, funding, and three estate-claim questions" - items 2 and 4(b) (attachments omitted).