# EXHIBIT C

Email, October 9, 2026, 5:14 PM, Lubin to Staiano (cc Moloshok, Stanziale, U.S. Trustee), "Re: Lubin call"

Stanziale v. Lubin, Adv. Pro. No. 26-01494 (EJO) — Certification of Avrumi Lubin

Exhibit C

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Fri 10/09 5:14 PM ET
**To:** pstaiano@hlgslaw.com
**Cc:** mmoloshok@hlgslaw.com; ben@stanzialelaw.com; rachel.wolf@usdoj.gov; kirsten.k.ardelean@usdoj.gov; Heidi.A.Feinman@usdoj.gov
**Subject:** Re: Lubin call

Pat,

Many of my questions remain unanswered. These include:

What position the Trustee takes on my rights and on the rights of Spin Capital, Teton Life, Teton Funding and JL Special.

Whether anyone has told the Trustee or his counsel that it owns or controls any of those rights, and if so, who and on what basis.

Who is protecting Spin's October 15 deadlines in Michigan and Texas.

Unless I receive written answers, I intend to file a motion next week for expedited relief, with an exhibit binder, asking the Court to direct written answers.

I write in my individual capacity and reserve all rights.

Josh Lubin

(732) 608-4905

josh@tetonfunding.com

---

*[End of the message as sent. The earlier messages quoted below the signature in the original email, and any attachments, are omitted from this exhibit.]*