# EXHIBIT I

Judgment Against Defendant Spin Capital LLC, Franklin Capital Funding, LLC v. Spin Capital LLC and Hi Bar Capital LLC, No. 22-193300-CB (Mich. Cir. Ct., Oakland County, Hon. Michael Warren), entered April 1, 2025

Stanziale v. Lubin, Adv. Pro. No. 26-01494 (EJO) — Certification of Avrumi Lubin

PLAINTIFF'S EXHIBIT 50

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR OAKLAND COUNTY**

FRANKLIN CAPITAL FUNDING, LLC,

Plaintiff,

v.

SPIN CAPITAL LLC and HI BAR CAPITAL LLC,

Defendants.

Case No. 22-193300-CB

Hon. Michael Warren

**JUDGMENT AGAINST DEFENDANT SPIN CAPITAL LLC**

---

BODMAN PLC
By: J. Adam Behrendt (P58607)
Melissa B. Moore (P73018)
201 West Big Beaver Road, Suite 500
Troy, Michigan 48084
(248) 743-6000
jbehrendt@bodmanlaw.com
mmoore@bodmanlaw.com
Attorneys for Plaintiff

THE DRAGICH LAW FIRM PLLC
By: Amanda Vintevoghel-Backer (P76567)
January A. Dragich (P63108)
17000 Kercheval, Suite 120
Grosse Pointe, MI 48230
(313) 886-4550
Attorneys for Defendant Hi Bar Capital LLC

KAMINSKI LAW PLLC
By: Shanna M. Kaminski (P74013)
P.O. Box 725220
Berkley, Michigan 48072
(248) 462-7111
skaminski@kaminskilawpllc.com
Attorneys for Defendant Spin Capital LLC

---

**JUDGMENT AGAINST DEFENDANT SPIN CAPITAL LLC**

At a session of said Court, held in the
Oakland County Circuit Court, State of Michigan

on 4/1/2025

PRESENT: Hon. MICHAEL WARREN

This matter comes before the Court on the Court's Findings of Fact & Conclusions of Law dated March 12, 2025, in which it awarded Franklin Capital Funding, LLC $1,800,000 in contractual damages and $5,400,000 in conversion damages, plus contractual attorney fees, and further ordered that a final judgment would be entered once the amount of attorney fees was fixed. Plaintiff Franklin Capital Funding, LLC hereby advises the Court that it no longer is requesting an award of attorney fees in this case, and, accordingly, it now requests entry of a final judgment in accordance with the Court's award in its Findings of Fact & Conclusions of Law dated March 12, 2025. Having been fully advised on the premises,

IT IS HEREBY ORDERED that judgment is entered in favor of Franklin Capital Funding, LLC and against Spin Capital LLC [redacted] $1,800,000 in contractual damages and $5,400,000 in conversion damages, plus statutory interest until the judgment is satisfied.

[redacted]

This judgment resolves the last pending claim and closes the case.

Total damages are $5,400,000 in damages (i.e., Franklin Capital Funding LLC is not entitled to a double recovery for the contract damages).

IT IS SO ORDERED.

/s/ Michael Warren
April 1, 2025

Honorable Circuit Court Judge jn