| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>Telephone: (718) 570-3796<br>E-mail: josh@tetonfunding.com<br>Debtor / Defendant, Pro Se | Case No.: 26-17342-EJO<br>Chapter: 11 |
| In Re:<br><br>Avrumi Lubin | Adv. No.: 26-01494-EJO<br>Hearing Date: 12/3/2026 10:00 AM<br>Judge: Eamonn J. O'Hagan |

FILED-BANKRUPTCY-NJ 2026 OCT 29 PM4:01:40

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

☐ represent ______________ in this matter.

☐ am the secretary/paralegal for ______________, who represents ______________ in this matter.

☒ am the Debtor / Defendant in this case and am representing myself.

2. On October 29, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Motion, Certification of Avrumi Lubin with Index and Exhibits A-K, Memorandum of Law, and Proposed Order with Exhibit 1 - Motion (1) for a Statement by the Chapter 11 Trustee on Three Matters of Estate Administration (11 U.S.C. 1106(a)(1), 704(a)(7)) and (2) for Leave to Serve Limited Early Discovery (Fed. R. Civ. P. 26(d)(1)) (Case No. 26-17342-EJO; Adv. Pro. No. 26-01494-EJO)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 29, 2026

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Patricia A. Staiano, Esq. / Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068 | Counsel for Plaintiff-Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Benjamin A. Stanziale, Jr., Chapter 11 Trustee<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Plaintiff / Chapter 11 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>One Newark Center<br>1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey S. Cianciulli, Esq. / Patrick T. Krenicky, Esq.<br>Weir LLP<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054 | Counsel for Gavriel Yitzchakov only | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Spin Capital, LLC<br>c/o Harvard Business Services, Inc.<br>Registered Agent<br>16192 Coastal Hwy.<br>Lewes, DE 19958 | Entity defendant, via registered agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Teton Life, LLC<br>c/o Vcorp Services, LLC, Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Entity defendant, via registered agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Teton Funding, LLC<br>c/o Vcorp Services, LLC, Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Entity defendant, via registered agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Teton Funding Group, LLC<br>c/o Vcorp Services, LLC, Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Entity defendant, via registered agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JL Special Investments, LLC<br>c/o Vcorp Services, LLC, Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Entity defendant, via registered agent | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*