UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Benjamin A. Stanziale, Jr.<br>V.<br>Avrumi Lubin, et al.<br>Debtor(s) | Case no.: 26-17342<br><br>Chapter: 11<br><br>Adv. Pro. No.: 26-01494 |

## CERTIFICATION OF SERVICE CONCERNING NOTICE OF APPEAL

I Michael Brown, Deputy Clerk, hereby certify under penalty of perjury that the following is true.

On 10/29/2026 a Notice of Appeal from the Bankruptcy Court's Order or Judgment dated 10/23/2026 was filed.

A copy of the appeal was served on the following parties on 10/30/2026.

| **Name of Party (relationship to appeal)** | **Address of Party** | **Method of Service** |
|---|---|---|
| United States Trustee (UST) | | Notice of Electronic Filing (NEF) |
| Benjamin A. Stanziale, Jr. | Patricia A. Staiano<br>103 Eisenhower Parkway<br>Suite 403<br>Roseland, NJ 07068 | ☒ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| Avrumi Lubin | 1460 Arboretum Parkway<br>Lakewood, NJ 08701 | ☐ Notice of Electronic Filing (NEF)<br>☒ U. S. Mail |
| | | ☐ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |
| | | ☐ Notice of Electronic Filing (NEF)<br>☐ U. S. Mail |

JEANNE A. NAUGHTON, Clerk

Date: 10/30/2026

By: Michael Brown
Deputy Clerk

*rev. 1/13/17*