UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re:

Benjamin A. Stanziale, Jr.

V.

Avrumi Lubin et al

Chapter: 11

Case Number: 26-17342

Civil Number: ____

Adversary Number: 26-01494

Bankruptcy Judge: Eamonn J. O'Hagan

**TRANSMITTAL OF DOCUMENT(S) TO:**

**☒ DISTRICT COURT ❑ CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal ☒ Order being Appealed ❑ Designation of Record on Appeal

❑ Statement of Issues ☒ Transcript ❑ Transcript Ordered On: ____

☒ Motion for Leave to Appeal ❑ Certification of Failure to File Designation ❑ Motion to Withdraw the Reference

❑ Other ____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on 10/29/2026. The parties to the appeal are:

Appellant(s): Avrumi Lubin

Attorney: Pro Se

Address: 1460 Arboretum Parkway
Lakewood, NJ 08701

Appellee(s): Benjamin A. Stanziale, Jr.

Attorney: Patricia A. Staiano

Address: 103 Eisenhower Parkway, Suite 403
Roseland, NJ 07068

Title of Order Appealed: Order Granting Preliminary Injunction And Providing For Further Proceedings

Date Entered On Docket: 10/23/2026

☒ An appeal has not previously been filed in this case.

❑ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to ____within 3 days.

Your Court's Case Number: ____ Judge assigned: ____

By: ____ Date: ____

*rev. 8/28/17*