Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Avrumi Lubin
Debtor

Case No.: 26−17342−EJO
Chapter 11

Benjamin A. Stanziale, Jr. Jr.
Plaintiff

v.

Avrumi Lubin
Defendant

Adv. Proc. No. 26−01494−EJO

Judge: Eamonn James O'Hagan

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on October 15, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 5
Order to Show Cause With Temporary Relief. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/15/2026. Show Cause hearing to be held on 10/22/2026 at 10:00 AM at EJO − Courtroom 2, Trenton. (dmi)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 15, 2026
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

Stanziale, Jr., Jr.,
Plaintiff

Adv. Proc. No. 26-01494-EJO

Lubin,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 1

Date Rcvd: Oct 29, 2026 Form ID: orderntc Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |
| pla | + | Benjamin A. Stanziale, Jr., Jr., c/o Patricia A. Staiano, Esq., Hellriing Lindeman Goldstein & Siegal LL, 103 Eisenhower Parkway, Suite 403, Roseland, NJ 07068-1029 |
| dft | + | JL Special Investments, LLC, c/o Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |
| dft | + | Spin Capital, LLC, c/o Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |
| dft | + | Teton Funding Group, LLC, c/o Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |
| dft | + | Teton Funding, LLC, c/o Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |
| dft | + | Teton Life, LLC, c/o Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Patricia A. Staiano | on behalf of Plaintiff Benjamin A. Stanziale Jr., Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com |

TOTAL: 1