REFILED NOVEMBER 4, 2026 WITH CORRECTED CAPTION - ADV. PRO. NO. 26-01494 (EJO)
Replaces the papers first filed November 2, 2026 (Newark). Same relief requested.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
AVRUMI LUBIN
Defendant, Pro Se, individually
605 West 42nd Street
New York, New York 10036
(718) 570-3796
josh@tetonfunding.com

FILED-BANKRUPTCY-NJ
2026 NOV 4 AM11:51:30

In Re:
AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
BENJAMIN A. STANZIALE, JR., Chapter 11 Trustee, Plaintiff, v. AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC, Defendants.

Adv. Pro. No.: 26-01494 (EJO)

Case No.: 26-17342 (EJO)

Chapter: 11

Hearing Date: 12/3/2026 10 AM

Judge: Eamonn J. O'Hagan

## APPLICATION FOR ORDER SHORTENING TIME

The applicant Avrumi Lubin, Defendant, pro se, on behalf of himself, individually requests that the time period to/for hearing on Dkt. 25 (paras. 3 and 2) as required by D.N.J. LBR 9013-2(a)(1) be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   Dkt. 25 is set for Dec. 3; Dkt. 21 set Nov. 10 for Teton Life, LLC. A proposed order enforcing a settlement against Teton Life is pending in the New York action (NYSCEF 1508-1509), and on Nov. 3 the Trustee asked that court not to consider my application there. See the attached Rider (Statement of Reasons) and the Supplemental Certification.
2. A hearing is requested on or before:
   Tuesday, November 10, 2026 at 1:00 p.m., with the Teton Life, LLC hearing set by Dkt. 21, or another date before Dec. 3, 2026 that the Court sets; objections by Friday, November 6, 2026, or as the Court directs. Requested only; not yet ordered.
3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: November 4, 2026

Signature

*rev.5/19/2025*

FILED-BANKRUPTCY-NJ 2026 NOV 4 AM11:51:42

# RIDER TO APPLICATION FOR ORDER SHORTENING TIME

Statement of Reasons — part of the Application dated November 4, 2026
In re Avrumi Lubin, Case No. 26-17342 (EJO); Stanziale v. Lubin, et al., Adv. Pro. No. 26-01494 (EJO)

**1. Relief requested.** The applicant, Avrumi Lubin, appearing for himself only, asks the Court to shorten the 21-day notice period of D.N.J. LBR 9013-2(a)(1) so that paragraph 3 and, in the alternative, paragraph 2 as applied to Teton Life, LLC, of the proposed order submitted with Dkt. 25 are heard on November 10, 2026 at 1:00 p.m., together with the hearing already set as to Teton Life, LLC (Dkt. 21), or on another date before December 3, 2026 that the Court sets, with objections due by November 6, 2026 or as the Court directs. The rest of Dkt. 25 would remain on December 3, 2026. Fed. R. Bankr. P. 9006(c)(1) permits the Court, for cause shown, to reduce the time for notice; D.N.J. LBR 9013-2(c) sets the procedure.

**2. Cause.**

(a) *A pending New York order.* A proposed order that would bind Teton Life, LLC to a settlement, distribute the New York receiver's accounts, take releases from Teton Life, LLC and Spin Capital, LLC, and dismiss their claims with prejudice is before the New York court, with no response date set (Supp. Cert. ¶ 5; Exs. A, B). On November 3, 2026, the Trustee asked that court not to consider the applicant's request that the order not be signed without notice (Supp. Cert. ¶ 10; Ex. F). If that order is entered and carried out before paragraphs 2 and 3 are heard, those paragraphs may come too late to matter.

(b) *Counsel for Teton Life, LLC.* An artificial entity may appear in federal court only through licensed counsel. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993). As far as the applicant knows, no attorney has appeared for Teton Life, LLC in this adversary proceeding (Supp. Cert. ¶¶ 6, 11). Paragraph 3 asks that the counsel proviso of the October 23, 2026 Order (Dkt. 21 at 5, ¶ 2) apply to Teton Life, LLC. It would also let Teton Life, LLC's counsel of record in a pending action take a step needed to preserve collateral or the status quo, on written notice to the Trustee's counsel, unless that counsel objects in writing (Supp. Cert. ¶ 4). Such steps can be time-sensitive. Since October 26, 2026, the applicant has asked in writing about steps to preserve the life insurance policies at issue in the New York action (Supp. Cert. ¶¶ 7, 9, 12; Ex. H).

(c) *A hearing is already set.* The Court set November 10, 2026 at 1:00 p.m. for further proceedings as to Teton Life, LLC (Dkt. 21 at 4, ¶ 2). Paragraphs 2 and 3 concern the same entity and the same parties, so hearing them that day adds no separate court date.

**3. No prejudice.** Dkt. 25 was served on October 29, 2026 (Dkt. 25-12), twelve days before November 10. Paragraph 3 changes no deadline and authorizes no disposition. Paragraph 2 asks only for notice and an order of this Court before a disposition of Teton Life, LLC's claims or assets, consistent with the Trustee's counsel's statement that "[a]ll settlements will be on notice to parties in the case" (Ex. C). Advance-notice conditions of this kind have been used in this District. *See In re G-I Holdings, Inc.*, 327 B.R. 730, 736 (Bankr. D.N.J. 2005) (describing a preliminary injunction that protected a non-debtor affiliate while requiring thirty days' notice to the asbestos claimants' committee before specified transactions).

**4. Scope.** This application asks only that the Court set the hearing date. It does not ask the Court to decide paragraphs 2 or 3 on shortened papers, and it seeks no relief for Teton Life, LLC or any other entity.

Dated: November 4, 2026

______________________________

Avrumi Lubin
Defendant, pro se, individually
605 West 42nd Street, New York, New York 10036
(718) 570-3796 | josh@tetonfunding.com