# SCHEDULE A TO PROPOSED ORDER
# SERVICE RECIPIENTS - NINE SEPARATE MAILINGS

| | | |
|---|---|---|
| 1 | Patricia A. Staiano, Esq. / Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068 | Counsel to Plaintiff / Chapter 11 Trustee |
| 2 | Benjamin A. Stanziale, Jr.<br>Chapter 11 Trustee<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Plaintiff / Chapter 11 Trustee |
| 3 | Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | United States Trustee |
| 4 | Jeffrey S. Cianciulli, Esq. / Patrick T. Krenicky, Esq.<br>Weir LLP<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054 | Counsel to Gavriel Yitzchakov |
| 5 | Spin Capital, LLC<br>c/o Harvard Business Services, Inc.<br>Registered Agent<br>16192 Coastal Hwy.<br>Lewes, DE 19958 | Defendant; through registered agent |
| 6 | Teton Life, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant; through registered agent |
| 7 | Teton Funding, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant; through registered agent |
| 8 | Teton Funding Group, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant; through registered agent |
| 9 | JL Special Investments, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant; through registered agent |

Email copies for recipients 1-4: pstaiano@hlgslaw.com; mmoloshok@hlgslaw.com; ben@stanzialelaw.com; Rachel.Wolf@usdoj.gov; Kirsten.K.Ardelean@usdoj.gov; Heidi.A.Feinman@usdoj.gov; jcianciulli@weirlawllp.com; pkrenicky@weirlawllp.com.