| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>& SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 11 Trustee<br>103 Eisenhower Parkway, Suite 403<br>Roseland, New Jersey 07068-1031<br>973.621.9020<br>pstaiano@hlgslaw.com | |
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No. 26-17342 (EJO)<br><br>Judge: Hon. Eamonn James O'Hagan, U.S.B.J.<br><br>Chapter 11 |
| BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Plaintiff,<br><br>vs.<br><br>AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, and JL SPECIAL INVESTMENTS, LLC,<br><br>Defendants. | Adv. Pro. No. 26-01494 (EJO) |

STIPULATION OF DISMISSAL AS TO DEFENDANT, SPIN CAPITAL, LLC,
A DELAWARE LIMITED LIABILITY COMPANY

IT IS HEREBY stipulated and agreed by and between Plaintiff, Benjamin A. Stanziale, Jr., Chapter 11 Trustee for Avrumi Lubin, and Spin Capital, LLC, a Delaware limited liability company, as follows:

1. The within matter be, and it hereby is, dismissed without prejudice and without costs as to Spin Capital, LLC, a Delaware limited liability company.

2. The reference to Defendant Spin Capital LLC in the Complaint pertained to Spin Capital, LLC, a New Jersey limited liability company.

3. This dismissal does not concern, include, or in any way relate to the intended Defendant, Spin Capital, LLC, a New Jersey limited liability company, which was also served with the Order to Show Cause and the Complaint through its managing member.

HELLRING LINDEMAN GOLDSTEIN
& SIEGAL LLP
Attorneys for Plaintiff Benjamin A. Stanziale, Jr., Chapter 11 Trustee for Avrumi Lubin

By: /s/ Patricia A. Staiano
PATRICIA A. STAIANO

Dated: November 3, 2026

HOLLAND & KNIGHT LLP
Attorneys for Defendant, Spin Capital, LLC, a Delaware limited liability company

By: /s/ Brian Hole
BRIAN HOLE

Dated: November 3, 2026