UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on November 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Benjamin A. Stanziale, Jr.
V.
Avrumi Lubin, Teton Life, LLC, Teton Funding, LLC, Teton Funding Group, LLC, JL Special Investments, LLC

Case No.: 26-01494

Hearing Date: ______

Judge: O'Hagan

Chapter: Adversary

Recommended Local Form: ☒ Followed ☐ Modified

**ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER**

Application to Shorten Time

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 5, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

A motion or application having been filed on November 4, 20 26 by Avrumi Lubin for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*rev. 8/1/15*