**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

AVRUMI LUBIN
Defendant, pro se, individually
605 West 42nd Street
New York, New York 10036
Telephone: (718) 570-3796
josh@tetonfunding.com

Case No. 26-17342 (EJO)
Chapter 11
Adv. Pro. No. 26-01494 (EJO)
Judge: Eamonn J. O'Hagan, U.S.B.J.
Hearing: November 10, 2026, 1:00 p.m.
(Teton Life only; ECF No. 21)

FILED:BANKRUPTCY:NJ
2026 NOV 5 PM2:56:32

In re AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE, Plaintiff,
v. AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC, Defendants.

# CERTIFICATION OF AVRUMI LUBIN IN SUPPORT OF HIS RESPONSE AS TO TETON LIFE, LLC

I, Avrumi Lubin, certify as follows:

1. I am the debtor in Case No. 26-17342 and a defendant in this adversary proceeding. I make this certification on personal knowledge, in my individual capacity only, in support of my Response as to Teton Life, LLC for the November 10, 2026 hearing. I am not a lawyer. I do not appear for any entity.

2. Teton Life, LLC is a Delaware limited liability company. It is owned 50% by me and 50% by Gavriel Yitzchakov, also known as Gabe Isaacov (see ECF No. 21 at 2 n.1, 3). Its main asset is its case, *Teton Life, LLC as Assignee of the Rights of Spin Capital, LLC v. Golden Foothill Insurance Services, LLC et al.*, Index No. 650582/2022 (Sup. Ct. N.Y. County) (the "New York Action").

3. Exhibit 1 is a true copy of a document titled "Settlement Agreement and Mutual Release," made as of June 1, 2026, between the "Leer Parties" and BMF Advance LLC and Mr. Yitzchakov, as it was provided to me (16 pages, including an electronic-signature audit page). I understand that it was produced in *Golden Foothill Insurance Services, LLC v. Spin Capital, LLC*, No. 1:24-cv-08515 (S.D.N.Y.), after that court ordered on July 9, 2026 that the settlement agreement(s) be provided to Spin Capital, LLC (ECF No. 193 in that case). I did not sign Exhibit 1, and I did not agree to it. I first saw it after it was signed. The copy I have does not include the two exhibits it mentions.

4. I did not agree to the continuation of the restraints as to Teton Life, LLC described in paragraph 3 of the Teton Life part of the October 23, 2026 Order (ECF No. 21 at 5). I have not authorized any attorney to appear for Teton Life, LLC in this adversary proceeding.

5. Exhibit 2 is a true copy, printed from my email account, of an email that Mr. Yitzchakov sent on March 20, 2026 at 5:52 p.m. to Jeffrey Chubak, Esq., then counsel for Teton Life, LLC in the New York Action, with copies to others, including me at josh@spincapital.com. It includes the earlier emails quoted in it, dated December 12, 2025 through March 20, 2026. One sentence of counsel's legal advice about a limitations period is redacted.

6. In May 2026, I engaged new counsel for Teton Life, LLC in the New York Action, and I paid the retainer myself.

7. If the Court enters proposed Order A or Order B, I will direct Teton Life's cases only through licensed counsel and within the order's limits. I will not settle or dispose of its claims, rights or assets without the Court's approval. I will confer in good faith with Mr. Yitzchakov about settlement opportunities, provide the required copies and reports, and comply with the custody and court-approved expense requirements.

8. On November 4, 2026, I emailed the Trustee and his counsel my memorandum with Exhibits A-F, together with Teton Life counsel's filed August 31 letter, NYSCEF No. 1476. I requested written responses and interim protections concerning Spin and Teton Life. I do not treat sending that email as court relief or nonresponse as consent.

9. Exhibit 3 is a true copy of the filed August 31, 2026 letter by Joshua Wurtzel for Teton Life to Justice Bannon, NYSCEF No. 1476, as provided to me, including its filing stamps. I rely on it to identify what Teton Life's counsel reported and requested, not as independent confirmation of the present status of any insurance policy.

9A. On November 4, 2026, I reviewed the NYSCEF docket for the New York Action. After October 9 through November 4, I saw no paper filed for Teton Life, including no response to NYSCEF Nos. 1508-1509, which were filed on October 30, 2026.

9B. On October 26 and 28, 2026, I asked counsel to the Trustee in writing for a preservation plan and written carrier information about the insurance policies at issue in the New York Action. Counsel replied on October 28 that they were speaking with counsel and conducting an independent investigation. On October 29, counsel reported that the Receiver advised the policies were "not at risk" and said she would engage with him to confirm in writing. As of this certification, I have not received a written preservation plan or written carrier information. Those October 29 and October 28 emails appear as Exhibits C and H, respectively (ECF No. 33-5), to my Supplemental Certification dated November 4, 2026 (ECF No. 33-1).

9C. Paragraph 5 of my November 4, 2026 Supplemental Certification (ECF No. 33-1) describes what the proposed order at NYSCEF No. 1509 would declare. I correct my reference there to terms "placed on the record": the November 25, 2025 conference was not on the record. I oppose enforcement of the terms discussed at that conference.

10. I did not understand that the ordinary deadline for opposition papers for the November 10 hearing was November 3, 2026. An earlier draft incorrectly treated November 6 as a safe filing date. I learned on November 4 that this presented a timing problem. I am submitting these papers on November 5 and respectfully ask the Court to accept them. I understand that acceptance is for the Court to decide.

11. I appear for myself only. I do not speak for Teton Life, LLC or any other entity.

I certify under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 5, 2026
New York, New York

______________________________

AVRUMI LUBIN
Defendant, pro se, individually
605 West 42nd Street
New York, New York 10036
Telephone: (718) 570-3796
josh@tetonfunding.com