**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

FILED:BANKRUPTCY:NJ
2026 NOV 5 PM2:57:45

Caption in Compliance with D.N.J. LBR 9004-1(b)

Avrumi Lubin
Defendant, pro se, individually
605 West 42nd Street
New York, New York 10036
(718) 570-3796
josh@tetonfunding.com

Case No. 26-17342 (EJO)
Chapter 11
Adv. Pro. No. 26-01494 (EJO)
Judge: Eamonn J. O'Hagan, U.S.B.J.
Hearing: December 3, 2026, 10:00 a.m.
Interim scheduling ruling requested before November 9, 2026

---

In re AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE, Plaintiff,
v. AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC, Defendants.

# NOTICE OF MOTION TO EXTEND THE NOVEMBER 9, 2026 RESPONSIVE-PLEADING DEADLINE; REQUEST FOR INTERIM SCHEDULING RELIEF

TO: Counsel for the Plaintiff-Trustee, the Office of the United States Trustee, the entity defendants, counsel to Gavriel Yitzchakov, and all other parties entitled to notice.

PLEASE TAKE NOTICE that Defendant Avrumi Lubin ("Movant"), appearing pro se in his individual capacity only, will move before the Honorable Eamonn J. O'Hagan, United States Bankruptcy Judge, at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608, on December 3, 2026 at 10:00 a.m., or another date the Court directs, for scheduling relief under Fed. R. Bankr. P. 9006(b)(1)(A) and 7016 and D.N.J. LBR 9013-6 as follows:

**1. Movant's individual response deadline.** Extend the November 9, 2026 deadline in paragraph 5 of the October 23, 2026 Order (ECF No. 21) to January 8, 2027 for Movant's responsive pleading to the Verified Complaint (ECF No. 1), and to December 10, 2026 for any written response concerning the continuation of preliminary injunctive relief at the December 17, 2026 hearing.

**2. Express scheduling relief for the entities.** As a defendant personally affected by the requested relief and by the reservation of his right to engage counsel in paragraph 2 of the October 23 Order, Movant asks the Court to set the same dates for Spin Capital, LLC; Teton Funding, LLC; Teton Funding Group, LLC; and JL Special Investments, LLC, and for Teton Life, LLC, only to the extent paragraph 5 of the October 23 Order applies to it. He does not appear for, submit a responsive pleading for, or bind any entity. He asks the Court to act expressly on their deadlines; he does not assume that his pro se filing automatically extends them.

**3. Interim protection before November 9.** Confirm the protection afforded Movant individually by D.N.J. LBR 9013-6, subject to its exceptions, and enter the separate proposed interim scheduling order expressly extending the covered entity deadlines pending determination of this motion. No default based solely on the November 9 deadline should be sought or entered during a court-ordered extension. If the Court declines entity-wide relief, Movant requests an independent ruling on his individual extension.

**4. Scope.** Nothing requested here postpones the November 10, 2026 Teton Life hearing or extends its opposition or response requirements. This motion does not cure any lateness concerning that hearing. It does not postpone the December 17 hearing or alter any restraint, injunction, claim, defense, ownership right or management right. The December 10 date concerns only written responses for the December 17 hearing. Neither this motion nor the proposed orders extends any filing period under Rules 7052, 9023 or 8002.

Movant relies on his accompanying Certification and Memorandum of Law and submits separate proposed interim and final orders. The companion Supplemental Motion requests related interim relief and a December 17 extension for four entities. This separate motion requests the more specific dates above; if both applications are granted, the later-entered order should identify the governing dates. This motion is not an Answer, not an appearance for an entity, and not a representation that any extension has already been granted.

**Opposition.** Unless the Court directs otherwise, opposition to the final extension request must be filed and served no later than November 25, 2026 under D.N.J. LBR 9013-2(a)(2) and Fed. R. Bankr. P. 9006(a)(1)(C), (a)(5), because November 26 is Thanksgiving Day. Separately, Movant requests an interim scheduling ruling before November 9; any response to that interim request should be submitted promptly or as the Court directs. No final merits ruling is requested without an opportunity for opposition. Serve Movant at the address in the caption.

Dated: November 5, 2026
New York, New York

Avrumi Lubin
Defendant, pro se, individually
605 West 42nd Street
New York, New York 10036
(718) 570-3796
josh@tetonfunding.com