**[PROPOSED]**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

AVRUMI LUBIN
Defendant, pro se, individually
605 West 42nd Street
New York, New York 10036
Telephone: (718) 570-3796
josh@tetonfunding.com

Case No.: 26-17342 (EJO)

Adv. No.: 26-01494 (EJO)

In Re:
AVRUMI LUBIN a/k/a Josh Lubin
Debtor (Chapter 11)

Hearing Date: Dec. 3, 2026, 10 a.m.

Judge: Eamonn J. O'Hagan

BENJAMIN A. STANZIALE, JR.,
CHAPTER 11 TRUSTEE

Plaintiff(s)

v.
AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; JL SPECIAL INVESTMENTS, LLC

Defendant(s)

**ORDER**

INTERIM EXTENSION OF RESPONSE DEADLINES

The relief set forth on the following pages, numbered two (2) through 2, is **ORDERED**.

Upon the timely motion of Defendant Avrumi Lubin, appearing pro se in his individual capacity, to extend the responsive-pleading deadlines set by paragraph 5 of the October 23, 2026 Order (ECF No. 21); the Court having considered the requested interim scheduling relief and the record; and for cause shown under Fed. R. Bankr. P. 9006(b)(1)(A) and 7016; it is ORDERED:

**1. Individual deadline.** Pending determination of the motion to extend, Avrumi Lubin's November 9, 2026 deadline under paragraph 5 is extended until the Court rules on that motion. This paragraph expressly grants interim relief and is consistent with D.N.J. LBR 9013-6 to the extent applicable.

**2. Entity deadlines.** By this express scheduling order, the same November 9 deadline is extended pending determination of that motion for Spin Capital, LLC; Teton Funding, LLC; Teton Funding Group, LLC; and JL Special Investments, LLC, and Teton Life, LLC, only to the extent paragraph 5 of the October 23 Order applies to it. This relief is granted by the Court; it does not arise merely from Movant's pro se filing.

**3. Defaults and denial.** No default based solely on failure to meet the November 9 deadline shall be sought or entered against a defendant covered by paragraphs 1-2 while this interim extension remains in effect. If a requested further extension is denied for a covered defendant, that defendant shall respond by 5:00 p.m., prevailing Eastern Time, on the third business day after entry of the denial order, unless the Court sets another deadline or another order then in effect extends it.

**4. Hearing and scope.** The extension motion remains noticed for December 3, 2026 at 10:00 a.m., unless the Court directs otherwise. This Order does not postpone the November 10 Teton Life hearing or extend its opposition or response requirements; it does not excuse lateness concerning that hearing. The December 17 hearing, all restraints, and all other deadlines remain unchanged. No period under Rules 7052, 9023 or 8002 is extended.

**5. No representation or merits ruling.** This Order does not authorize Movant to represent any entity, determine who controls an entity, or resolve any claim or defense. It grants scheduling relief only, without determining the merits of the requested January 8 and December 10 dates.

**6. Service.** Movant shall promptly serve this Order on the Plaintiff-Trustee and his counsel, the Office of the United States Trustee, all entity defendants, counsel to Gavriel Yitzchakov, and all other parties entitled to notice, by regular mail within one day of entry and by email to counsel and the Office of the United States Trustee at their known addresses. Movant shall file a certification stating the actual date and manner of service.