UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

AVRUMI LUBIN
Defendant, Pro Se, individually
605 West 42nd Street
New York, New York 10036
(718) 570-3796
josh@tetonfunding.com

FILED:BANKRUPTCY:NJ
2026 NOV 5 PM2:54:11

In Re:
AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
BENJAMIN A. STANZIALE, JR., Chapter 11 Trustee, Plaintiff, v. AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC, Defendants.

Adv. Pro. No.: 26-01494 (EJO)

Case No.: 26-17342 (EJO)

Chapter: 11

Hearing Date: 11/10/26 1 PM requested · Otherwise 12/3/26 10 AM

Judge: Eamonn J. O'Hagan

## APPLICATION FOR ORDER SHORTENING TIME

The applicant Avrumi Lubin, Defendant, pro se, on behalf of himself, individually requests that the time period to/for Supplemental Rule 9023 motion (Dkt. 21) as required by D.N.J. LBR 9013-2(a)(1) be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because:
   A proposed NY order would release Teton Life's and Spin's claims (Nov. 4 Supp. Cert. Exs. A-B, F). Answers are due Nov. 9 (Dkt. 21 ¶ 5); no attorney has appeared here for Spin, Teton Funding, TFG or JL Special (Cert. ¶ 18). Nov. 10 is already set for Teton Life (Dkt. 21). See the Rider and Certification.
2. A hearing is requested on or before:
   Tuesday, November 10, 2026 at 1:00 p.m., with the Teton Life, LLC hearing set by Dkt. 21, or another date before Dec. 3, 2026 that the Court sets; objections by 12:00 p.m. on Monday, November 9, 2026, or as the Court directs. Requested only; not yet ordered.
3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: November 5, 2026

Signature

rev.5/19/2025

# RIDER TO APPLICATION FOR ORDER SHORTENING TIME

Statement of Reasons - Application dated November 5, 2026
Adv. Pro. No. 26-01494 (EJO)

**1. Hearing and notice requested.** Avrumi Lubin, appearing individually, requests shortening of the ordinary notice period under Rule 9006(c)(1) and D.N.J. LBR 9013-2(c), so that this supplemental motion may be heard November 10, 2026 at 1:00 p.m., with the hearing already set as to Teton Life, LLC. The existing Teton Life setting does not schedule this motion. Unless the Court orders otherwise, this motion is noticed for December 3, 2026 at 10:00 a.m. If shortened time is granted, the requested opposition deadline is November 9, 2026 at 12:00 noon, prevailing Eastern Time, or another deadline the Court directs.

**2. Cause for shortened time.** A proposed New York order would declare a settlement binding on Teton Life, direct distribution of Receiver funds, take releases from Teton Life and Spin, and dismiss their claims with prejudice (Nov. 4 Supp. Cert., ECF No. 33-1, ¶¶ 5, 11; Exs. A-B, ECF No. 33-5). On November 3 the Trustee's counsel advised that court that the Trustee was determining a path forward (id. ¶ 10; Ex. F). Disposition of the disputed rights before this motion is heard could impair meaningful interim protection. The Trustee's counsel stated that settlements would require notice and court approval, but Spin is not itself a debtor and its Participants are not parties here (Cert. ¶¶ 4, 8, 12, 15).

**3. November 9 response deadline.** Paragraph 5 of the October 23 Order requires responsive pleadings by November 9. To the applicant's knowledge, the four entities identified in proposed paragraph 7 have no counsel appearing here (Cert. ¶¶ 17-19). The requested November 10 hearing is after that deadline. The applicant therefore requests an express interim extension before November 9, pending the Court's ruling on paragraph 7, under Rule 9006(b)(1)(A), with D.N.J. LBR 9013-6 applied to the extent the Court finds it applicable. He does not assume that his individual application automatically extends an entity's deadline. The proposed interim paragraph in the Order Shortening Time is submitted for the Court's consideration.

**4. Filing period distinguished.** This motion is submitted for filing November 5, within fourteen days after the October 23 Order. The requested shortening concerns notice and hearing only, not an extension of the nonextendable filing periods under Rules 9023 or 7052. It is not an Answer to the Complaint and does not replace a separate Teton Life response.

**5. Limited requested protection and service.** The applicant asks for no disposition of an asset and recognizes the other parties' right to respond. If the Court cannot hear the entire motion on November 10, he asks that at least the settlement-preservation request in proposed paragraph 2 be considered then, with the remaining matters heard December 3 or as directed, and the interim deadline request addressed before November 9. Immediately upon filing he will notify chambers by email with notice to all parties. He will serve any entered Order Shortening Time and related papers as directed and file the service certification after service. All requested dates and relief remain subject to the Court's order.

Dated: November 5, 2026

______________________________
Avrumi Lubin, Defendant, pro se, individually