**[PROPOSED]**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

AVRUMI LUBIN
Defendant, Pro Se, individually
605 West 42nd Street
New York, New York 10036
(718) 570-3796
josh@tetonfunding.com

In Re:
AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
BENJAMIN A. STANZIALE, JR., Chapter 11 Trustee, Plaintiff,
v. AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC, Defendants.

Adv. Pro. No.: 26-01494 (EJO)

Case No.: 26-17342 (EJO)

Chapter: 11

Judge: Eamonn J. O'Hagan

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

 **[PROPOSED]**

After review of the application of Avrumi Lubin, Defendant, pro se, individually for a reduction of time for a hearing on the supplemental motion under Fed. R. Bankr. P. 9023 to modify the Oct. 23, 2026 Order (Dkt. 21): no settlements; independent fiduciary for Spin Capital, LLC; and related relief under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on November 10, 2026 at 1:00 p.m. in the United States Bankruptcy Court, 402 E. State Street, Trenton, NJ 08608
Courtroom No. 2.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Trustee; Trustee counsel Staiano / Moloshok; United States Trustee; Weir LLP for Yitzchakov

See attached Schedule A, recipients 1-4, for mailing addresses; known counsel/UST email addresses.

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Spin Capital, LLC (N.J.), c/o Avrumi Lubin, at its address on the adversary docket (Schedule A, recipient 5); Teton Life, LLC; Teton Funding, LLC;

Teton Funding Group, LLC; and JL Special Investments, LLC, the last four through their registered agents (recipients 6-9).

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within 1 day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to ________________

☐ on the same day as the date of this Order, or

☐ within ________ day(s) of the date of this Order.

 **[PROPOSED]**

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail
1 day(s) prior to the scheduled hearing; or
November 9, 2026 at 12:00 noon (prevailing Eastern Time).
☐ may be presented orally at the hearing.

8. ☐ Court appearances are required to prosecute said motion/application and any objections.

☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

9. ☐ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

☐ The hearing will be conducted via a specialized Zoom link. See instructions below:

**10. Interim responsive-pleading deadline.** Pending determination of paragraph 7 of the proposed order accompanying this supplemental motion, the November 9, 2026 responsive-pleading deadline in paragraph 5 of the October 23 Order is extended as to Spin Capital, LLC (New Jersey), Teton Funding, LLC, Teton Funding Group, LLC and JL Special Investments, LLC. No default based on that deadline shall be sought or entered against those four entities during this interim extension. This paragraph concerns scheduling only and does not authorize the Movant to represent an entity or decide who holds its rights. If the Court denies the further extension requested in paragraph 7, responsive pleadings shall be due by 5:00 p.m., prevailing Eastern Time, on the third business day after entry of the denial order, unless the Court sets another deadline or another order then in effect extends it. No period under Rule 9023 or 7052 is extended.

# SCHEDULE A TO PROPOSED ORDER
# SERVICE RECIPIENTS - NINE SEPARATE MAILINGS

| | | |
|---|---|---|
| 1 | Patricia A. Staiano, Esq. / Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068 | Counsel to Plaintiff / Chapter 11 Trustee |
| 2 | Benjamin A. Stanziale, Jr.<br>Chapter 11 Trustee<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Plaintiff / Chapter 11 Trustee |
| 3 | Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | United States Trustee |
| 4 | Jeffrey S. Cianciulli, Esq. / Patrick T. Krenicky, Esq.<br>Weir LLP<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054 | Counsel to Gavriel Yitzchakov |
| 5 | Spin Capital, LLC (a New Jersey limited liability company)<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Defendant; at the address listed for it on the adversary docket |
| 6 | Teton Life, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant; through registered agent |
| 7 | Teton Funding, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant; through registered agent |
| 8 | Teton Funding Group, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant; through registered agent |
| 9 | JL Special Investments, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant; through registered agent |

Email copies for recipients 1-4: pstaiano@hlgslaw.com; mmoloshok@hlgslaw.com; ben@stanzialelaw.com; Rachel.Wolf@usdoj.gov; Kirsten.K.Ardelean@usdoj.gov; Heidi.A.Feinman@usdoj.gov; jcianciulli@weirlawllp.com; pkrenicky@weirlawllp.com.