UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

AVRUMI LUBIN
Defendant, pro se, individually
605 West 42nd Street
New York, New York 10036
(718) 570-3796
josh@tetonfunding.com

FILED BANKRUPTCY
2026 NOV 5 PM 2:58

In Re:

AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
BENJAMIN A. STANZIALE, JR., Chapter 11 Trustee, Plaintiff, v. AVRUMI LUBIN, et al., Defendants.

| | |
|---|---|
| Case No.: | 26-17342 (EJO) |
| Chapter: | 11 |
| Adv. No.: | 26-01494 (EJO) |
| Hearing Date: | See Schedule B |
| Judge: | Eamonn J. O'Hagan |

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin :

☐ represent ______________________ in this matter.

☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

☒ am the Debtor / Defendant in this case and am representing myself.

2. On November 5, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
All three packets identified in attached Schedule B (89 pages total), including all exhibits and proposed orders, by first-class U.S. mail, postage prepaid, to the nine recipients on pages 2-3.
This certification covers mailing only.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 11/5/26

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Patricia A. Staiano, Esq.<br>Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068 | Counsel for Plaintiff, Chapter 11 Trustee Benjamin A. Stanziale, Jr. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Benjamin A. Stanziale, Jr.<br>Chapter 11 Trustee<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Plaintiff;<br>Chapter 11 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jeffrey S. Cianciulli, Esq.<br>Patrick T. Krenicky, Esq.<br>Weir LLP<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054 | Counsel for interested party Gavriel Yitzchakov (a/k/a Gabe Isaacov) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Spin Capital, LLC<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Defendant<br>(New Jersey LLC) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Teton Life, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Teton Funding, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Teton Funding Group, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| JL Special Investments, LLC<br>c/o Vcorp Services, LLC<br>Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

## SCHEDULE B TO CERTIFICATION OF SERVICE

### Stanziale v. Lubin, et al., Adv. Pro. No. 26-01494 (EJO)
### In re Avrumi Lubin, Case No. 26-17342 (EJO)

**Documents mailed November 5, 2026**

Each recipient listed on pages 2-3 was mailed a complete copy of all three packets below, including every exhibit and proposed order (89 pages total). The two administrative cover letters to the Clerk are not included.

**A. Supplemental Motion to Modify the October 23, 2026 Order (ECF No. 21) - 33 pages**

1. Application for Order Shortening Time and Rider (2 pages).
2. Notice of Supplemental Motion (4 pages).
3. Certification of Avrumi Lubin with Exhibit 1 (11 pages).
4. Memorandum of Law (7 pages).
5. Proposed Supplemental Order Modifying the October 23, 2026 Order (5 pages).
6. Proposed Order Shortening Time Period for Notice, Setting Hearing and Limiting Notice, with Schedule A (4 pages).

**B. Debtor's Response as to Teton Life, LLC for the November 10, 2026 Hearing and Request for Leave - 44 pages**

1. Response and Request for Leave (8 pages).
2. Certification of Avrumi Lubin with Exhibits 1, 2 and 3 (30 pages).
3. Proposed Order A (3 pages).
4. Alternative Proposed Order B (3 pages).

**C. Motion to Extend the November 9, 2026 Responsive-Pleading Deadline; Request for Interim Scheduling Relief - 12 pages**

1. Notice of Motion (2 pages).
2. Certification of Avrumi Lubin (3 pages).
3. Memorandum of Law (3 pages).
4. Proposed Interim Order (2 pages).
5. Proposed Final Order (2 pages).

**Hearing identification**

Teton Life response: November 10, 2026 at 1:00 p.m. Supplemental motion: December 3, 2026 at 10:00 a.m., unless shortened by the Court; November 10 at 1:00 p.m. is requested only. Extension motion: December 3, 2026 at 10:00 a.m., with interim scheduling relief requested before November 9. All dates remain subject to the Court's orders.

This certification reports mailing only. It does not certify a separate email transmission, CM/ECF service, or service of any later-entered order.