UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Avrumi Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701

**Order Filed on November 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Avrumi Lubin

Case No.: 26-17342
Adv. No.: 26-1494

Benjamin A. Stanziale, Jr.

vs.

Avrumi Lubin, Spin Capital, LLC, Teton Life, LLC, et als

Hearing Date:
Judge: Eamonn James O'Hagan

Recommended Form: ☑ Followed ☐ Modified

**ORDER DENYING MOTION OR
APPLICATION FOR THE ENTRY OF AN ORDER**
to Shorten Time

The relief set forth on the following page is **ORDERED**.

**DATED: November 6, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

A motion or application having been filed on November 5, 20 26 by Avrumi Lubin for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.