Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

In Re: Avrumi Lubin
Debtor

Case No.: 26−17342−EJO
Chapter 11

Benjamin A. Stanziale Jr.
Plaintiff

v.

Avrumi Lubin
Defendant

Adv. Proc. No. 26−01494−EJO

Judge: Eamonn James O'Hagan

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on November 5, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 35 − 33
Order Denying Application to Shorten Time (related document:33 Application to Shorten Time (related document:25 Motion re: UNDER FED. R. BANKR. P. 9023 AND 7052 (AND, ALTERNATIVELY, FED. R. BANKR. P. 7065) TO ALTER OR AMEND THE OCTOBER 23, 2026 ORDER (ECF NO. 21) BY ADDING FOUR INTERIM PROTECTIONS PENDING THE FIN filed by Defendant Avrumi Lubin). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/5/2026. . (mjb)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 5, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

Stanziale, Jr.,
Plaintiff

Lubin,
Defendant

Adv. Proc. No. 26-01494-EJO

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 05, 2026 | Form ID: orderntc | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |
| dft | + | JL Special Investments, LLC, c/o Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |
| dft | + | Teton Funding Group, LLC, c/o Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |
| dft | + | Teton Funding, LLC, c/o Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |
| dft | + | Teton Life, LLC, c/o Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| pla | + | Email/Text: trustee@stanzialelaw.com | Nov 05 2026 20:29:00 | Benjamin A. Stanziale, Jr., Stanziale & Stanziale, 2839 Route 10, Suite 102, Morris Plains, NJ 07950-1200 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey S. Cianciulli | on behalf of Interested Party Gavriel Yitzchakov jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com |

Patricia A. Staiano
on behalf of Plaintiff Benjamin A. Stanziale Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com

Patrick T. Krenicky
on behalf of Interested Party Gavriel Yitzchakov pkrenicky@weirlawllp.com eyates@weirlawllp.com

TOTAL: 3