# EXHIBIT C-11

Email from Avrumi Lubin to Benjamin A. Stanziale, Jr., September 22, 2026, 5:20 PM, subject "MAY15_ORDER_AND_JUNE16_RECORD," copying the Office of the United States Trustee (printed from Lubin's mailbox; attachments listed in the header and filed separately as Exhibits C-9 and C-10)

Printed from the mailbox of josh@tetonfunding.com (Microsoft 365). Messages shown in the order sent; signature blocks and confidentiality footers omitted. Times are Eastern.

---

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Tuesday, September 22, 2026 5:20 PM (importance: High)
**To:** Ben Stanziale <Ben@stanzialelaw.com>
**Cc:** Wolf, Rachel (USTP) <Rachel.Wolf@usdoj.gov>; Ardelean, Kirsten K. (USTP) <Kirsten.K.Ardelean@usdoj.gov>; Feinman, Heidi A. (USTP) <Heidi.A.Feinman@usdoj.gov>
**Subject:** MAY15_ORDER_AND_JUNE16_RECORD
**Attach:** 2026-05-15_ORDER_Broward_Charging_Foreclosure_Sale_Filing248282220_9pp.pdf; 2026-06-16_TRANSCRIPT_Broward_Haimes_Spin_Default_Hearing_19pp.pdf; 2026-05-13_TRANSCRIPT_Broward_Haimes_Charging_Foreclosure_Hearing_35pp.pdf

This is the actual order why judge o hagen appointed a trustee. Either way I need a trustee or ill never get out of this mess.

though the record is clear. Apparently theres a lot of "errors" in the order. I think the court forgot to schedule an evidentiary hearing as well. Apparently judge haimes says he did not issue a foreclosure order as to spin. Mr Karten says that as well, though goes to ther courts and waives this order around as is its valid. Along with a bunch of other orders I think the court may have forgot they signed.

What Haimes actually said June 16

The transcript is in your file. Casey said it first:
"the only thing that we did win at trial, Judge, was that Spin Capital… wasn't an alter ego of Mr. Lubin. The jury found no to that question. And this order does seem to find that Spin is an alter ego"

Then:
THE COURT: "have I entered a foreclosure order on Spin Capital?"
KARTEN: "You have not…. There is no order."
YOU: "Mr. Karten did submit an order that, I think the Court by mistake signed that grants foreclosure against Spin."
KARTEN: "That's not true."
THE COURT: "Yeah. I have not correct."

Then Casey read Section E out loud. Karten backed up: "if the charging order… has an error in it, then… I agree that it needs to be corrected."

And the Court: "those are single-member LLCs, so he's the sole owner. So, they're not proceeding as an alter ego" … "instead of saying that it's an alter ego…"

---------- Forwarded message below ----------
From: Josh Lubin <josh@tetonfunding.com>
Date: Tuesday, September 22, 2026 at 4:49 PM
To: Ben Stanziale <Ben@stanzialelaw.com>
Cc: "Wolf, Rachel (USTP)" <Rachel.Wolf@usdoj.gov>, "Ardelean, Kirsten K. (USTP)" <Kirsten.K.Ardelean@usdoj.gov>
Subject: FW: Termination and Final Invoice

Ben,

I probably should've not signed this. Me not having the ability to retain counsel will cause significant damage to the estate.

Rachel,

Is there a procedure I can file that give me my right under the constitution of the United States to retain counsel to protect and enforce my personal rights. Maybe a stipulation between all the parties in the case that prevents the, from interfering in this right, no matter what court orders or documents exist out there and to the extent the parties do not want to sign a stipulation, set it for hearing in front of the judge.

[Earlier messages in the forwarded chain (Ashford-Schael, Sept. 20–22, 2026, "Termination and Final Invoice") omitted.]