# EXHIBIT C-16

Emails between Josh Lubin and Scott Zankl, October 18, 2021, subject "RE: Payoff Letter" — Plaintiff's Trial Exhibit 26, Adv. Pro. No. 23-01132-EPK (Bankr. S.D. Fla.), complete (3 pages)

**From:** Josh Lubin
**To:** Scott Zankl
**Bcc:** simon cedar
**Subject:** RE: Payoff Letter
**Date:** Monday, October 18, 2021 1:30:00 PM

---

The payoff I gave you is the outstanding balance. If you pay off in full this week, I will give you a discount. Let me know and I will have a new payoff sent.

**From:** Scott Zankl <scott@excellauto.com>
**Sent:** Monday, October 18, 2021 1:27 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** Re: Payoff Letter

Josh

since Aug 31 when we did the last deal I have paid you $733,000 back.
The payoff you gave me your making $1,050,000 on me in 60 days ?

Scott Zankl

On Oct 18, 2021, at 1:23 PM, Josh Lubin <josh@spincapital.com> wrote:

If you will pay off in full, I will give a discount

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Scott Zankl <scott@excellauto.com>
**Sent:** Monday, October 18, 2021 1:21:35 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** Re: Payoff Letter

Josh

you can't give me a better payoff

Scott Zankl

Plaintiff
Exhibit 26
exhibitsticker.com

On Oct 18, 2021, at 1:09 PM, Josh Lubin <josh@spincapital.com> wrote:

Attached

**From:** Scott Zankl <scott@excellauto.com>
**Sent:** Monday, October 18, 2021 1:08 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** Re: Payoff Letter

nothing attached

Scott Zankl

On Oct 18, 2021, at 12:28 PM, Josh Lubin <josh@spincapital.com> wrote:

Updated attached.

**From:** Josh Lubin
**Sent:** Monday, October 18, 2021 12:21 PM
**To:** Scott Zankl <scott@excellauto.com>
**Subject:** RE: Payoff Letter

Disregard. Resending shortly.

**From:** Josh Lubin
**Sent:** Monday, October 18, 2021 12:20 PM
**To:** Scott Zankl <scott@excellauto.com>
**Subject:** Payoff Letter

Scott,

See attached.

***Sincerely,***
***Josh Lubin***
***President***
***Spin Capital***
***Office:* 929-605-4111**
**Cell: 732-608-4905**
**josh@spincapital.com**

<EXCELL AUTO GROUP, INC BALANCE LETTER.pdf>

<EXCELL AUTO GROUP, INC BALANCE LETTER.pdf>