# EXHIBIT C-18

DocuSign notices sent by Franklin Capital Group (as "Wing Lake Capital Partners") to josh@spincapital.com, October 22 – November 1, 2021, for the "Assignment of Obligations and Merchant Documents" (printed from Lubin's mailbox)

Printed from the mailbox of josh@spincapital.com (Microsoft 365). DocuSign notices only; the signing links and security codes are omitted. Times are Eastern (converted from the UTC timestamps on the messages).

---

**From:** Wing Lake Capital Partners via DocuSign <dse_NA3@docusign.net> (sender account docusign@winglakecp.com)
**Sent:** Friday, October 22, 2021 3:01 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** Please DocuSign: Franklin Capital_Excell -- (Spin Capital) Assignment of Obligations and ....DOCX

Wing Lake Capital Partners sent you a document to review and sign.
[REVIEW DOCUMENT]
Josh - please see the attached document for signatures.

---

**From:** Wing Lake Capital Partners via DocuSign <dse_NA3@docusign.net> (sender account docusign@winglakecp.com)
**Sent:** Monday, October 25, 2021 12:28 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** Voided: Please DocuSign: Franklin Capital_Excell -- (Spin Capital) Assignment of Obligations and ....DOCX

(DocuSign notice that the October 22 envelope was voided by the sender.)

---

**From:** Wing Lake Capital Partners via DocuSign <dse_NA3@docusign.net> (sender account docusign@winglakecp.com)
**Sent:** Tuesday, October 26, 2021 3:11 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** Please DocuSign: Franklin Capital_Excell -- (Spin Capital) Assignment of Obligations and and Me...

Wing Lake Capital Partners sent you a document to review and sign.
[REVIEW DOCUMENT]
Josh - please see the attachment for signatures.

---

**From:** Wing Lake Capital Partners via DocuSign <dse_NA3@docusign.net> (sender account docusign@winglakecp.com)
**Sent:** Thursday, October 28, 2021 9:18 AM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** Please DocuSign: Franklin Capital_Excell -- (Spin Capital) Assignment of Obligations and and Me...

Wing Lake Capital Partners sent you a document to review and sign.
[REVIEW DOCUMENT]
Josh - please see the updated attachment for signatures.

---

**From:** Wing Lake Capital Partners via DocuSign <dse_NA3@docusign.net> (sender account docusign@winglakecp.com)
**Sent:** Monday, November 1, 2021 4:08 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** Please DocuSign: Franklin Capital_Excell -- (Spin Capital) Assignment of Obligations and and Me...

Wing Lake Capital Partners sent you a document to review and sign.
[REVIEW DOCUMENT]
Josh - please see the updated attachment for signatures.

---

**From:** Wing Lake Capital Partners via DocuSign <dse_NA3@docusign.net> (sender account docusign@winglakecp.com)
**Sent:** Monday, November 1, 2021 4:13 PM
**To:** Josh Lubin <josh@spincapital.com>
**Subject:** Completed: Please DocuSign: Franklin Capital_Excell -- (Spin Capital) Assignment of Obligations and and Me...
**Attach:** Franklin Capital_Excell -- (Spin Capital) Assignment of Obligations and and Merchant Documents.DOCX.pdf; Summary.pdf

Your document has been completed
[VIEW COMPLETED DOCUMENT]
All parties have completed Please DocuSign: Franklin Capital_Excell -- (Spin Capital) Assignment of Obligations and and Me....
Josh - please see the updated attachment for signatures.