# EXHIBIT C-19

Email from Scott Zankl to Josh Lubin, October 21, 2021, 5:30 PM, attaching Franklin Capital Group's draft "Closing Statement and Authorization" ("Excell Closing Statement_v2_DRAFT.pdf") — Plaintiff's Trial Exhibit 27, Adv. Pro. No. 23-01132-EPK (Bankr. S.D. Fla.), complete (4 pages)

**From:** Scott Zankl
**To:** Josh Lubin
**Subject:** Excell Closing Statement_v2_DRAFT.pdf
**Date:** Thursday, October 21, 2021 5:30:24 PM
**Attachments:** Excell Closing Statement_v2_DRAFT.pdf

---

Scott Zankl

Plaintiff

Exhibit 27

exhibitsticker.com

# CLOSING STATEMENT AND AUTHORIZATION

October __, 2021

Franklin Capital Group, LLC
32300 Northwestern Highway
Suite 200
Farmington Hills, Michigan 48334
Attention:

Franklin Capital Group, LLC ("Lender") is hereby authorized to make a disbursement of all or a portion of the proceeds under the $6,000,000.00 term loan (the "**Loan**") to the undersigned evidenced by that certain Promissory Note (Term Loan) dated as of the date hereof, as follows:

Wire transfer funds in the amount of $308,211.00 to:

| | |
|---|---|
| Bank | ABA Transit Number |
| Account Title | Account Number |

Lender is further authorized and directed to pay the following expenses with respect to the Loan (and any other expenses not listed below that Lender may incur with respect to the Loan that are authorized pursuant to the loan documents for the Loan), which amount shall be withheld from the total Loan proceeds advanced:

| | |
|---|---|
| **FUNDING** | |
| New Loan Proceeds | $6,000,000.00 |
| **USE OF PROCEEDS** | |
| Purchase of Cash Advance Obligations (consolidated into loan) [(1)] | |
| Diverse Capital | $3,210,000.00 |
| Spin Capital | $587,289.00 |
| Total | $3,797,289.00 |
| Legal (loan documentation) | $40,000.00 |
| (less deposit) | ($7,500.00) |
| Remaining Diligence Fee | $5,000.00 |
| Legal Opinion Fee | $1,500.00 |
| UCC/Lien Filing Fees | $500.00 |
| Commitment Fee | $165,000.00 |
| Broker Fee | $240,000.00 |
| Broker Fee Rebate | ($100,000.00) |
| Total Fees | $344,500.00 |

DRAFT

| | |
|---|---|
| Cash Collateral Reserve | $1,550,000.00 |
| **Funds to Company** | |
| Working Capital | $308,211.00 |
| Total Funds to Company | $308,211.00 |
| **Total Funding** | **$6,000,000.00** |

(1) Remaining balances reported by Company as of 10/21/2021

TOTAL WITHHELD (at close): $5,691,789.00

DRAFT

Each person signing below is authorized to make this request, and Lender is entitled to rely conclusively on the above instructions to disburse Loan proceeds in the amount and manner specified.

**EXCELL AUTO GROUP, INC.**

By: ______________________________
Name: Scott Zankl
Title: Owner

DRAFT