# EXHIBIT C-23

Spin Capital Balance Letter dated October 18, 2021 ($2,264,312.50, "in reference to the merchant Agreement entered into on or about 08/31/2021"), as filed by Excell Auto Group as Exhibit 2 to its Amended Answer with Counterclaims in Hi Bar Capital LLC v. Excell Auto Group, Inc., Index No. 502846/2022 (Sup. Ct. Kings Cnty.), NYSCEF Doc. No. 32 (Mar. 18, 2022), complete (2 pages). Account number shown as last four digits only on the original.

# Exhibit 2

# *SPIN CAPITAL*

## *BALANCE LETTER*

10/18/2021

KRISTEN ZANKL,

This letter is to confirm that the merchant KRISTEN ZANKL owner of EXCELL AUTO GROUP, INC. has a balance of $2,264,312.50 with SPIN CAPITAL in reference to the merchant Agreement entered into on or about 08/31/2021.

Receipt of final payment will conclude the Agreement and SPIN CAPITAL security interest in EXCELL AUTO GROUP, INC will be released.

Thank you for counting on SPIN CAPITAL to help your business succeed!

Regards,

*SPIN CAPITAL*

*Wire Instruction*

| | |
|---|---|
| *Bank Name* | *TD BANK* |
| *Bank Address* | *6000 ATRIUM WAY MOUNT LAUREL NJ 08054* |
| *Beneficiary Name* | *SPIN CAPITAL LLC* |
| *Beneficiary Address* | *1460 ARBORETUM PKWY LAKEWOOD NJ 08701* |
| *Account Routing #* | *031101266* |
| *Account #* | [redacted]*6504* |