# EXHIBIT C-32

Email from Avrumi Lubin to Teton Life's then-counsel (Jeffrey Chubak, Amini LLC) and Teton Life's other member, copying Avery Samet (Amini LLC) and the court-appointed receiver, Fred Stevens, December 22, 2025, 2:38 PM, subject "RE: Comments on Draft Settlement" — top message only, printed from Lubin's mailbox

Printed from the mailbox of josh@spincapital.com (Microsoft 365). Times are Eastern. The message is shown with its sender and recipient lists, including the blind-copy (Bcc) field, as they appear in the mailbox. Only the top (new) message is reproduced: the earlier messages quoted below it in the original (counsel's forward of the same day and the two messages from the Leer defendants' counsel that it enclosed) are omitted. Nothing else is altered.

---

**From:** Josh Lubin <josh@spincapital.com>
**Sent:** Monday, December 22, 2025 2:38 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>; Gabe Isaacov <gabe@redstoneadvance.com>
**Cc:** Avery Samet <asamet@aminillc.com>; Fred Stevens <fstevens@klestadt.com>
**Bcc:** Adam Bialek <abialek@wmd-law.com>; Mary March Exum <theangelconsultancy@gmail.com>; Kristina Spindler <kristina.lspindler@gmail.com>
**Subject:** RE: Comments on Draft Settlement
**Importance:** High

Jeff, Avery,

I am not agreeing to any settlement, and there are no settlement discussions at this time.

The November 25 document reflects an "agreement in principle" that I am not proceeding with. Given the current posture of the case—including unresolved disputes regarding policy ownership and proceeds, outstanding credibility issues on the docket, and the scope of the receivership—any settlement terms, releases, or distributions are premature.

Accordingly:

Please do not circulate the term sheet or draft settlement to opposing counsel.

Please advise that settlement discussions are off the table pending further court and receiver direction.

My focus remains on preservation, transparency, and court-supervised resolution of the disputed issues.

Thanks,
Josh

*[Complete top message. The earlier messages quoted below it in the original are omitted. Nothing else is altered.]*