<table>
<tr>
<td>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Avrumi Lubin<br>Defendant and Counterclaim-Plaintiff, pro se, individually<br>605 West 42nd Street<br>New York, New York 10036<br>(718) 570-3796<br>josh@tetonfunding.com</td>
<td rowspan="2">Case No.: 26-17342 (EJO)<br>Adv. No.: 26-01494 (EJO)<br>Hearing Date: December 3, 2026, 10:00 a.m.<br>Judge: Eamonn J. O'Hagan</td>
</tr>
<tr>
<td>In Re:<br>AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor.</td>
</tr>
<tr>
<td colspan="2">BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin,<br>Plaintiff(s)<br>v.<br>AVRUMI LUBIN; SPIN CAPITAL, LLC; TETON LIFE, LLC; TETON FUNDING, LLC; TETON FUNDING GROUP, LLC; and JL SPECIAL INVESTMENTS, LLC,<br>Defendant(s)</td>
</tr>
</table>

## ORDER GRANTING LEAVE TO ASSERT COUNTERCLAIMS AND JOINING ADDITIONAL COUNTERCLAIM-DEFENDANTS

The relief set forth on the following page, numbered two (2), is ORDERED.

Debtor: AVRUMI LUBIN a/k/a Josh Lubin
Case No.: 26-17342 (EJO)
Adv. Pro. No.: 26-01494 (EJO)
Caption of Order: ORDER GRANTING LEAVE TO ASSERT COUNTERCLAIMS AND JOINING ADDITIONAL COUNTERCLAIM-DEFENDANTS

Upon the motion of Defendant Avrumi Lubin, and for good cause shown, it is ORDERED that:

1. The motion is GRANTED.

2. To the extent leave of Court is required to assert the counterclaims pleaded in Part Two of Defendant Avrumi Lubin's Answer, Defenses and Counterclaims filed November 9, 2026 (the "Counterclaims") against Benjamin A. Stanziale, Jr., Chapter 11 Trustee, or his counsel, leave is granted.

3. Patricia A. Staiano, Matthew E. Moloshok, FVP Investments LLC, FVP Opportunity Fund III, LP, FVP Servicing, LLC, Franklin Capital Funding, LLC and Franklin Capital Group, LLC are joined as counterclaim-defendants.

4. The Clerk shall issue summonses for the added counterclaim-defendants, who shall respond to the Counterclaims within the time fixed by Fed. R. Bankr. P. 7012(a).

5. This Order decides only leave and joinder. It does not decide the merits of any counterclaim or any defense.

6. To the extent the Court later determines that any claim pleaded in Count III of the Counterclaims is property of the estate, the Trustee shall advise the Court and Lubin, within 21 days of that determination, whether he will prosecute the claim; any request by Lubin for authorization to prosecute such a claim on behalf of the estate shall be made by motion on notice.

7. This Order is without prejudice to any later request by Lubin to amend the counterclaims.