**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>AVRUMI LUBIN<br>Defendant and Counterclaim-Plaintiff, pro se, individually<br>605 West 42nd Street<br>New York, New York 10036<br>(718) 570-3796<br>josh@tetonfunding.com | Case No.: 26-17342 (EJO)<br>Chapter: 11<br>Adv. No.: 26-01494 (EJO)<br>Hearing Date: December 3, 2026, 10:00 a.m. (motion)<br>Judge: Eamonn J. O'Hagan |
| In Re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.<br>BENJAMIN A. STANZIALE, JR., Chapter 11 Trustee, Plaintiff, v. AVRUMI LUBIN, et al., Defendants. | |

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin:

☐ represent ______________________ in this matter.

☐ am the secretary/paralegal for ______________________, who represents ______________________ in this matter.

☒ am the Debtor / Defendant and Counterclaim-Plaintiff in this case and am representing myself.

2. On November 9, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: By first-class U.S. mail, postage prepaid: to recipients 1 through 12 in the chart below, (1) Answer, Defenses and Counterclaims of Defendant Avrumi Lubin, Individually (44 pages); (2) Certification of Avrumi Lubin with Index of Exhibits (16 pages) and Exhibits C-1 through C-32 (297 pages); (3) Notice of Motion for Leave and Joinder, with Certification, Memorandum, Proposed Order (on the Court's Order Template) and Exhibit B (19 pages). To recipients 13 through 17 in the chart below (the five companies that the motion asks the Court to join as counterclaim-defendants, at their registered agents or to the attention of their managers), (1) Answer, Defenses and Counterclaims of Defendant Avrumi Lubin, Individually (44 pages); (2) Certification of Avrumi Lubin with Index of Exhibits (16 pages), without Exhibits C-1 through C-32, which are on file with the Court; (3) Notice of Motion for Leave and Joinder, with Certification, Memorandum, Proposed Order (on the Court's Order Template) and Exhibit B (19 pages).

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 9, 2026 ______________________
Signature — Avrumi Lubin

| No. | Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|---|
| 1 | Patricia A. Staiano, Esq.<br>Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein & | Counsel for Plaintiff, Chapter 11 Trustee Benjamin A. Stanziale, Jr.; | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR |

| | | | |
|---|---|---|---|
| | Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068 | named counterclaim-defendants | ☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) and (3), with Exhibits C-1 through C-32* |
| 2 | Benjamin A. Stanziale, Jr.<br>Chapter 11 Trustee<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Plaintiff; Chapter 11 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) and (3), with Exhibits C-1 through C-32* |
| 3 | Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>One Newark Center, 1085 Raymond Boulevard, Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) and (3), with Exhibits C-1 through C-32* |
| 4 | Jeffrey S. Cianciulli, Esq.<br>Patrick T. Krenicky, Esq.<br>Weir LLP<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054 | Counsel for interested party Gavriel Yitzchakov | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) and (3), with Exhibits C-1 through C-32* |
| 5 | Jennifer Mara, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, NJ 07068 | Counsel for FVP Servicing, LLC, FVP Opportunity Fund III, LP and FVP Investments LLC (Adv. No. 26-01315) — courtesy copy; named counterclaim-defendants (summons to issue) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) and (3), with Exhibits C-1 through C-32* |
| 6 | Jerrell A. Breslin, Esq.<br>Breslin \| Trial Practice PLLC<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316-1110 | Counsel for the FVP entities (Adv. No. 26-01315) — courtesy copy (address per The Florida Bar, Nov. 8, 2026) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) and (3), with Exhibits C-1 through C-32* |
| 7 | Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, NY 10016 | Counsel for Franklin Capital Group, LLC and Franklin Capital Funding, LLC (Adv. No. 26-01339) — courtesy copy; named counterclaim-defendants (summons to issue) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) and (3), with Exhibits C-1 through C-32* |

| | | | |
|---|---|---|---|
| 8 | Spin Capital, LLC<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Defendant (New Jersey LLC) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) and (3), with Exhibits C-1 through C-32* |
| 9 | Teton Life, LLC<br>c/o Vcorp Services, LLC, Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) and (3), with Exhibits C-1 through C-32* |
| 10 | Teton Funding, LLC<br>c/o Vcorp Services, LLC, Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) and (3), with Exhibits C-1 through C-32* |
| 11 | Teton Funding Group, LLC<br>c/o Vcorp Services, LLC, Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) and (3), with Exhibits C-1 through C-32* |
| 12 | JL Special Investments, LLC<br>c/o Vcorp Services, LLC, Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) and (3), with Exhibits C-1 through C-32* |
| 13 | FVP Investments, LLC<br>c/o Jerry Breslin, Esq., Registered Agent<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316 | Proposed counterclaim-defendant (joinder sought by the motion) — Fed. R. Bankr. P. 7004(b)(3); Florida registered agent per Fla. Dep't of State records | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) without exhibits, and (3)* |
| 14 | FVP Opportunity Fund III, LP<br>Attn: Keith Lee, Manager<br>1140 Broadway, Suite 1503<br>New York, NY 10001 | Proposed counterclaim-defendant (joinder sought by the motion) — Fed. R. Bankr. P. 7004(b)(3); business address of the FVP | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______<br>(As authorized by the Court or by |

| | | | |
|---|---|---|---|
| | | entities per Fla. Dep't of State records (2026) | rule. Cite the rule if applicable.)<br>*Items (1), (2) without exhibits, and (3)* |
| 15 | FVP Servicing, LLC<br>c/o Jerry Breslin, Esq., Registered Agent<br>1132 SE 3rd Avenue<br>Fort Lauderdale, FL 33316 | Proposed counterclaim-defendant (joinder sought by the motion) — Fed. R. Bankr. P. 7004(b)(3); Florida registered agent per Fla. Dep't of State records | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) without exhibits, and (3)* |
| 16 | Franklin Capital Funding, LLC<br>Attn: Avrohom Baum, Manager<br>32300 Northwestern Highway, Suite 215<br>Farmington Hills, MI 48334 | Proposed counterclaim-defendant (joinder sought by the motion) — Fed. R. Bankr. P. 7004(b)(3); address of record in the Broward County final judgments of Oct. 6, 2025 | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) without exhibits, and (3)* |
| 17 | Franklin Capital Group, LLC<br>c/o Avrohom Baum, Resident Agent<br>32300 Northwestern Highway, Suite 215<br>Farmington Hills, MI 48334 | Proposed counterclaim-defendant (joinder sought by the motion) — Fed. R. Bankr. P. 7004(b)(3); Michigan resident agent per Mich. LARA records | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>*Items (1), (2) without exhibits, and (3)* |