Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−01494−EJO
Chapter: 0
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Social Security No.:

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/3/26 at 10:00 AM

to consider and act upon the following:

***44*** − Motion re: Notice of Motion (1) for Leave, to the Extend Leave is Required, to Assert the Counterclaims Pleaded in Defendant's Answer Against the Chapter 11 Trustee and his Counsel, and (2) to Join Additional Counterclaims−Defendants and Direct Issuance of Summonses Filed by Avrumi Lubin.. (Attachments: # 1 Exhibit B # 2 Proposed Order) (LVJ)

Dated: 11/9/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court