Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Avrumi Lubin
Debtor

Case No.: 26−17342−EJO
Chapter 11

Benjamin A. Stanziale Jr.
Plaintiff

v.

Avrumi Lubin
Defendant

Adv. Proc. No. 26−01494−EJO

Judge: Eamonn James O'Hagan

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on November 12, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 48 − 5
Order Granting Preliminary Injunction As To Teton Life, LLC And Providing For Further Proceedings (related document:5 Order to Show Cause With Temporary Relief. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/15/2026. Show Cause hearing to be held on 10/22/2026 at 10:00 AM at EJO − Courtroom 2, Trenton. (dmi)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/12/2026. (mjb)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 12, 2026
JAN: mjb

Jeanne Naughton
Clerk