# UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:

Benjamin A. Stanziale, Jr.

V.

Avrumi Lubin et al

Chapter: 11
Case Number: 26-17342
Civil Number: 26-CV-14172-GC
Adversary Number: 26-01494
Bankruptcy Judge: Eamonn J. O'Hagan

**TRANSMITTAL OF DOCUMENT(S) TO:**
**☒ DISTRICT COURT ☐ CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☐ Notice of Appeal ☐ Order being Appealed ☐ Designation of Record on Appeal
☐ Statement of Issues ☐ Transcript ☐ Transcript Ordered On: ____________
☐ Motion for Leave to Appeal ☒ Certification of Failure to File Designation ☐ Motion to Withdraw the Reference
☐ Other ____________

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on 10/29/2026. The parties to the appeal are:

Appellant(s): Avrumi Lubin
Attorney: Pro Se
Address: 1460 Arboretum Parkway
Lakewood, NJ 08701

Appellee(s): Benjamin A. Stanziale, Jr.
Attorney: Patricia A. Staiano
Address: 103 Eisenhower Parkway, Suite 403
Roseland, NJ 07068

Title of Order Appealed: Order Granting Preliminary Injunction And Providing For Further Proceedings
Date Entered On Docket: 10/23/2026

☒ An appeal has not previously been filed in this case.

☐ The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to ____________within 3 days.

Your Court's Case Number: ____________ Judge assigned: ____________
By: ____________ Date: ____________