**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

AVRUMI LUBIN
Debtor, Pro Se
605 West 42nd Street
New York, New York 10036
(718) 570-3796
josh@tetonfunding.com

Case No. 26-17342 (EJO)
Adv. Pro. No. 26-01494 (EJO)
Chapter 11
Judge: Eamonn J. O'Hagan, U.S.B.J.
Hearing: Thursday, December 3, 2026 at 10:00 a.m.

In re AVRUMI LUBIN a/k/a Josh Lubin, Debtor.

BENJAMIN A. STANZIALE, JR., as Chapter 11 Trustee,
Plaintiff,
v.
AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, JL SPECIAL INVESTMENTS, LLC,
Defendants.

**NOTICE OF MOTION TO CLARIFY, OR TO THE EXTENT NECESSARY MODIFY, THE OCTOBER 23, 2026 ORDER (ECF NO. 21) AS TO THE DEBTOR'S LIMITED PERSONAL STEPS CONCERNING THE MAY 15, 2026 FLORIDA ORDER**

Avrumi Lubin, a defendant and the debtor in Case No. 26-17342, appearing pro se, has filed papers with the court for an order clarifying, or to the extent necessary modifying, paragraphs 1 and 2 of the Order Granting Preliminary Injunction entered October 23, 2026 (ECF No. 21) (the "October 23 Order"), as to the Subject Entities other than Teton Life, LLC, to provide that the "Permitted Steps" defined in any order entered on his motion filed concurrently in the main case — limited steps he would take for himself only, asking the Florida courts to correct or clarify one clause of a May 15, 2026 Broward County order and for an updated accounting of the judgment against him — do not violate the October 23 Order when taken individually and in compliance with that main-case order. All other provisions of the October 23 Order would remain in effect, including the Trustee's sole authority to act as to management and litigation decisions regarding the Subject Entities. The motion does not ask the Court to permit the Debtor to act for any Subject Entity, and it does not ask the Court to decide his pending motions (ECF Nos. 25, 41, 44) or his appeal. The motion relies on Fed. R. Civ. P. 62(d) and Fed. R. Bankr. P. 7062, 8007(a)(1)(C) and 9014.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date: Thursday, December 3, 2026

Hearing Time: 10:00 a.m.

Hearing Location: United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608

Courtroom Number: 2

**Response and reply dates.** Under D.N.J. LBR 9013-2(a)(2) and (3) and Fed. R. Bankr. P. 9006(a), the Debtor calculates that any response is due by Wednesday, November 25, 2026 (because November 26, 2026 is Thanksgiving Day), and any reply by Friday, November 27, 2026.

Under D.N.J. LBR 9013-3(d)(1), the motion will be decided without oral argument unless opposition is filed.

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Avrumi Lubin, Debtor, pro se, 605 West 42nd Street, New York, New York 10036
Benjamin A. Stanziale, Jr., Chapter 11 Trustee, 2839 Route 10, Suite 102, Morris Plains, New Jersey 07950
Office of the United States Trustee, One Newark Center, Suite 2100, 1085 Raymond Boulevard, Newark, New Jersey 07102

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**Relationship to other matters.** This motion is filed together with the Debtor's motion in the main case (Case No. 26-17342) for limited relief from the automatic stay, noticed for the same hearing, and asks only for the clarification needed so that an order on that motion, if entered, is not in conflict with the October 23 Order. If the main-case motion is denied, this motion is moot. The Debtor appears for himself only.

Dated: November 12, 2026

Avrumi Lubin, Debtor, pro se
605 West 42nd Street, New York, New York 10036
(718) 570-3796 | josh@tetonfunding.com