| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Avrumi Lubin, pro se<br>605 West 42nd Street<br>New York, NY 10036<br>(718) 570-3796<br>josh@tetonfunding.com | Case No.: 26-17342 (EJO)<br><br>Chapter: 11 |
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor. | Adv. No.: 26-01494 (EJO)<br><br>Hearing Date: 12/3/2026 10:00 AM<br><br>Judge: Eamonn J. O'Hagan |

## CERTIFICATION OF SERVICE

1. I, Avrumi Lubin:

☐ represent ________________ in this matter.

☐ am the secretary/paralegal for ________________, who represents ________________ in this matter.

☒ am the Defendant / Debtor in this case and am representing myself.

2. On November 12, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Motion to Clarify, or to the Extent Necessary Modify, the October 23, 2026 Order (ECF No. 21) as to the Debtor's Limited Personal Steps Concerning the May 15, 2026 Florida Order; Certification of Avrumi Lubin; Memorandum of Law; and proposed Order (8-page service copy), dated November 12, 2026.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 12, 2026

Signature
Avrumi Lubin - sign only after mailing

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee<br>Attn: Rachel Wolf, Esq.<br>One Newark Center, Suite 2100<br>1085 Raymond Boulevard<br>Newark, NJ 07102 | United States Trustee | First-Class U.S. Mail, postage prepaid |
| Benjamin A. Stanziale, Jr.<br>Chapter 11 Trustee<br>2839 Route 10, Suite 102<br>Morris Plains, NJ 07950 | Plaintiff, Chapter 11 Trustee | First-Class U.S. Mail, postage prepaid |
| Patricia A. Staiano, Esq. / Matthew E. Moloshok, Esq.<br>Hellring Lindeman Goldstein & Siegal LLP<br>103 Eisenhower Parkway, Suite 403<br>Roseland, NJ 07068 | Counsel to Chapter 11 Trustee | First-Class U.S. Mail, postage prepaid |
| Jeffrey S. Cianciulli, Esq. / Patrick T. Krenicky, Esq.<br>Weir LLP<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054 | Counsel to Gavriel Yitzchakov | First-Class U.S. Mail, postage prepaid |
| Spin Capital, LLC<br>(a New Jersey limited liability company)<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701 | Defendant (address listed for it on the adversary docket) | First-Class U.S. Mail, postage prepaid |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Teton Life, LLC<br>c/o Vcorp Services, LLC, Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant | First-Class U.S. Mail, postage prepaid |
| Teton Funding, LLC<br>c/o Vcorp Services, LLC, Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant | First-Class U.S. Mail, postage prepaid |
| Teton Funding Group, LLC<br>c/o Vcorp Services, LLC, Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant | First-Class U.S. Mail, postage prepaid |
| JL Special Investments, LLC<br>c/o Vcorp Services, LLC, Registered Agent<br>108 W. 13th Street, Suite 100<br>Wilmington, DE 19801 | Defendant | First-Class U.S. Mail, postage prepaid |
| | | |