FILED BANKRUPTCY NJ
2026 NOV 17 PM2:49:11

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Avrumi Lubin, Defendant, pro se, individually<br>Mailing address: 1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>Telephone: 732-608-4905<br>Email: josh@tetonfunding.com | Case No.: 26-17342-EJO<br>Chapter 11<br>Adv. Pro. No.: 26-01494-EJO<br>Hon. Eamonn J. O'Hagan<br>Hearing: December 3, 2026, 10:00 a.m. (with ECF No. 37) |
| In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.<br>BENJAMIN A. STANZIALE, JR., as Chapter 11 Trustee,<br>Plaintiff,<br>v.<br>AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, JL SPECIAL INVESTMENTS, LLC,<br>Defendants. | |

# CERTIFICATION OF SERVICE

I, Avrumi Lubin, certify that on November 17, 2026 I served my Supplement to ECF No. 37, Supplemental Certification and Revised Proposed Order concerning the November 25 response deadline by first-class United States mail, postage prepaid, addressed to the following recipients:

1. Benjamin A. Stanziale, Jr., Chapter 11 Trustee, 2839 Route 10, Suite 102, Morris Plains, NJ 07950
2. Patricia A. Staiano / Matthew E. Moloshok, Hellring Lindeman Goldstein & Siegal LLP, 103 Eisenhower Parkway, Suite 403, Roseland, NJ 07068
3. Office of the United States Trustee, Attn: Rachel Wolf, Esq., One Newark Center, Suite 2100, 1085 Raymond Boulevard, Newark, NJ 07102
4. Jeffrey S. Cianciulli / Patrick T. Krenicky, Weir LLP, 1300 Route 73 S., Suite 314, Mount Laurel, NJ 08054
5. Spin Capital, LLC, c/o Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701
6. Teton Life, LLC, c/o Vcorp Services, LLC, Registered Agent, 108 W. 13th Street, Suite 100, Wilmington, DE 19801
7. Teton Funding, LLC, c/o Vcorp Services, LLC, Registered Agent, 108 W. 13th Street, Suite 100, Wilmington, DE 19801
8. Teton Funding Group, LLC, c/o Vcorp Services, LLC, Registered Agent, 108 W. 13th Street, Suite 100, Wilmington, DE 19801
9. JL Special Investments, LLC, c/o Vcorp Services, LLC, Registered Agent, 108 W. 13th Street, Suite 100, Wilmington, DE 19801

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated: November 17, 2026

______________________________

Avrumi Lubin, individually, pro se
Mailing address: 1460 Arboretum Parkway, Lakewood, New Jersey 08701
732-608-4905 | josh@tetonfunding.com