**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Avrumi Lubin, Defendant, pro se, individually<br>Mailing address: 1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>Telephone: 732-608-4905<br>Email: josh@tetonfunding.com | Case No.: 26-17342-EJO<br>Chapter 11<br>Adv. Pro. No.: 26-01494-EJO<br>Hon. Eamonn J. O'Hagan<br>Hearing: December 10, 2026, 10:00 a.m. |

FILED BANKRUPTCY NJ
2026 NOV 17 P 2:03:58

In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
BENJAMIN A. STANZIALE, JR., as Chapter 11 Trustee, Plaintiff,
v.
AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, JL SPECIAL INVESTMENTS, LLC, Defendants.

## CERTIFICATION OF SERVICE

I, Avrumi Lubin, certify that on November 17, 2026 I served my Notice of Motion under Fed. R. Bankr. P. 9023 and 7052 to alter or amend the November 12, 2026 Order as to Teton Life, LLC (ECF No. 48), Memorandum of Law, Certification, and Proposed Orders A, A-1 and B by first-class United States mail, postage prepaid, addressed to the following recipients:

1. Benjamin A. Stanziale, Jr., Chapter 11 Trustee, 2839 Route 10, Suite 102, Morris Plains, NJ 07950
2. Patricia A. Staiano / Matthew E. Moloshok, Hellring Lindeman Goldstein & Siegal LLP, 103 Eisenhower Parkway, Suite 403, Roseland, NJ 07068
3. Office of the United States Trustee, Attn: Rachel Wolf, Esq., One Newark Center, Suite 2100, 1085 Raymond Boulevard, Newark, NJ 07102
4. Jeffrey S. Cianciulli / Patrick T. Krenicky, Weir LLP, 1300 Route 73 S., Suite 314, Mount Laurel, NJ 08054
5. Spin Capital, LLC, c/o Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701
6. Teton Life, LLC, c/o Vcorp Services, LLC, Registered Agent, 108 W. 13th Street, Suite 100, Wilmington, DE 19801
7. Teton Funding, LLC, c/o Vcorp Services, LLC, Registered Agent, 108 W. 13th Street, Suite 100, Wilmington, DE 19801
8. Teton Funding Group, LLC, c/o Vcorp Services, LLC, Registered Agent, 108 W. 13th Street, Suite 100, Wilmington, DE 19801
9. JL Special Investments, LLC, c/o Vcorp Services, LLC, Registered Agent, 108 W. 13th Street, Suite 100, Wilmington, DE 19801

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated: November 17, 2026

________________________________

Avrumi Lubin, individually, pro se
Mailing address: 1460 Arboretum Parkway, Lakewood, New Jersey 08701
732-608-4905 | josh@tetonfunding.com