# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

FILED-BANKRUPTCY-NJ
2026 NOV 17 P2:55:05

| | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Avrumi Lubin, Defendant, pro se, individually<br>Mailing address: 1460 Arboretum Parkway<br>Lakewood, New Jersey 08701<br>Telephone: 732-608-4905<br>Email: josh@tetonfunding.com | Case No.: 26-17342-EJO<br>Chapter 11<br>Adv. Pro. No.: 26-01494-EJO<br>Hon. Eamonn J. O'Hagan<br>Hearing: December 10, 2026, 10:00 a.m. |

In re: AVRUMI LUBIN a/k/a Josh Lubin, Debtor.
BENJAMIN A. STANZIALE, JR., as Chapter 11 Trustee, Plaintiff,
v.
AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, JL SPECIAL INVESTMENTS, LLC, Defendants.

## CERTIFICATION OF SERVICE

I, Avrumi Lubin, certify that on November 17, 2026 I served my Notice of Motion under Fed. R. Bankr. P. 8007(a)(1) to restore management and litigation authority pending appeal concerning paragraph 2 of the October 23, 2026 Order (ECF No. 21), Memorandum of Law, Certification with Exhibits 1 and 2, and Proposed Orders A, A-1 and B by first-class United States mail, postage prepaid, addressed to the following recipients:

1. Benjamin A. Stanziale, Jr., Chapter 11 Trustee, 2839 Route 10, Suite 102, Morris Plains, NJ 07950
2. Patricia A. Staiano / Matthew E. Moloshok, Hellring Lindeman Goldstein & Siegal LLP, 103 Eisenhower Parkway, Suite 403, Roseland, NJ 07068
3. Office of the United States Trustee, Attn: Rachel Wolf, Esq., One Newark Center, Suite 2100, 1085 Raymond Boulevard, Newark, NJ 07102
4. Jeffrey S. Cianciulli / Patrick T. Krenicky, Weir LLP, 1300 Route 73 S., Suite 314, Mount Laurel, NJ 08054
5. Spin Capital, LLC, c/o Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701
6. Teton Life, LLC, c/o Vcorp Services, LLC, Registered Agent, 108 W. 13th Street, Suite 100, Wilmington, DE 19801
7. Teton Funding, LLC, c/o Vcorp Services, LLC, Registered Agent, 108 W. 13th Street, Suite 100, Wilmington, DE 19801
8. Teton Funding Group, LLC, c/o Vcorp Services, LLC, Registered Agent, 108 W. 13th Street, Suite 100, Wilmington, DE 19801
9. JL Special Investments, LLC, c/o Vcorp Services, LLC, Registered Agent, 108 W. 13th Street, Suite 100, Wilmington, DE 19801

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated: November 17, 2026

______________________________
Avrumi Lubin, individually, pro se
Mailing address: 1460 Arboretum Parkway, Lakewood, New Jersey 08701
732-608-4905 | josh@tetonfunding.com