Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−01494−EJO
Chapter: 0
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Social Security No.:

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/17/26 at 02:00 PM

to consider and act upon the following:

***57*** − Motion re: to Alter or Amend ECF No. 48 (Teton Life, LLC); Full Restoration First; Alternative Relief in Order Filed by Avrumi Lubin.. (Attachments: # 1 Memorandum of Law # 2 Certification # 3 Proposed Order # 4 Proposed Order # 5 Proposed Order # 6 Certificate of Service) (rah)

***58*** − Motion re: Unter Rule 8007 To Restore Movant's Management and Litigation Authority Pending Appeal (Full Restoration First; Alternative Relief in Order) Filed by Avrumi Lubin.. (Attachments: # 1 Memorandum of Law # 2 Certification # 3 Proposed Order # 4 Proposed Order # 5 Proposed Order # 6 Certificate of Service) (rah)

Dated: 11/18/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court