| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>& SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.,<br>Chapter 11 Trustee<br>103 Eisenhower Parkway, Suite 403<br>Roseland, New Jersey 07068-1031<br>973.621.9020<br>pstaiano@hlgslaw.com | |
| In Re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor. | Case No. 26-17342 (EJO)<br><br>Judge: Hon. Eamonn James O'Hagan, U.S.B.J.<br><br>Chapter 11 |
| BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Plaintiff,<br><br>vs.<br><br>AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, and JL SPECIAL INVESTMENTS, LLC,<br><br>Defendants. | Adv. Pro. No. 26-01494 (EJO) |

**CERTIFICATION OF SERVICE**

1. I, Samuel Bortnick,

☐ represent the ______________________ in the above-captioned matter.

☒ am the secretary/paralegal for Patricia A. Staiano, Esq., who represents Benjamin A. Stanziale, Jr., Chapter 11 Trustee in the above captioned matter.

☐ am the _____________________ in the above case and am representing myself.

2. On November 20, 2026, or one business day thereafter, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Letter to Judge Eamonn James O'Hagan and this Certification of Service.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 20, 2026

/s/ Samuel Bortnick
SAMUEL BORTNICK

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Rachel Wolf, Esq.<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Ste 2100<br>Newark, New Jersey 07102<br>Email: rachel.wolf@usdoj.gov | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other –email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Benjamin A. Stanziale, Jr., Esq.<br>Stanziale & Stanziale, P.C.<br>2839 Route 10, Suite 102<br>Morris Plains New Jersey 07950 | Chapter 11 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other –email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701<br>Email: josh@spincapital.com<br>josh@tetonfunding.com | Pro Se Debtor/ Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Spin Capital, LLC<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701<br>Email: josh@spincapital.com<br>josh@tetonfunding.com | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Spin Capital, LLC<br>c/o Alexander Sakin, Esq.<br>Law Office of Alexander Sakin, LLC<br>5 West 37th St., Suite 601<br>New York, NY 10018<br>Email: alex@sakin-law.com | Attorneys for Spin Capital, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| JL Special Investments, LLC<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701<br>Email: josh@spincapital.com<br>josh@tetonfunding.com | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Teton Life, LLC<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701<br>Email: josh@spincapital.com<br>josh@tetonfunding.com | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Teton Funding, LLC<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701<br>Email: josh@spincapital.com<br>josh@tetonfunding.com | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Teton Funding Group, LLC<br>c/o Avrumi Lubin<br>1460 Arboretum Parkway<br>Lakewood, NJ 08701<br>Email: josh@spincapital.com<br>josh@tetonfunding.com | Defendant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Gavriel Yitzchakov<br>c/o Christopher Ryan Murray, Esq.<br>Phillip Spinella, Esq.<br>Murray Legal, PLLC<br>170 Old Country Road, Suite 608<br>Mineola, NY 11501<br>Email: cmurray@murraylegalpllc.com<br>pspinella@murraylegalpllc.com | Co-owner of Defendant, Teton Life | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Patrick T. Krenicky, Esq.<br>Jeffrey S. Cianciulli, Esq.<br>Weir LLP<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054<br>Email: jcianciulli@weirlawllp.com<br>pkrenicky@weirlawllp.com | Attorneys for Gavriel Yitzchakov | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Fred Stevens<br>c/o Klestadt Winters Jureller<br>Southard & Stevens, LLP<br>200 West 41st Street, 17th Floor<br>New York, New York 10036-7203<br>Email: fstevens@klestadt.com<br>**AND**<br>Fred Stevens<br>c/o Shane G. Ramsey, Esq.<br>Nelson Mullins Riley & Scarborough<br>1222 Demonbreun Street Suite 1700<br>Nashville, TN 37203<br>Email: shane.ramsey@nelsonmullins.com | Receiver, certain assets | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| John J. Giardino, Esq.<br>Pryor Cashman LLP<br>7 Times Square, 40th Floor<br>New York, NY 10036<br>Email: jgiardino@pryorcashman.com<br>**AND**<br>Samuel A. Schwartz, Esq.<br>Schwartz Law<br>601 East Bridger Avenue<br>Las Vegas, NV 89101<br>Email: SASchwartz@nvfirm.com | Attorneys for Cap Factor, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Shane R. Heskin, Esq.<br>Heskin & Proper PLLC<br>641 Lexington Avenue, 14th Floor<br>New York, NY 10022<br>Email: shane@heskinproper.com | Attorneys for Golden Foothill Insurance Services, LLC, Life Factor II, LLC, Life Shares II, LLC, El Dorado Hills Insurance Solutions, Inc., Lone Wolf Insurance Services, Inc., Eldo Investments, LLC, The Genesis LS Fund, LLC, KTL Holdings, Inc., Stefan Leer, Tatanisha Leer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Irma Reboso Solares, Esq.<br>Carlton Fields, P.A.<br>2 Miami Central<br>700 NW 1st Avenue, Suite 1200<br>Miami, Florida 33136-4118<br>Email: isolares@carltonfields.com | Attorneys for Zurich American Life Insurance Co. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jaclyn M. Metzinger, Esq.<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, New York 10007<br>Email: jmetzinger@kelleydrye.com | Attorneys for John Hancock Life Insurance Company | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Philip Young, Esq.<br>Thompson Burton<br>One Franklin Park<br>6100 Tower Circle, Suite #200<br>Franklin, Tennessee 37067<br>Email: phillip@thompsonburton.com | Attorneys for Eva Lemeh, Chapter 7 Trustee for Stefan Leer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
| --- | --- | --- |
| Keith D. Slocum, Esq.<br>Slocum Law<br>370 Mallory Station Road, Suite 504<br>Franklin, TN 37067<br>Email: Keith@KeithSlocum.com | Attorneys for Stefan Leer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jennifer Mara, Esq.<br>Michael Baldassare, Esq.<br>Baldassare & Mara, LLC<br>75 Livingston Avenue, Suite 101<br>Roseland, New Jersey 07068<br>Email: JMara@mabalaw.com<br>MBaldassare@mabalaw.com<br>**AND**<br>Jerrell Breslin, Esq.<br>Schwartz & Breslin PLLC<br>1132 SE 3rd Avenue<br>Ft. Lauderdale, FL 33316<br>Email: JB@JSJB.Law | Attorney for secured creditors, FVP Servicing, LLC, FVP Opportunity Fund III, LP, and FVP Investments LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Hillel I. Parness, Esq.<br>Parness Law Firm, PLLC<br>136 Madison Avenue, 6th Floor<br>New York, New York 10016<br>Email: hip@hiplaw.com | Attorney for Franklin Capital Funding, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Gary F. Seitz, Esq.<br>Gellert Seitz Busenkell & Brown, LLC<br>1201 N. Orange St., Suite 300<br>Wilmington, DE 19801<br>Email: gseitz@gsbblaw.com<br>**AND**<br>Jason S. Rigoli, Esq.<br>GrayRobinson, P.A.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431<br>Email: jason.rigoli@gray-robinson.com | Attorneys for Nicole Tesa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☒ Other - email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

rev.8/1/16