Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 26–01494–EJO
Chapter: 0
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Social Security No.:

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 12/17/26 at 02:00 PM

to consider and act upon the following:

***57*** – Motion re: to Alter or Amend ECF No. 48 (Teton Life, LLC); Full Restoration First; Alternative Relief in Order Filed by Avrumi Lubin.. (Attachments: # 1 Memorandum of Law # 2 Certification # 3 Proposed Order # 4 Proposed Order # 5 Proposed Order # 6 Certificate of Service) (rah)

***58*** – Motion re: Unter Rule 8007 To Restore Movant's Management and Litigation Authority Pending Appeal (Full Restoration First; Alternative Relief in Order) Filed by Avrumi Lubin.. (Attachments: # 1 Memorandum of Law # 2 Certification # 3 Proposed Order # 4 Proposed Order # 5 Proposed Order # 6 Certificate of Service) (rah)

Dated: 11/18/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

Stanziale, Jr.,
Plaintiff

Adv. Proc. No. 26-01494-EJO

Lubin,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2

Date Rcvd: Nov 18, 2026 Form ID: ntchrgbk Total Noticed: 3

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| dft | + | Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |
| dft | + | JL Special Investments, LLC, c/o Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| pla | + | Email/Text: trustee@stanzialelaw.com | Nov 18 2026 23:35:00 | Benjamin A. Stanziale, Jr., Stanziale & Stanziale, 2839 Route 10, Suite 102, Morris Plains, NJ 07950-1200 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| cc | *+ | Avrumi Lubin, 1460 Arboretum Parkway, Lakewood, NJ 08701-1607 |
| cd | *+ | Benjamin A. Stanziale, Jr., Stanziale & Stanziale, 2839 Route 10, Suite 102, Morris Plains, NJ 07950-1200 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jeffrey S. Cianciulli | |

| | |
|---|---|
| | on behalf of Interested Party Gavriel Yitzchakov jcianciulli@weirlawllp.com imarciniszyn@weirpartners.com |
| Patricia A. Staiano | on behalf of Plaintiff Benjamin A. Stanziale Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com |
| Patrick T. Krenicky | on behalf of Interested Party Gavriel Yitzchakov pkrenicky@weirlawllp.com eyates@weirlawllp.com |

TOTAL: 3