KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601-7086

Telephone: 201.488.6655
Facsimile: 201.488.6652

www.kaufmandolowich.com

**Robert A. Berns, Esq.**
Partner

Direct Dial: (201) 708-8231
Email: rberns@kdvlaw.com

November 24, 2026

**VIA ECF**
**Honorable Eamonn James O'Hagan**
United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: Avrumi Lubin a/k/a Josh Lubin, Case No. 26-17342 (EJO)**
**--------------------------------------------------------------------------**
**Benjamin A. Stanziale, Jr., Ch. 11 Trustee for Avrumi Lubin a/k/a Josh Lubin v. Avrumi Lubin, et al.**
**Adv. Pro. No. 26-01494 (EJO)**

Dear Judge O'Hagan:

This firm represents Patricia A. Staiano, Esq. and Matthew E. Moloshok, Esq. of Hellring Lindeman Goldstein & Siegal LLP, whom Avrumi Lubin ("Debtor") seeks to name as counterclaim defendants in the above adversary proceeding. Pursuant to Fed. R. Bankr. P. 9006(b)(1), we respectfully request the following relief:

1. An extension of time to Answer or otherwise respond to the Counterclaim (ECF No. 43) to December 18, 2026; and

2. An extension of time to file an opposition to the Debtor's Motion for Leave (ECF No. 44) to December 18, 2026; and

3. An adjournment of the Motion for Leave, currently returnable December 3, 2026, to January 7, 2027.

Opposition to the above Motion is currently due November 27, 2026, the day after Thanksgiving, and the answer to the Counterclaim is currently due November 30, 2026, under Fed. R. Bankr. P. 7012. The undersigned will be out of state for the holiday until the following week.

On November 9, 2026, the Debtor filed the Counterclaim, which seeks, among other things, monetary relief against the Trustee, Ms. Staiano, and Mr. Moloshok for actions taken in this case. On the same date, the Debtor filed the above referenced Motion, which seeks leave, "to the extent leave is required, to assert the counterclaims pleaded in defendant's answer against the Chapter 11 Trustee and his counsel," and to join Ms. Staiano and Mr. Moloshok as counterclaim defendants. As required, Ms. Staiano and Mr. Moloshok reported the claims to their insurance carrier, which assigned this firm to represent them, and we were retained today, November 23, 2026. The current deadlines do not allow enough time to obtain and review the underlying file; analyze the lengthy Counterclaim, its supporting certification, and more than thirty exhibits; and prepare a proper response to both the Motion and the Counterclaim.

Because the Motion is directly tied to the Counterclaim, assigned counsel, rather than Ms. Staiano and Mr. Moloshok in their capacity as counsel to the Trustee, should respond to it on their behalf. With the Christmas and New Year's holidays falling in the two weeks after December 18, 2026, we ask that opposition and the answer both be due on December 18, 2026, and that the Motion be made returnable on January 7, 2027, the first available hearing date after the holidays. That schedule gives the Debtor and the Court a fair opportunity to consider the opposition before the hearing.

I contacted the Debtor today and asked for consent to the requested extensions. However, Debtor conditioned his consent on an agreement to adjournments in the underlying litigation which relate to the Chapter 11 Trustee, who is not represented by this firm. As such, I present the within request for an adjournment without consent of the Debtor.

For the foregoing reasons, I respectfully request that the Court enter an Order:

1. Extending the time to answer or otherwise respond to the Counterclaim to December 18, 2026;

2. Extending the time to file opposition to the Debtor's Motion for Leave to December 18, 2026; and

3. Adjourning the hearing on the Motion to January 7, 2027, at 10:00 a.m.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

**Kaufman Dolowich LLP**

By: ***/s/ Robert A. Berns***
Robert A. Berns, Esq.

cc: Avrumi Lubin, pro se (by email and ECF)
Patricia A. Staiano, Esq. (by email)
Matthew E. Moloshok, Esq. (by email)
Benjamin A. Stanziale, Jr., Chapter 11 Trustee (by email)
All parties on the Certification of Service.