UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KAUFMAN DOLOWICH LLP
Robert Berns, Esq. - 027291987
Attorneys for Patricia A. Staiano, Esq., and Matthew E. Moloshok, Esq.
Court Plaza North
25 Main Street, Suite 500
Hackensack, New Jersey 07601
201.488.6655
rberns@kaufmandolowich.com

In Re: AVRUMI LUBIN a/k/a Josh Lubin,

Debtor.

BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin,

Plaintiff,

vs.

AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, and JL SPECIAL INVESTMENTS, LLC,

Defendants.

Case No. 26-17342 (EJO)

Adv. Pro. No.:26-01494 (EJO)

Chapter: 11

Subchapter V: Yes ____ No __X__

Hearing Date: December 3, 2026

Judge: Hon. Eamonn James O'Hagan, U.S.B.J.

**ADJOURNMENT REQUEST**

1. I, Robert A. Berns, Esq.,

(X) I am the attorney for: Counter-Claim Defendants Patricia A. Staiano Esq. and Matthew E. Moloshok, Esq.

( ) I am self-represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: Debtor's Motion for Leave to Assert Counterclaims Pleaded in Defendant's Answer [doc. #44] and to extend time to Answer Debtor's Counterclaim filed on November 9, 2026.

Current hearing date and time: Thursday, December 3, 2026 at 10:00 a.m.

New date requested: January 7, 2027 at 10:00 a.m.

Reason for adjournment request: See attached letter describing the situation.

2. Consent to adjournment:

( ) I have the consent of all parties. (X) I do not have the consent of all parties (explain below):

See letter attached describing the situation.

I certify under penalty of perjury that the foregoing is true.

Date: November 23, 2026

____*/s/Robert A. Berns*________________
Signature ROBERT A. BERNS, ESQ.

---

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted New hearing date: ____________________________ ☐ Peremptory

☐ Granted over objection(s) New hearing date: ____________________________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**



*rev.10/2021*