# *EXHIBIT A*

**From:** Josh Lubin <josh@tetonfunding.com>
**Sent:** Wednesday, October 7, 2026 5:04 PM
**To:** ben <ben@stanzialelaw.com>; Patricia A. Staiano <PStaiano@hlgslaw.com>; Matthew E. Moloshok <MMoloshok@hlgslaw.com>
**Subject:** Lubin - amendment to Schedule E/F (Zagelbaum agreement)
**Importance:** High

Pat,

I need to amend my Schedule E/F to add a claim I left off.

Under a January 12, 2022 agreement, Avrahom (Abe) Zagelbaum put money into Spin Capital's merchant cash advance deals as a "participant." Under section 8.2, if the agreement ends and Abe has not recovered his contributions, I agreed to repay 50% of the shortfall, up to $2.5 million.

I will file an amendment listing Abe's claim as contingent, unliquidated and disputed. I reserve all defenses.

Abe is also an investor in Spin's deals, so I will include him on the Spin creditor list Matt asked for on October 1.

A copy of the agreement is attached.

Thank you,

Josh Lubin
(732) 608-4905
josh@tetonfunding.com