# STANZIALE & STANZIALE

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

BENJAMIN A. STANZIALE (1965-1998)
BENJAMIN A. STANZIALE, JR.
ben@stanzialelaw.com

2839 ROUTE 10, SUITE 102
MORRIS PLAINS, NJ 07950

TELEPHONE: (973) 731-9393
FAX: (973) 731-9401

November 24, 2026

By ECF & E-mail
Honorable Eamonn James O'Hagan
United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608
Re: Avrumi Lubin a/k/a Josh Lubin, Case No. 26-17342 (EJO)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Benjamin A. Stanziale, Jr., Ch. 11 Trustee for
Avrumi Lubin a/k/a Josh Lubin v. Avrumi Lubin. et. al.
Adv. Pro. No. 26-01494 (EJO)

Dear Judge O'Hagan:

As the Court is aware I am the Chapter 11 Trustee ("Trustee") for Avrumi Lubin ("Debtor"). Pursuant to FRBP 9006(b)(1), I write to request an extension of time for the Trustee to Answer the Counterclaim served by the Debtor in the above adversary proceeding (ECF 43) and an adjournment of Debtor's related motion seeking leave with respect to the Counterclaim (ECF 44).

On November 9, 2026, the Debtor filed the above Counterclaim against me as Trustee and my Counsel. seeking, among other things, monetary relief against all of us for the actions we have taken in this case. As I am required to do, I have reported these claims to my insurance carrier and await assignment of counsel to address them. On the same date, the Debtor filed the above motion styled in part as a motion "for leave, to the extent leave is required, to assert the counterclaims pleaded in defendant's [Debtor's] answer against the Chapter 11 Trustee and his counsel". Thus, the motion is directly connected to the Counterclaim against me and my counsel. As a result, all of these matters must be addressed not by me and my counsel, but by counsel assigned by our insurance carriers. It will obviously take a period of time for said counsel to be assigned, get up to speed on this matter, and respond, as appropriate, on behalf of me and my his counsel to these filings.

Pursuant to FRBP 7012, the Answer to the Counterclaim is currently due to be filed on November 30, 2026. The motion is currently returnable on December 3, 2026 making a response to that motion due to be filed on November 27, 2026. We had requested Debtor's consent to extend the date by which the Trustee and counsel must answer or otherwise respond to the counterclaim.

STANZIALE & STANZIALE
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW



Debtor had originally consented but then sought to condition that consent on the my consent to other adjournments in the underlying litigation. While we are willing to have further discussions about certain other extensions/adjournments the Debtor seeks, me and my counsel are not in a position to condition the extension/adjournment sought here on anything.

We therefore respectfully request that this Court enter an Order granting at this time my request for an extension of time to Answer the Counterclaim against me in the adversary proceeding to January 7, 2027. We also request that the motion be adjourned to January 7, 2027.

Thank you for your consideration of this issue.

Respectfully submitted,

**STANZIALE & STANZIALE, P.C.**

s/ Benjamin A. Stanziale, Jr

Benjamin A. Stanziale, Jr.

cc: Avrumi Lubin (by email and ECF)