**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

WEIR LLP
A Pennsylvania Limited Liability Partnership
Jeffrey S. Cianciulli, Esquire
Patrick T. Krenicky, Esquire
Attorney I.D. Nos. 039821988/036112010
1300 Route 73 S., Suite 314
Mount Laurel, NJ 08054
856-429-7720
jcianciulli@weirlawllp.com
pkrenicky@weirlawllp.com
*Attorneys for Gavriel Yitzchakov a/k/a Gabe Isaacov and Redstone Capital, LLC*

| | |
|---|---|
| In re:<br>AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor.<br>BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN,<br>Plaintiff,<br>v.<br>AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, and JL SPECIAL INVESTMENTS, LLC,<br>Defendants. | Case No. 26-17342 (EJO)<br>Chapter 11<br><br>Judge: Eamonn James O’Hagan, U.S.B.J.<br>Adv. Pro. No. 26-01494 (EJO)<br><br>**NOTICE OF MOTION OF GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, MEMBER OF TETON LIFE, LLC, AND REDSTONE CAPITAL, LLC CREDITOR OF TETON LIFE, LLC TO INTERVENE PURSUANT TO FED. R. CIV. P. 24 AND FED. R. BANKR. P. 7024**<br><br>Hearing Date: December 17, 2026 at 2:00 p.m. |

TO: Patricia A. Staiano, Esq.,
Hellring Lindeman Goldstein & Siegal LLP,
103 Eisenhower Parkway, Suite 403,
Roseland, New Jersey 07068-1031
Attorneys for Plaintiff

PLEASE TAKE NOTICE that on December 17, 2026, at 2:00 p.m., or as soon thereafter as counsel may be heard, Gavriel Yitzchakov a/k/a Gabe Isaacov ("Mr. Yitzchakov") and Redstone Capital, LLC ("Redstone", with Mr. Yitzchakov, "Movants"), by and through their counsel, Weir LLP, shall move before the Honorable Eamonn James O'Hagan, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of New Jersey, at the Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, N.J. 08608, Courtroom #2, for entry of an Order granting them leave to intervene in the above-captioned adversary proceeding pursuant to Fed. R. Civ. P. 24, made applicable by Fed. R. Bankr. P. 7024.

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the Movants shall rely on the accompanying Certification, Memorandum of Law, and the proposed Answer and Affirmative Defenses annexed as Exhibit A. A proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to D.N.J. LBR 9013-2, any objection or response to the Motion must be in writing, state with particularity the basis of the objection, and be filed with the Clerk and served on undersigned counsel no later than seven (7) days before the hearing date. Unless an objection is timely filed, the Motion may be deemed uncontested and the relief granted without a hearing.

WEIR LLP
A Pennsylvania Limited Liability Partnership

By: /s/ Patrick T. Krenicky
Jeffrey S. Cianciulli, Esq.
Patrick T. Krenicky, Esq.
*Attorneys for Gavriel Yitzchakov a/k/a Gabe Isaacov and Redstone Capital, LLC*

Dated: November 25, 2026