**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)
WEIR LLP
A Pennsylvania Limited Liability Partnership
Jeffrey S. Cianciulli, Esquire
Patrick T. Krenicky, Esquire
Attorney I.D. Nos. 039821988/036112010
1300 Route 73 S., Suite 314
Mount Laurel, NJ 08054
856-429-7720
jcianciulli@weirlawllp.com
pkrenicky@weirlawllp.com
*Attorneys for Gavriel Yitzchakov a/k/a Gabe Isaacov*

| | |
|---|---|
| In re:<br>AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor.<br>BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN,<br>Plaintiff,<br>v.<br>AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, and JL SPECIAL INVESTMENTS, LLC,<br>Defendants. | Case No. 26-17342 (EJO)<br>Chapter 11<br><br>Judge: Eamonn James O'Hagan, U.S.B.J.<br>Adv. Pro. No. 26-01494 (EJO)<br><br>**CERTIFICATION OF GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV, MEMBER OF TETON LIFE, LLC AND CEO OF REDSTONE CAPITAL, LLC, IN SUPPORT OF MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24 AND FED. R. BANKR. P. 7024**<br><br>Hearing Date: December 17, 2026 at 2:00 p.m. |

I, Gavriel Yitzchakov, of full age, hereby certify as follows:

1. I hold a 50% membership interest in Teton Life, LLC ("Teton Life"), a Delaware limited liability company. I have personal knowledge of the facts set forth herein.

2. The other 50% membership interest in Teton Life is held by the Debtor, Avrumi Lubin a/k/a Josh Lubin.

3. Teton Life is governed by its Operating Agreement, under which it is member-managed and each member has an equal say in management.

4. Teton Life is the plaintiff, as assignee of the rights of Spin Capital, LLC, in the New York State Action, at Index No. 650582/2022 (Sup. Ct. N.Y. Cnty.), which is its principal asset.

5. Teton Life has not commingled funds with the Debtor, paid the Debtor's personal obligations, or held itself out to anyone as the Debtor.

6. Under the operating agreement, upon the filing of Debtor’s bankruptcy case, Debtor lost his management rights in Teton Life, and I became the only member entitled to exercise management rights with regard to Teton Life, subject to the Court’s interim order.

7. I am the CEO of Redstone Capital, LLC.

8. On or about August 13, 2025, Redstone Capital, LLC made a loan to Teton Life in the amount of $4,100,000 that remains unpaid.

9. Redstone Capital, LLC is a creditor of Teton Life and is not a creditor of the Debtor, Avrumi Lubin.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Gavriel Yitzchakov
Gavriel Yitzchakov a/k/a Gabe Isaacov