**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)
WEIR LLP
A Pennsylvania Limited Liability Partnership
Jeffrey S. Cianciulli, Esquire
Patrick T. Krenicky, Esquire
Attorney I.D. Nos. 039821988/036112010
1300 Route 73 S., Suite 314
Mount Laurel, NJ 08054
856-429-7720
jcianciulli@weirlawllp.com
pkrenicky@weirlawllp.com
*Attorneys for Gavriel Yitzchakov a/k/a Gabe Isaacov*

| | |
|---|---|
| In re:<br>AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor.<br>BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN,<br>Plaintiff,<br>v.<br>AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, and JL SPECIAL INVESTMENTS, LLC,<br>Defendants. | Case No. 26-17342 (EJO)<br>Chapter 11<br>Judge: Eamonn James O'Hagan, U.S.B.J.<br>Adv. Pro. No. 26-01494 (EJO)<br><br>**ORDER GRANTING GAVRIEL YITZCHAKOV A/K/A GABE ISAACOV AND REDSTONE CAPITAL, LLC'S MOTION TO INTERVENE** |

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

Upon consideration of the Motion of Gavriel Yitzchakov a/k/a Gabe Isaacov, Member of Teton Life, LLC and Redstone Capital, LLC, to Intervene Pursuant to Fed. R. Civ. P. 24 and Fed. R. Bankr. P. 7024 (the "Motion"), and any responses thereto, and good cause appearing, it is hereby ORDERED that:

1. The Motion is GRANTED.
2. Gavriel Yitzchakov a/k/a Gabe Isaacov and Redstone Capital, LLC are granted leave to intervene as defendants in this adversary proceeding as to the claims concerning Teton Life, LLC.
3. The Answer and Affirmative Defenses annexed to the Motion as Exhibit A is deemed filed and served as of the date of this Order.
4. Intervenors shall be entitled to notice of, and to be heard with respect to, any request for entry of default or entry of judgment whether by default or otherwise against Teton Life, LLC, and no default judgment shall be entered against Teton Life, LLC with respect to the claims as to which intervention is granted without notice to Intervenors and an opportunity to be heard
5. The Court retains jurisdiction over all matters arising from or related to this Order.

____________________________________