**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)
WEIR LLP
A Pennsylvania Limited Liability Partnership
Jeffrey S. Cianciulli, Esquire
Patrick T. Krenicky, Esquire
Attorney I.D. Nos. 039821988/036112010
1300 Route 73 S., Suite 314
Mount Laurel, NJ 08054
856-429-7720
jcianciulli@weirlawllp.com
pkrenicky@weirlawllp.com
*Attorneys for Gavriel Yitzchakov a/k/a Gabe Isaacov and Redstone Capital, LLC*

| | |
|---|---|
| In re:<br>AVRUMI LUBIN a/k/a Josh Lubin,<br>Debtor.<br>BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN,<br>Plaintiff,<br>v.<br>AVRUMI LUBIN, SPIN CAPITAL, LLC, TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC, and JL SPECIAL INVESTMENTS, LLC,<br>Defendants. | Case No. 26-17342 (EJO)<br>Chapter 11<br>Judge: Eamonn James O’Hagan, U.S.B.J.<br>Adv. Pro. No. 26-01494 (EJO)<br><br>**CERTIFICATE OF SERVICE** |

I, Patrick T. Krenicky, hereby certify that on November 25, 2026, I caused the foregoing Notice of Motion, Certification of Gavriel Yitzchakov, Memorandum of Law, Exhibit A, and proposed form of Order to be filed with the Court through its CM/ECF system, which will send notice of the filing to all registered participants and counsel of record. The foregoing documents have also been served on Avrum Lubin, Spin Capital, LLC, Teton Life, LLC, Teton Funding, LLC, and JL Special Investments, LLC by email and by mail addressed to:

c/o Avrumi Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701

*s/ Patrick T. Krenicky*
Patrick T. Krenicky, Esquire