| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WEIR LLP<br>*A Pennsylvania Limited Liability Partnership*<br>Jeffrey S. Cianciulli, Esquire<br>Patrick T. Krenicky, Esquire<br>Attorney I.D. Nos. 039821988/036112010<br>1300 Route 73 S., Suite 314<br>Mount Laurel, NJ 08054<br>856-429-7720<br>jcianciulli@weirlawllp.com<br>pkrenicky@weirlawllp.com | Case No. 26-17342 (EJO)<br><br>Judge: Eamonn James O'Hagan, U.S.B.J. |
| In re:<br><br>AVRUMI LUBIN a/k/a Josh Lubin,<br><br>Debtor, | Chapter 11<br><br>Adv. Pro. No. 26-01494 (EJO) |
| BENJAMIN A. STANZIALE, JR.,<br><br>CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a JOSH LUBIN<br><br>Plaintiff,<br><br>v.<br><br>AVRUMI LUBIN, SPIN CAPITAL, LLC TETON LIFE, LLC, TETON FUNDING, LLC, TETON FUNDING GROUP, LLC And JL SPECIAL INVESTMENTS, LLC<br><br>Defendants. | |

## CERTIFICATE OF SERVICE

I, Patrick T. Krenicky, hereby certify that on November 25, 2026, I caused to be filed and served the foregoing Answer to Complaint through the Court's electronic filing system on all counsel of record. The Answer has also been served on Avrum Lubin, Spin Capital, LLC, Teton

Life, LLC, Teton Funding, LLC, and JL Special Investments, LLC by email and by mail addressed to:

c/o Avrumi Lubin
1460 Arboretum Parkway
Lakewood, NJ 08701

*s/ Patrick T. Krenicky*
Patrick T. Krenicky, Esquire